**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:26-cr-00139-ECM-KFP-1** |
| | ) | |
| **SOUTHERN POVERTY LAW** | ) | |
| **CENTER, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

William C. Athanas of the law firm Bradley Arant Boult Cummings LLP, 1819 Fifth Avenue North, Birmingham, Alabama 35203, files this Notice of Appearance on behalf of defendant Southern Poverty Law Center. The Clerk of the Court and counsel are hereby requested to forward copies of all dockets, notices, pleadings, motions or other documents to the undersigned as counsel of record for Defendant.

DATED this 22nd day of April, 2026.

Respectfully Submitted,

/s/ *William C. Athanas*
William C. Athanas (ASB-4639-A59A)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 521-8996
Facsimile:  (205) 521-8800
bathanas@bradley.com

## CERTIFICATE OF SERVICE

I hereby certify that, on April 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ William C. Athanas*
OF COUNSEL

2