**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **CASE NO. 2:26-cr-00139-ECM-KFP-1** |
| | ) |
| **SOUTHERN POVERTY LAW** | ) |
| **CENTER, INC.** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION TO ADMIT ATTORNEY PRO HAC VICE**

Pursuant to Rule 83.1 of the Local Rules of the Middle District of Alabama, William C. Athanas, a member of good standing of the Alabama State Bar who is admitted to practice before this Court, moves the Court to enter an order admitting Andrea L. Moseley, Esq. to practice before this Court *pro hac vice* in the above-styled case. Said attorney represents the Southern Poverty Law Center, a defendant in this matter.

1.      Ms. Moseley is a lawyer with Kropf Moseley Schmitt, PLLC, 1100 H Street NW, Suite 1220, Washington, DC 20005, telephone number (202) 627-6900; email:andrea@kmlawfirm.com.

2.      Ms. Moseley is a member in good standing of the Virginia State Bar since December 10, 1998 and the District of Columbia Bar since January 8, 2007. She is admitted to practice before the United States District Court for the District of Columbia. A Certificate of Good Standing from the District of Columbia is attached as Exhibit A.

3.      Ms. Moseley has never been the subject of disciplinary action by any bar association and has not been denied admission to any court of any state or to any federal court.

4.      Ms. Moseley will be associated in this proceeding with the undersigned counsel.

1

5.      Ms. Moseley is familiar with and prepared to comply in all respects with the Rules for the Middle District of Alabama.

6.      Ms. Moseley agrees to comply with the provisions of the Alabama Rules of Professional Conduct, and the Local Rules of this Court regarding the conduct of attorneys and consents to the jurisdiction of this Court and the applicable disciplinary rules.

7.      Contemporaneously with the filing of this motion, the fee for admission is being paid to the Clerk of Court.

WHEREFORE, it is respectfully requested that this Honorable Court admit Andrea L. Moseley, Esq. to appear pro hac vice as counsel for defendant Southern Poverty Law Center.

Date: April 22, 2026                                   Respectfully submitted:

/s/ William C. Athanas
William C. Athanas (ASB-4639-A59A)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue North
Birmingham, Alabama 35203-2119
Phone: (205) 521-8000
Fax: (205) 521-8800
bathanas@bradley.com

Counsel for Defendant Southern Poverty Law Center

## Certificate of Service

I hereby certify that, on April 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ William C. Athanas
OF COUNSEL