**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 2:26-cr-0139-ECM-KFP-1** |
| **SOUTHERN POVERTY LAW** ) | |
| **CENTER, INC.** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

## DECLARATION OF WILLIAM C. ATHANAS

I, William C. Athanas, after being duly sworn, state as follows:

1.     I am over the age of 19 years, and I am competent to testify to the matters contained in this affidavit.

2.     I am an attorney licensed to practice in the State of Alabama, and a member of the bar of this Court in good standing.

3.     I represent the Southern Poverty Law Center (SPLC) in this case. In that capacity, I have communicated with government representatives, including prosecutors in the U.S. Attorney's Office for the Middle District of Alabama (MDAL USAO).

4.     On February 20, 2026, I contacted Assistant U.S. Attorney John Geer to advise that I had learned that the MDAL USAO was investigating the SPLC. I

told Assistant U.S. Attorney Geer that I had previously spoken with Assistant U.S. Attorney Russell Duraski about a prior investigation of the SPLC relating to its use of informants in January 2022, but had not been contacted by the government about that matter since that time.

5.     Assistant U.S. Attorney Geer invited me and co-counsel to attend a meeting at the MDAL USAO on February 25, 2026. On that date, I attended a meeting at the U.S. Attorney's Office with co-counsel Addy Schmitt, Sara Kropf, Andrea Moseley, and Brianna Stone in an effort to understand the nature of the government's current concerns.

6.     At that meeting, attended by Acting U.S. Attorney Kevin Davidson and two Assistant U.S. Attorneys, the prosecutors told defense counsel that they had been advised that the SPLC's internal records of the informant program had been destroyed.

7.     I corrected this erroneous belief and agreed to accept service of a MDAL grand jury subpoena for records which included, among other things, the information gathered through the informant program, some of which was previously provided to law enforcement.

8.     The SPLC produced 14,856 pages of records in response to that subpoena on April 17, 2026.

9.    Nothing in this affidavit is intended to waive the attorney-client privilege or work product protections.

I affirm under the penalties of perjury that the foregoing representations are true. Executed this the 27th day of April, 2026.

William C. Athanas

Sworn to before me this 27th day of April, 2026.

Notary Public

JO LYNN HOOVER
NOTARY PUBLIC, ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES MAY. 31, 2026