IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CR-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY | ) | |
| LAW CENTER, INC. | ) | |

## ORDER

Upon consideration of Defendant's Motion to Address the Government's Materially False Statements and to Enforce Rules Prohibiting Further Prejudicial Extrajudicial Statements (Doc. 23), it is ORDERED that the Government must file a response by **May 5, 2026**, and show cause why it should not be granted. Defendant may file a reply by **May 12, 2026**.

DONE this 28th day of April, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE