IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. )
) NO. 2:26-cr-00139-ECM-KFP
SOUTHERN POVERTY LAW CENTER )

**MOTION FOR PROTECTIVE ORDER**

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the Government moves for entry of a protective order that will appropriately set guidelines for the parties' use and treatment of certain personal and sensitive information that the Government will disclose to the defense. The defense's position on the motion is unknown.[1] The Government shows the following in support of this Motion:

1.  The indictment in this case alleges that the Southern Poverty Law Center committed wire fraud, made false statements to financial institutions, and committed money laundering conspiracy.

2.  The discovery includes materials that contain banking information and personally identifying information of unindicted individuals. Redacting this information would substantially limit defense counsel's ability to fully understand the United States' evidence and prepare a defense. Redacting this information would also be unduly burdensome and subject to error given the volume of discovery and would not be feasible for all native-format (non-PDF) documents within the production.

---

[1] An email was sent to attorneys Bill Athanas and Addy Schmitt on April 27, 2026 requesting their opinion on the proposed protective order. No response has been received.

3. As a result, the Government seeks an Order to protect the confidentiality of documents and materials disclosed to the defense by the Government.

The United States respectfully requests that this motion be granted and that the Court enter a protective order which would allow the following:

a. Order that defense counsel only share discovery with defendant, counsel's support staff and investigators or experts working with counsel (hereafter "the defense team") to the extent necessary to provide a defense in this case, including any direct appeal;

b. Prohibit defense counsel from leaving discovery material containing personal identifying information in the control or custody of the defendant or any person not a professional member of the defense team.

c. Limit defense counsel from providing copies of discovery to any potential witness, except for that witnesses' own statements or records;

d. Require that defense counsel, prior to sharing discovery with any member of the defense team, notify the person receiving the discovery materials of the existence and contents of this protective order;

e. Require any party who seeks to file any portion of the discovery in this case as an exhibit to a pleading to file it under seal or make appropriate redactions.

f. Subject any use of artificial intelligence ("AI") to the prior written consent of the government.

g. Require that if defense counsel seeks to disclose discovery to any individual in a manner not consistent with this order, defense counsel must first advise the Government, and the parties should attempt to reach an informal resolution or

agreement on the matter. If an agreement cannot be reached, defense counsel shall apply to the Court for relief; and

h.  Order that this protective order will survive the final termination of this case, including the direct appeal. Upon termination of this case and any direct appeal or other proceeding relating to the criminal action, counsel for the defendants shall return all copies of the discovery to the Government or certify that the discovery materials have been destroyed.

Respectfully submitted this the 1st day of May, 2026.

/s/ Kevin P. Davidson
Kevin P. Davidson
Acting United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Fax: (334) 223-7135
kevin.p.davidson@usdoj.gov

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
       )
v.       )
       )   NO. <u>2:26-cr-00139-ECM-KFP</u>
SOUTHERN POVERTY LAW CENTER   )
       )

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2026, I filed the foregoing with the Clerk of the Court using

the CM/ECF system which will send notification of such filing to all parties of record in this case.

              Respectfully submitted,


              */s/ Kevin P. Davidson*
              Kevin P. Davidson
              Acting United States Attorney
              131 Clayton Street
              Montgomery, Alabama 36104
              Tel: (334) 223-7280
              Fax: (334) 223-7135
              kevin.p.davidson@usdoj.gov