IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26-cr-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. | ) | |

**NOTICE OF CONVENTIONAL FILING OF EXHIBIT**

The United States of America provides notice that the government has conventionally filed

Government Exhibit 1 to its Response to the Motion to Address the Government's Materially False

Statements and to Enforce Rules Prohibiting Further Prejudicial Extrajudicial Statements, which

is a video.

Respectfully submitted this the 5th day of May, 2026.


*/s/ Kevin P. Davidson*
Kevin P. Davidson
Acting United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Fax: (334) 223-7135
kevin.p.davidson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA              )
                                      )
        v.                            )        CR. NO. 2:26-cr-139-ECM-KFP
                                      )
SOUTHERN POVERTY LAW CENTER, INC.     )

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2026, I filed the foregoing with the Clerk of the Court using

the CM/ECF system which will send notification of such filing to all parties of record in this case.

Respectfully submitted,


*/s/ Kevin P. Davidson*
Kevin P. Davidson
Acting United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Fax: (334) 223-7135
kevin.p.davidson@usdoj.gov

2