## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

v.

THE SOUTHERN POVERTY LAW
CENTER, INC.

       **Defendant**.

Case No. 2:26-cr-00139-ECM-
KFP-1

## THE SOUTHERN POVERTY LAW CENTER'S REPLY IN SUPPORT OF ITS MOTION TO ADDRESS THE GOVERNMENT'S MATERIALLY FALSE STATEMENTS AND TO ENFORCE RULES PROHIBITING FURTHER PREJUDICIAL EXTRAJUDICIAL STATEMENTS

1

The Southern Poverty Law Center (SPLC) appreciates the government's admission that Acting Attorney General Todd Blanche made a false statement during his appearance on *The Ingraham Angle*. This admission makes painfully clear that the government knew, at the time of indictment, that the SPLC provided information about its confidential informants program to law enforcement. However, the SPLC respectfully disagrees with the government's suggestion that Mr. Blanche's later statement on a different program cures the substantial prejudice caused by the false statement or obviates the need for an order prohibiting such statements in the future.

The government first claims that Mr. Blanche has sufficiently "clarified" his original statement. ECF 27 at 2. Not so. *The Ingraham Angle*, where he made the first false statement, is a weeknight program that reaches about 2.9 million viewers. Mr. Blanche's appearance took place within a couple of hours of the government's press conference announcing the indictment, when interest in the case was naturally high. As noted in the SPLC's motion, DOJ amplified this false statement by posting clips of Mr. Blanche's appearance on its social media platforms. ECF 23 at 8 & n.8. Mr. Blanche made the "clarification" on *Fox News Sunday with Shannon Bream* five days later. This is a Sunday morning program with only 1.1 million viewers.[1] Mr. Blanche's statement to a much smaller audience watching an entirely different show

---

[1] Mr. Blanche made these statements on April 26, 2026, on *Fox News' Sunday Morning with Shannon Bream*, which had 1.126,000 viewers that day. *See* https://ustvdb.com/networks/fox/shows/news-sunday-shannon-bream/.

does not rectify the material prejudice of the initial false statement. Mr. Blanche did not explicitly refer to or correct the first false statement in that appearance. And DOJ has neither removed the false statement from its X account nor appended the "clarification" to the original post to ensure viewers are not misled. [2]

The government also states that "the United States of America has no intention of making any false or misleading statements in this case or any other case. It is well aware of its obligations under the law and applicable rules and will act accordingly." ECF 27 at 2. To ensure that the SPLC can seek effective recourse from the Court if DOJ does not follow the rules, the SPLC requests that the Court order the government—including DOJ lawyers not on the prosecution team in this District—not to make any such statements in the future.

---

[2] The clip is still available on DOJ's account on X, where it has about 135,000 views. *See* @TheJusticeDept, X (Apr. 21, 2026 at 8:10 pm), https://x.com/TheJusticeDept/status/204673411403681994?s=20.

DATED: May 12, 2026          Respectfully Submitted,

/s/ Addy R. Schmitt
Addy R. Schmitt (DC Bar No. 489094)
Andrea L. Moseley (DC Bar No. 502504)
Sara E. Kropf (D.C. Bar No. 481501)
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: (202) 627-6900
addy@kmlawfirm.com
andrea@kmlawfirm.com
sara@kmlawfirm.com

/s/ Abbe David Lowell
Abbe David Lowell (D.C. Bar No. 358651)
Isabella M. Oishi (D.C. Bar No. 90018056)
David A. Kolansky (NY Bar No. 5887765)
Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
alowellpublicoutreach@lowellandassociates.com
ioishi@lowellandassociates.com
dkolansky@lowellandassociates.com

William C. Athanas (ASB-4639-A59A)
Brianna R. Stone (ASB-0400-Y40J)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8996
Facsimile: (205) 521-8800
bathanas@bradley.com
bstone@bradley.com

*Counsel for the Southern Poverty Law Center, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Addy R. Schmitt*
Addy R. Schmitt