# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

<table>
<tr>
<td>

UNITED STATES OF AMERICA,

v.

THE SOUTHERN POVERTY LAW CENTER, INC.

       Defendant.

</td>
<td>

Case No. 2:26-cr-0139-ECM-KFP-1

**[PROPOSED] SCHEDULING ORDER**

</td>
</tr>
</table>

Upon consideration of the Consent Motion Regarding Defendant's Proposed Scheduling Order, it is hereby ORDERED that the Court enters the following schedule:

| | |
|---|---|
| May 20, 2026 | Government's deadline to disclose discovery and confer with defense counsel to identify any of the SPLC's discovery requests or any other areas of discovery pursuant to which the government is not agreeing to produce discovery |
| May 26, 2026 | Defendant's pretrial motions due |
| June 9, 2026 | Government's response to any pretrial motions due |
| June 16, 2026 | Defendant's reply in support of its pretrial motions due |
| June 22 or 23, 2026 | Status conference to be held virtually[1] |

---

[1] The Parties propose that the status conference be held virtually, but the Parties are available on these dates should the Court require in person appearances. As discussed at the initial appearance

It is further ORDERED that for purposes of this case, ALMD Local Rule 16.1(a)(4) is suspended and shall not be enforced to the extent it requires any additional disclosures by the defendant beyond those required in Fed. R. Crim. P. 16.

DATED this 14 day of May, 2026

_____
KELLY FITZGERALD PATE
United States Magistrate Judge

---

and arraignment, the Parties and the Court can discuss, among other issues, a schedule for additional filings and case events at the status conference.