## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THE SOUTHERN POVERTY LAW CENTER, INC.<br><br>      Defendant. | Case No. 2:26-cr-0139-ECM-KFP-1<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order on May 8, 2026 (Dkt. Ent. 34), the SPLC, with the government's authorization, respectfully submits this joint status report on behalf of the Parties:

1.      The Parties in this action appeared for the SPLC's Initial Appearance and Arraignment on May 7, 2026 before Your Honor.  Dkt. Ent. 33.

2.      At that appearance, counsel for the SPLC informed the Court of a potential issue related to the production of discovery. Specifically, the SPLC noted that Federal Rule of Criminal Procedure 16 and ALMD Local Rule 16.1 contained differing obligations related to reciprocal discovery.

3.      The Court instructed the Parties to confer regarding the issue.

4.      On May 8, 2026, the Parties conferred and thereafter agreed to resolve the issue by seeking an order from the Court suspending application and enforcement of ALMD Local Rule 16.1(a)(4), pursuant to ALMD Local Criminal Rule 1.1(e)

("Any judge of this Court may suspend application and enforcement of these local rules, in whole or in part, in the interests of justice in individual actions.") and consistent with *Fluor Intercontinental, Inc. v. IAP Worldwide Servs., Inc.*, 533 F. App'x 912, 922 n.35 (11th Cir. 2013) (citing *Quick v. Peoples Bank of Cullman Cnty.,* 993 F.2d 793, 798–99 (11th Cir.1993)).

5.    On May 14, 2026, the SPLC submitted a consent motion for a scheduling order that included a proposed order suspending application and enforcement of ALMD Local Rule 16.1(a)(4) in this case. Dkt. Ent. 38.

6.    On May 15, 2026, the Court entered an Order (Dkt. Ent. 40) directing that Local Criminal Rule 16.1 is suspended for the duration of this matter and the Parties shall follow Federal Rule of Criminal Procedure 16.

Dated: May 15, 2026                Respectfully Submitted,

/s/ *Addy R. Schmitt*
Addy R. Schmitt (DC Bar No. 489094)
Andrea L. Moseley (DC Bar No. 502504)
Sara E. Kropf (DC Bar No. 481501)
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: (202) 627-6900
addy@kmlawfirm.com
andrea@kmlawfirm.com
sara@kmlawfirm.com

/s/ *Abbe David Lowell*
Abbe David Lowell (DC Bar No. 358651)
David A. Kolansky (NY Bar No. 5887765)
Isabella M. Oishi (DC Bar No. 90018056)

Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com
ioishi@lowellandassociates.com

William C. Athanas (ASB-4639-A59A)
Brianna R. Stone (ASB-0400-Y40J)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8996
Facsimile: (205) 521-8800
bathanas@bradley.com
bstone@bradley.com

*Counsel for the Southern Poverty Law Center, Inc.*