IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CR-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, | ) | |
| INC. | ) | |

### FEDERAL RULE OF CRIMINAL PROCEDURE 5(f) ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States'

obligation to disclose to the Defendant all exculpatory evidence—that is, evidence that

favors the Defendant or casts doubt on the United States' case—as required by *Brady v.*

*Maryland*, 373 U.S. 83 (1963) and its progeny and ORDERS the United States to do so.

The Government has a duty to disclose any evidence that goes to negating the Defendant's

guilt, the credibility of a witness, or that would reduce a potential sentence. The Defendant

is entitled to this information without a request. Failure to disclose exculpatory evidence

in a timely manner may result in consequences, including but not limited to exclusion of

evidence, adverse jury instructions, dismissal of charges, contempt proceedings,

disciplinary action, or sanctions by the Court.

DONE this 18th day of May, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE