IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CR-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, | ) | |
| INC. | ) | |

## **ORDER**

Before the Court is the parties' Consent Motion Regarding Defendant's Proposed Scheduling Order (Doc. 38). For good cause shown, it is ORDERED the motion is GRANTED. It is further ORDERED as follows:

1. The Government's deadline to disclose discovery and confer with defense counsel to identify any of the Defendant's discovery requests or any other areas of discovery pursuant to which the Government is not agreeing to produce shall be **May 20, 2026**.

2. Defendant's pretrial motions shall be filed by **May 26, 2026**.

3. The Government's response to any pretrial motions shall be filed by **June 9, 2026**.

4. A status conference is set for **June 23, 2026, at 10:00 a.m.**, by video conferencing via ZoomGov Meeting. At least five minutes before the start of the conference, counsel should join the proceeding by logging into the Court's conference call line. A member of the undersigned's staff will email the attorneys for the parties with the meeting ID and password that must be entered to join the hearing. If a party experiences

technical difficulties, that party should seek direction by calling chambers at (334) 954-3730 but only after first attempting to rejoin the call.

DONE this 18th day of May, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE