**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:26-cr-00139-ECM-KFP-1** |
| | ) | |
| **SOUTHERN POVERTY LAW CENTER** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

Janelle J. Geddes of the law firm Kropf Moseley Schmitt PLLC, 1100 H Street NW,

Suite 1220, Washington D.C. 20005, files this Notice of Appearance on behalf of the Southern

Poverty Law Center. The Clerk of the Court and counsel are hereby requested to forward copies

of all dockets, notices, pleadings, motions or other documents to the undersigned as counsel of

record for Defendant.

DATE: May 21, 2026

               Respectfully Submitted,

               /s/ *Janelle J. Geddes*
               Janelle J. Geddes (TN Bar 035141)
               *Admitted pro hac vice*
               Kropf Moseley Schmitt PLLC
               1100 H Street NW, Suite 1220
               Washington, DC 20005
               Telephone: (202) 627-6900
               janelle@kmlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Janelle J. Geddes

COUNSEL TO:
SOUTHERN POVERTY LAW CENTER