**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THE SOUTHERN POVERTY LAW CENTER, INC.<br><br>    Defendant. | Case No. 2:26-cr-0139-ECM-KFP-1<br><br>**[PROPOSED] ORDER AMENDING SCHEDULING ORDER** |

Upon consideration of the Unopposed Motion to Amend the Scheduling Order, it is hereby ORDERED that the motion is GRANTED and the schedule is amended as follows:

| | |
|---|---|
| June 9, 2026 | Defendant's remaining pretrial motions due[1] |
| June 23, 2026 | Government's response to any remaining pretrial motions due[2] |
| June 30, 2026 | Defendant's reply in support of any remaining pretrial motions due |
| July 6 or 7, 2026 | Status conference to be held virtually |

DATED this ___ day of May, 2026

_____
KELLY FITZGERALD PATE
United States Magistrate Judge

---

[1] This deadline does not relate to motions *in limine*, motions to compel discovery or other pretrial motions not tied to the indictment (e.g., requests concerning jury selection), which will be governed by a deadline set by the Court at the next status conference or closer to trial.

[2] Motions filed by the May 26, 2026 deadline follow the current scheduling order, with the government's opposition due on June 9, 2026, and the SPLC's reply due on June 16, 2026.