IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CR-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, | ) | |
| INC. | ) | |

## **ORDER**

Upon consideration of the Unopposed Motion to Amend the Scheduling Order (Doc. 46), it is ORDERED that the motion is GRANTED, and the schedule as to pretrial motions[1] (Doc. 43) is amended and the deadlines are reset as follows:

(1)    **June 9, 2026**, Government's deadline to respond to pretrial motions filed on May 26, 2026;

(2)    **June 9, 2026**, Defendant's deadline to file any remaining pretrial motions;

(3)    **June 16, 2026**, Defendant's deadline to reply in support of pretrial motions filed May 26, 2026;

(4)    **June 23, 2026**, Government's deadline to respond to pretrial motions filed on June 9, 2026;

(5)    **June 30, 2026**, Defendant's deadline to reply in support of remaining pretrial motions;

---

[1] The deadlines do not relate to motions in limine, motions to compel discovery, or other pretrial motions not tied to the indictment (e.g., requests concerning jury selection), which will be governed by a deadline set by the Court at the next status conference or closer to trial.

(6)    A status conference is set for **July 7, 2026, at 10:00 a.m.**, by video conferencing via ZoomGov Meeting. At least five minutes before the start of the conference, counsel should join the proceeding by logging into the Court's conference call line. A member of the undersigned's staff will email the attorneys for the parties with the meeting ID and password that must be entered to join the hearing. If a party experiences technical difficulties, that party should seek direction by calling chambers at (334) 954-3730 but only after first attempting to rejoin the call.

DONE this 22nd day of May, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE