IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
     )
v.     )   CASE NO. 2:26-CR-139-ECM-KFP
     )
SOUTHERN POVERTY LAW CENTER,  )
INC.     )

## ORDER

Upon consideration of the Motion to Admit Attorney Pro Hac Vice (Doc. 39), and

for good cause, it is

ORDERED that the motion (Doc. 39) is GRANTED, and Attorney Janelle Geddes

is ADMITTED to appear before this Court pro hac vice to represent Defendant Southern

Poverty Law Center, Inc. in this action. Attorney Geddes shall file a notice of appearance

with the Court as soon as practicable.

DONE this 22nd day of May, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE