# Exhibit 8


Press    Strengthening Democracy & Voting Rights

# SPLC Concerned About Pam Bondi's Record on Civil Rights

January 13, 2025

Share

**MONTGOMERY, Ala.** — Tomorrow, the Senate will commence its nomination hearing for Pam Bondi, the Trump administration's nominee to lead the U.S. Department of Justice (DOJ) as attorney general.

"A strong Department of Justice is essential to ensure that the rights guaranteed by the Constitution are both protected and applied equally to all Americans. It's crucial that our federal agencies are led by highly qualified individuals who demonstrate a deep commitment to the rule of law and the independence of their respective agency from political influence," **said Margaret Huang, president and CEO of Southern Poverty Law Center.** "We need an attorney general with a track record of aggressively and affirmatively enforcing civil rights laws. An attorney general must be a public servant with a demonstrated commitment to truth and justice and, at the very least, must believe in the mission of the agency they are chosen to lead. Unfortunately, Pam Bondi's record suggests otherwise. Her lifelong commitment to defending private interests using false narratives, even when contradicted by established facts and legal precedent, raises serious doubts about her ability to enforce the law impartially."

"As attorney general of Florida, Pam Bondi supported and defended numerous restrictive and racially discriminatory voting laws, including limiting access to early voting. She also pressured law enforcement to conduct criminal investigations so the state could prosecute spurious voter fraud claims. Since leaving office, she has pushed falsehoods about the outcome of the 2020 presidential election, including incorrectly declaring that President-elect Trump won Pennsylvania. Bondi has a history of politicizing the role of the DOJ in appearances on Fox News, referring to DOJ investigators as the deep state, and at the Republican National Convention joining calls to "lock her [Hillary Clinton] up."

"We urge the Senate Judiciary Committee to closely examine Pam Bondi's record on civil rights and to only confirm an attorney general who will ensure that our nation lives up to its promise of equality and justice for all," **concluded Huang.**

## Get the latest updates from Southern Poverty Law Center.

Your Email Address    Subscribe

Racial Justice Issues

Find Resources

State Support

Support Us

Careers

Class Action Lawsuits

Press Center

Contact Us

Member Center

The Civil Rights Memorial Center

Learning for Justice

Learning for Justice Archive

SPLC is a nonprofit, tax-exempt 501(c)(3) organization (EIN: 63-0598743)

The Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Privacy & Terms     Accessibility Statement     © Copyright 2026 SPLC. All Rights Reserved.