# Exhibit 9

Donate



Press    Strengthening Democracy & Voting Rights

# SPLC Expresses Concern Over Harmeet Dhillon's Nomination for Assistant Attorney General

February 25, 2025

Share

**MONTGOMERY, Ala. —**Today, the Southern Poverty Law Center (SPLC) raised significant concerns about President Trump's nomination of Harmeet Dhillon to serve as assistant attorney general for civil rights at the Department of Justice (DOJ).

"Dhillon's record raises serious questions about her commitment to protecting the civil rights of Black and Brown communities, as well as the LGBTQ+ community," said **Margaret Huang, president and CEO, SPLC**. "Throughout her career, she has been involved in more than a dozen lawsuits across the country that tried to restrict people's voting rights and defended discriminatory redistricting. She also founded the Center for American Liberty, a nonprofit legal organization that represented and associated with anti-LGBTQ extremists.

"Dhillon once defended the rights of Sikh Americans post 9/11 while working for the American Civil Liberties Union (ACLU). However, her attention later turned to supporting legal efforts to weaponize our civil rights laws, which were passed to protect historically marginalized people from discrimination and to decrying diversity, equity and inclusion programs in the workplace. Her track record is especially concerning given the responsibilities of the position she is nominated for, which include enforcing civil rights laws and promoting the principles of equal protection and justice.

"The SPLC urges the Senate to thoroughly scrutinize Dhillon's qualifications and to demand clear commitments to uphold the DOJ's historic role as the guardian of civil rights in the Deep South and across the entire country. Senators must insist that Ms. Dhillon answer for her prior work and statements that suggest she will not wield the DOJ's power to protect the civil rights of Black and Brown people, but will instead weaponize it to advance a political agenda that seeks to reverse the gains that have been made. The American people deserve a leader that prioritizes equity under the law and will ensure that the DOJ serves all communities effectively," **concluded Huang**.

###

## About the Southern Poverty Law Center

The Southern Poverty Law Center is a catalyst for racial justice in the South and beyond, working in partnership with communities to dismantle white supremacy, strengthen intersectional movements, and advance the human rights of all people. For more information, visit www.splcenter.org.

# Get the latest updates from Southern Poverty Law Center.

Your Email Address    Subscribe

Racial Justice Issues

Find Resources

State Support

Support Us

Careers

Class Action Lawsuits

Press Center

Contact Us

Member Center

The Civil Rights Memorial Center

Learning for Justice

Learning for Justice Archive

SPLC is a nonprofit, tax-exempt 501(c)(3) organization (EIN: 63-0598743)

The Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Privacy & Terms    Accessibility Statement    © Copyright 2026 SPLC. All Rights Reserved.