# Exhibit 11


Press     Strengthening Democracy & Voting Rights

# SPLC Condemns Passage of the SAVE Act in House; Calls on Senate to Reject this Measure

April 10, 2025  |  SPLC

Share

**MONTGOMERY, Ala.** — Today, House Republicans passed the Safeguard American Voter Eligibility (SAVE) Act, a bill that would limit the voting power of women, Black and Latino, young and rural voters and so many other communities in the South and across the nation. The Southern Poverty Law Center (SPLC) decries this vote and urges the Senate to reject the SAVE Act.

"The continued attacks on the freedom to vote must stop," **said Margaret Huang, president and CEO, SPLC**. "Masquerading as an election integrity bill, the SAVE Act would impose unnecessary voter registration requirements, preventing millions of eligible Americans from voting. It also targets married women and others who have changed their name, as well as the 146 million voting eligible people without passports.

 "Simply put, this bill is a threat to the future of our democracy, placing restrictions on who is allowed to participate in civic life.

 "The House of Representatives should be protecting the right to vote, not restricting it. Voting in this country is secure. The SAVE Act is a shameful piece of legislation and we urge the Senate to safeguard the fundamental right to vote by rejecting the SAVE Act," **Huang concluded.**

###

**About the Southern Poverty Law Center**
The Southern Poverty Law Center is a catalyst for racial justice in the South and beyond, working in partnership with communities to dismantle white supremacy, strengthen intersectional movements, and advance the human rights of all people. For more information, visit www.splcenter.org.

## Get the latest updates from Southern Poverty Law Center.

Your Email Address          Subscribe

Racial Justice Issues

Find Resources

State Support

Support Us

Careers

Class Action Lawsuits

Press Center

Contact Us

Member Center

The Civil Rights Memorial Center

Learning for Justice

Learning for Justice Archive

SPLC is a nonprofit, tax-exempt 501(c)(3) organization (EIN: 63-0598743)

The Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Privacy & Terms      Accessibility Statement      © Copyright 2026 SPLC. All Rights Reserved.