# Exhibit 12


Press        Dismantling White Supremacy

# SPLC President Condemns Trump's Move to Rename Military Bases with Confederate Leaders' Names

June 11, 2025

Share

**WASHINGTON** — The Trump administration recently announced plans to restore the names of military bases which had previously recognized Confederate leaders, including several bases in Alabama and Georgia.

These bases were initially renamed as a result of bipartisan legislation passed in 2020, which tasked a nonpartisan commission with identifying appropriate new names that honored American values.

"This announcement from President Trump is both insulting and unsurprising. The administration has already taken actions to return other military bases to their Confederate monikers, rename naval ships honoring civil rights leaders and remove references to contributions of women and people of color who have served our country throughout history," **said Margaret Huang, president and CEO, Southern Poverty Law Center. "**This decision should alarm everyone. President Trump is seeking to honor insurrectionists who went to war against their own countrymen to preserve white supremacy and protect slavery. Celebrating the shameful actions of people who fought against American values is an affront to every member of our armed forces, particularly Black and Latino servicemembers. It also disrespects the bipartisan and democratic process that renamed the military bases to honor real American patriots."

###

**About the Southern Poverty Law Center**

The Southern Poverty Law Center is a catalyst for racial justice in the South and beyond, working in partnership with communities to dismantle white supremacy, strengthen intersectional movements, and advance the human rights of all people. For more information, visit www.splcenter.org.

# Get the latest updates from Southern Poverty Law Center.

Racial Justice Issues

Support Us

Press Center

Find Resources

Careers

Contact Us

State Support

Class Action Lawsuits

Member Center

The Civil Rights Memorial Center

Learning for Justice

Learning for Justice Archive

SPLC is a nonprofit, tax-exempt 501(c)(3) organization (EIN: 63-0598743)

The Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Privacy & Terms    Accessibility Statement    © Copyright 2026 SPLC. All Rights Reserved.