# Exhibit 13


Press     Ending Unjust Imprisonment

# SPLC Denounces Trump's Deployment of ICE to New Orleans

November 20, 2025

Share

**MONTGOMERY, Ala. —** The Southern Poverty Law Center (SPLC) strongly condemns the Trump administration's continued attacks on prominent, Black-led cities and its misuse of U.S. Immigration and Customs Enforcement (ICE) to criminalize and terrorize citizens. The latest threat of deployment of ICE to New Orleans and the surrounding areas, with full support by Gov. Jeff Landry, comes amid historic-low crime rates for the city and during the height of the tourism and holiday seasons.

"This president's persistent determination to deploy ICE to major American cities with significant Black and Brown populations reflects his administration's ongoing commitment to racial profiling," **said Derwyn Bunton, chief legal officer, SPLC**. "The residents of New Orleans should not have to live in fear. Our government is meant to serve us, not to instill fear and terror. It is unacceptable for individuals to be seized off the streets while walking to work, school, or church. We urge the president and his administration to halt these actions."

###

**About the Southern Poverty Law Center**

The Southern Poverty Law Center is a catalyst for racial justice in the South and beyond, working in partnership with communities to dismantle white supremacy, strengthen intersectional movements and advance the human rights of all people. For more information, visit www.splcenter.org.

## Get the latest updates from Southern Poverty Law Center.

Your Email Address     Subscribe

Racial Justice Issues          Support Us          Press Center

Find Resources

Careers

Contact Us

State Support

Class Action Lawsuits

Member Center

The Civil Rights Memorial Center

Learning for Justice

Learning for Justice Archive

SPLC is a nonprofit, tax-exempt 501(c)(3) organization (EIN: 63-0598743)

The Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Privacy & Terms     Accessibility Statement     © Copyright 2026 SPLC. All Rights Reserved.