# Exhibit 14


Press    Strengthening Democracy & Voting Rights

# SPLC Condemns Jan. 6 Pardons

January 21, 2025

Share

**MONTGOMERY, Ala** — Today, the Southern Poverty Law Center (SPLC) condemns the Trump Administration's pardon of nearly 1,600 charged in connection with the attack on the Capitol on January 6, 2021.

"The January 6th attack on the U.S. Capitol was an assault on the foundations of our democracy and an unprecedented breach of the constitutional order," said **Margaret Huang, President and CEO of the Southern Poverty Law Center**. "Many of those responsible were found guilty through due process of the law and convicted based on the evidence presented in court.

"The public demanded accountability after watching the abhorrent events unfold on in 2021.

These pardons and commutations set a dangerous precedent and undermine the government's responsibility to stand-up against violence and hateful extremism. Many of those who will be released are associated with radical hate groups and militias and these pardons will send a message that the criminal actions of these groups and their members can continue with impunity.

Specifically Enrique Tarrio — the driving force behind the masses of self-described "Western chauvinist" Proud Boys — and Stewart Rhodes — leader of the largest US militia under Oath Keepers- should continue to be held accountable, but with a swipe of a pen President Trump is sweeping their acts under the rug.

"Our country's strength lies in its commitment to justice, accountability, and the preservation of democratic values. We must continue working to ensure treasonous acts of violence are never normalized or repeated," **Huang concluded**.

###

## About the Southern Poverty Law Center

The Southern Poverty Law Center is a catalyst for racial justice in the South and beyond, working in partnership with communities to dismantle white supremacy, strengthen intersectional movements, and advance the human rights of all people. For more information, visit www.splcenter.org.

# Get the latest updates from Southern Poverty Law Center.

Your Email Address    Subscribe

Racial Justice Issues

Find Resources

State Support

Support Us

Careers

Class Action Lawsuits

Press Center

Contact Us

Member Center

The Civil Rights Memorial Center

Learning for Justice

Learning for Justice Archive

SPLC is a nonprofit, tax-exempt 501(c)(3) organization (EIN: 63-0598743)

The Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Privacy & Terms    Accessibility Statement    © Copyright 2026 SPLC. All Rights Reserved.