# Exhibit 15

Donate

Press      Strengthening Democracy & Voting Rights

# SPLC Condemns DHS Secretary Noem Labeling Protestors as 'Terrorists' As ICE Continues Lawless Actions

January 9, 2026

Share

**MONTGOMERY, Ala.** — The Southern Poverty Law Center (SPLC) is alarmed by Department of Homeland Security (DHS) Secretary Kristi Noem's labeling of American protestors as "terrorists." Following the horrific shooting of Renee Nicole Good in Minneapolis at the hands of Immigration and Customs Enforcement (ICE) agents, we expect more demonstrations to take place across the country, including in the Deep South, as people protest the dangerous actions of ICE and demand accountability.

"DHS Secretary Kristi Noem publicly characterizing the events leading up to and following the tragic death of Renee Good as an 'act of domestic terrorism' is unacceptable," said **Derwyn Bunton, chief legal officer, SPLC**. "Protesting is not an act of terrorism, but rather a constitutional right. This kind of language puts people at risk and encourages the kind of conduct by ICE and other law enforcement that led to Good's senseless death. We've seen this before, especially in the South, where peaceful demonstrations have too often been met with force instead of accountability.

"We mourn the death of Good, and our condolences are with her family. To prevent further tragedies, it is crucial for our state and local leaders to ensure safety within their communities, since we know that ICE is not making our communities safer. Together, we must work to ensure our constitutional right to safely and peacefully protest is maintained."

###

**About the Southern Poverty Law Center**

The Southern Poverty Law Center is a catalyst for racial justice in the South and beyond, working in partnership with communities to dismantle white supremacy, strengthen intersectional movements and advance the human rights of all people. For more information, visit www.splcenter.org.

## Get the latest updates from Southern Poverty Law Center.

Your Email Address                    Subscribe

Racial Justice Issues          Support Us                    Press Center

Find Resources                 Careers                       Contact Us

State Support                  Class Action Lawsuits         Member Center

                                                             The Civil Rights Memorial Center

                                                             Learning for Justice

                                                             Learning for Justice Archive

SPLC is a nonprofit, tax-exempt 501(c)(3) organization (EIN: 63-0598743)

The Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Privacy & Terms      Accessibility Statement      © Copyright 2026 SPLC. All Rights Reserved.