# Exhibit 16

Donate

# SPLC Expresses Deep Concern After FBI Raids Georgia Election Facility for 2020 Election Data

January 29, 2026

Share

**ATLANTA —** The Southern Poverty Law Center (SPLC) is concerned about the Jan. 28, 2026, FBI raid of the Fulton County election center in Georgia, which was allegedly conducted to obtain 2020 election data.

"We are deeply troubled by the execution of a sealed search warrant at a Fulton County election facility in Union City, Georgia," said **Derwyn Bunton, chief legal officer, SPLC.** "This is the latest attempt by the Trump administration to weaken the strength of our democracy by seeding doubt in our electoral process. Free and fair elections are the bedrock of our democracy, and the FBI's attempts to seize the Fulton County ballots from the 2020 election are a violation of the foundational principles of our country.

"The results of the 2020 Georgia election have been scrupulously counted, examined and certified by the Georgia secretary of state. This is a blatant attempt to undermine the integrity of our electoral process and threaten the voting rights of Georgians."

###

**About the Southern Poverty Law Center**

The Southern Poverty Law Center is a catalyst for racial justice in the South and beyond, working in partnership with communities to dismantle white supremacy, strengthen intersectional movements and advance the human rights of all people. For more information, visit www.splcenter.org.

## Get the latest updates from Southern Poverty Law Center.

Your Email Address          Subscribe

Find Resources

Careers

Contact Us

State Support

Class Action Lawsuits

Member Center

The Civil Rights Memorial Center

Learning for Justice

Learning for Justice Archive

SPLC is a nonprofit, tax-exempt 501(c)(3) organization (EIN: 63-0598743)

The Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Privacy & Terms    Accessibility Statement    © Copyright 2026 SPLC. All Rights Reserved.