# Exhibit 17

Donate

Press      Dismantling White Supremacy

# SPLC Urges Congress to Demand Meaningful Limits and Accountability Measures on ICE and DHS

February 3, 2026

Share

**MONTGOMERY, Ala.** — The Southern Poverty Law Center (SPLC) is cautiously optimistic about the bipartisan continuing resolution reached by Congress to reopen the government as lawmakers continue negotiations on the Department of Homeland Security (DHS) funding bill.

"We are encouraged that Congress has advanced a bipartisan compromise to fund the government, but we urge lawmakers to use this period to demand limits and accountability measures that will ensure an end to Immigration and Customs Enforcement (ICE) abuses against communities around the country," said **LaShawn Warren, chief policy officer, SPLC**.

"This gives lawmakers ample time to agree on amendments to the DHS funding bill that will protect our communities — especially Black and Brown individuals — that have been harmed by violence and other aggressive and overreaching actions during this administration's ICE surges. We urge that substantial measures are adopted to curb the abuse of power by ICE agents, and no further funds should be funneled into DHS."

###

**About the Southern Poverty Law Center**

The Southern Poverty Law Center is a catalyst for racial justice in the South and beyond, working in partnership with communities to dismantle white supremacy, strengthen intersectional movements and advance the human rights of all people. For more information, visit www.splcenter.org.

## Get the latest updates from Southern Poverty Law Center.

Your Email Address          Subscribe

Racial Justice Issues      Support Us      Press Center

Find Resources

Careers

Contact Us

State Support

Class Action Lawsuits

Member Center

The Civil Rights Memorial Center

Learning for Justice

Learning for Justice Archive

SPLC is a nonprofit, tax-exempt 501(c)(3) organization (EIN: 63-0598743)

The Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Privacy & Terms      Accessibility Statement      © Copyright 2026 SPLC. All Rights Reserved.