# Exhibit 18

Donate

Press    Strengthening Democracy & Voting Rights

# SPLC Denounces Trump's Executive Order to Limit Americans' Voting Access

April 1, 2026

Share

## Latest efforts to restrict voting access would bar millions of Americans from voting by mail

**MONTGOMERY, Ala.** — The Southern Poverty Law Center (SPLC) condemns President Donald Trump's recent executive order that intentionally attempts to block millions of Americans from voting by mail.

This latest threat to voting rights will harm every voting group by excluding eligible voters from our elections and further threatening American democracy.

"What we are seeing is another attempt at presidential overreach and a blatant disregard for our election system and our democracy," said **Arthur Ago, director of strategic litigation and advocacy, SPLC**. "Voting is a fundamental right in our nation that should not be limited, but rather protected and expanded. This executive order is unconstitutional, plain and simple, and it is reminiscent of the most exclusionary times in this nation's history.

"This latest push by the president to further spread his anti-democratic agenda, determine who has access to vote and place near-insurmountable obstacles to mail-in voting should not survive any legal challenge. Instead of focusing on measures that would lower the cost of gas and health care for millions of Americans or ensure the economy serves everyone, the president is focusing his attention on illegally controlling the midterm elections," **continued Ago.** "In this country, the people elect our leaders. This year, as always, Americans will turn out and cast their ballots to ensure the will of the people prevails. And the SPLC will use every legal tool that we have to ensure elections remain accessible, fair and free."

Attempts to end mail-in voting and require limited forms of strict government-issued proof of U.S. citizenship to register to vote in federal elections were deemed unconstitutional in April and June by federal judges. In our democracy, states largely determine the rules for voting, and the limited authority of the federal government to govern elections lies with Congress.

###

**About the Southern Poverty Law Center**

The Southern Poverty Law Center is a catalyst for racial justice in the South and beyond, working in partnership with communities to dismantle white supremacy, strengthen intersectional

movements and advance the human rights of all people. For more information, visit www.splcenter.org.

## Get the latest updates from Southern Poverty Law Center.

Your Email Address          Subscribe

Racial Justice Issues       Support Us              Press Center

Find Resources              Careers                 Contact Us

State Support               Class Action Lawsuits   Member Center

                                                    The Civil Rights Memorial Center

                                                    Learning for Justice

                                                    Learning for Justice Archive

SPLC is a nonprofit, tax-exempt 501(c)(3) organization (EIN: 63-0598743)

The Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Privacy & Terms      Accessibility Statement      © Copyright 2026 SPLC. All Rights Reserved.