# Exhibit 19



September 11, 2025

The Honorable Mike Johnson
Speaker, U.S. House of Representatives
Washington, D.C. 20515

The Honorable Jim Jordan
Chairman, House Judiciary Committee
Washington, D.C. 20515

The Honorable James Comer
Chairman, House Oversight and Government Reform Committee
Washington, D.C. 20515

Speaker Johnson, Chairman Jordan, and Chairman Comer,

I respectfully request that the House of Representatives form a select committee on "The money, influence, and power behind the radical left's assault on America and the rule of law." In the wake of numerous attacks on our way of life, the destruction of the rule of law, and the murder of innocent Americans, prominent and unknown alike, we must take every step to follow the money and uncover the force behind the NGOs, donors, media, public officials, and all entities driving this coordinated attack.

The patterns are undeniable: we are witnessing a sustained breakdown of law and order, fueled not by chance, but by anti-American ideology. Of course, we witnessed the 2024 assassination attempt on President Trump as well as the 2017 shooting of Republican lawmakers at baseball practice, but it goes well beyond politicians and to the people themselves.

We have seen targets placed on the Family Research Council and Charlie Kirk by the Southern Poverty Law Center (SPLC) only to witness shootings toward each, including the tragic assassination of Charlie just this week, after being placed on the SPLC's notorious "Hate Map" three months ago. We have seen dangerous networks like Antifa organize, fund, and deploy sophisticated terror campaigns attacking law enforcement and destroying American cities.

We have seen George Soros, the Wren Collective, and other radical organizations funding and putting in place District Attorneys and Judges to then coordinate releasing criminals to the streets. The result has been death and injury to thousands of Americans, including the recent horrifying murder of Ukrainian refugee Iryna Zarutska at the hands of a 14-time released criminal and lesser-known attacks like the shooting of San Antonio security guard and former Marine, Jimmy Friesenhahn, leaving him paralyzed.

However, the coordinated lawlessness and disorder are perhaps most apparent in the forces behind the opening of our borders to release untold numbers of illegal aliens, including dangerous actors who've victimized law-abiding Americans. Laken Riley, whose convicted killer illegally crossed our border and was released into the interior by the Biden administration, was arrested, got released, and then murdered

Laken.  Jocelyn Nungaray and Rachel Morin also fell victim to these coordinated efforts, as their illegal alien assailants took advantage of a deliberately wide-open border, funded by cash given to the U.N.-affiliated and U.S.-taxpayer-funded International Organization for Migration that facilitated the invasion of our borders.  There are countless other examples.

Enough is enough.  We must follow the money to identify the perpetrators of the coordinated anti-American assaults being carried out against us and take all steps under the law necessary to stop them. The best option is a full, stand-alone committee with complete authority to elevate and investigate these matters.  However, I respectfully request that we establish such a committee. It should be comprised of Members and staff with prosecutorial and/or law enforcement backgrounds, and we should grant it full subpoena powers and authority to deliver results.

We can no longer pretend to be bound together by shared ideals when a well-funded, vitriolic cadre of our fellow Americans and foreign interests are at war with the very values of faith in God, fidelity to our Constitution, and respect for the principles of liberty and Western Civilization that define us as Americans – including, notably, the free speech practiced and exemplified by Charlie Kirk.

I am sending this letter for myself and a growing number of colleagues who have been able to respond quickly in support of this call to action, and I will hold this letter open requesting all of my colleagues join with us to say it is time for us to haul all of these actors before Congress and get to the truth behind the coordinated global network funding and fueling this attack on Americans.

Respectfully,


Chip Roy
Member of Congress

Andy Biggs
Member of Congress

Scott Perry
Member of Congress


Josh Brecheen
Member of Congress

Mark Harris
Member of Congress

Mary E. Miller
Member of Congress


Andrew Clyde
Member of Congress

Sheri Biggs
Member of Congress

Clay Higgins
Member of Congress


Andy Ogles
Member of Congress

Andy Harris, M.D.
Member of Congress

Ben Cline
Member of Congress

Eric Burlison
Member of Congress

Keith Self
Member of Congress

Brandon Gill
Member of Congress

Diana Harshbarger
Member of Congress

Ralph Norman
Member of Congress

Lauren Boebert
Member of Congress

Nicholas J. Begich III
Member of Congress

Paul Gosar, D.D.S.
Member of Congress

Barry Moore
Member of Congress

Laurel Lee
Member of Congress

Michael Cloud
Member of Congress

Russ Fulcher
Member of Congress

Byron Donalds
Member of Congress

Marlin Stutzman
Member of Congress

Nancy Mace
Member of Congress

Marjorie Taylor-Greene
Member of Congress

Chris Smith
Member of Congress

Randy Fine
Member of Congress

Mark Alford
Member of Congress

Wesley Hunt
Member of Congress

Tim Burchett
Member of Congress

Victoria Spartz
Member of Congress