# Exhibit 20

## PRESIDENTIAL ACTIONS

### DESIGNATING ANTIFA AS A DOMESTIC TERRORIST ORGANIZATION

Executive Orders

September 22, 2025

Section 1.  Antifa as a Terrorist Threat.  Antifa is a militarist, anarchist enterprise that explicitly calls for the overthrow of the United States Government, law enforcement authorities, and our system of law.  It uses illegal means to organize and execute a campaign of violence and terrorism nationwide to accomplish these goals.  This campaign involves coordinated efforts to obstruct enforcement of Federal laws through armed standoffs with law enforcement, organized riots, violent assaults on Immigration and Customs Enforcement and other law enforcement officers, and routine doxing of and other threats against political figures and activists.  Antifa recruits, trains, and radicalizes young Americans to engage in this violence and suppression of political activity, then employs elaborate means and mechanisms to shield the identities of its operatives, conceal its funding sources and operations in an effort to frustrate law enforcement, and recruit additional members.  Individuals associated with and acting on behalf of Antifa further coordinate with other organizations and entities for the purpose of spreading, fomenting, and advancing political violence and suppressing lawful political speech.  This organized effort designed to achieve policy objectives by coercion and intimidation is domestic terrorism.

Sec. 2.  Designation as a Domestic Terrorist Organization.  Because of the aforementioned pattern of political violence designed to suppress lawful political activity and obstruct the rule of law, I hereby designate Antifa as a "domestic terrorist organization."  All relevant executive departments and agencies shall utilize all applicable authorities to investigate, disrupt, and dismantle any and all illegal operations — especially those involving terrorist actions — conducted by Antifa or any person claiming to act on behalf of Antifa, or for which Antifa or any person claiming to act on behalf of Antifa provided material support, including necessary investigatory and prosecutorial actions against those who fund such operations.

Sec. 3.  General Provisions.  (a)  This order shall be implemented consistent with applicable law.  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

(b)  This order shall be published in the *Federal Register.*

       DONALD J. TRUMP

THE WHITE HOUSE,

   September 22, 2025.

Related

Fact Sheet: President Donald J. Trump Designates Antifa as a Domestic Terrorist Organization

Fact Sheets | September 22, 2025

Fact Sheet: President Donald J. Trump Develops New Strategy to Counter Domestic Terrorism and Organized Political Violence

Fact Sheets | September 25, 2025

Countering Domestic Terrorism and Organized Political Violence

Presidential Actions, Presidential Memoranda | September 25, 2025

Designating Cartels And Other Organizations As Foreign Terrorist Organizations And Specially Designated Global Terrorists

Presidential Actions | January 20, 2025

Designation of Certain Muslim Brotherhood Chapters as Foreign Terrorist Organizations and Specially Designated Global Terrorists

Presidential Actions, Executive Orders | November 24, 2025

**1** 2 3 … 88 NEXT PAGE



GET THE FACTS →

ABOUT

Administration

Contact

Internships

Stay Informed

Privacy Policy

MEDIA

News

Gallery

Video Library

Media Offenders

White House Wire

INITIATIVES

Freedom 250

Investments

Working Families Tax Cuts

AI.Gov

DOGE

SUBSCRIBE TO THE WH NEWSLETTER

Your email                                                          SIGN UP

Click here or text **45470** to receive updates

