# Exhibit 23

**An Open Letter Rejecting Presidential Attacks on Nonprofit Organizations**

We are a coalition of nonprofit and nonpartisan organizations formed to champion causes dear to all Americans. We work in communities across the country to protect our air and water, our right to vote, to worship, and to organize; we fight for consumers, workers, and our children; we advocate for civil and human rights at home and abroad; we have made it safer to drive on our roads, easier to start a business, and healthier to live in our cities. We span the full ideological spectrum. And today, we stand together for our democracy and in solidarity with the nonprofit groups unjustly and illegally targeted by the Trump administration, including in a new September 25 presidential memorandum.

We of course unequivocally reject political violence. But we won't mince words. No president–Democrat or Republican–should have the power to punish nonprofit organizations simply because he disagrees with them. That is not about protecting Americans or defending the public interest. It is about using unchecked power to silence opposition and voices he disagrees with. That is un-American and flies in the face of the Constitution, including the First Amendment bar on targeting organizations for their advocacy.

Charities perform crucial functions in every community across our country, including providing healthcare, housing, education, religious services, food and water, and so much more. Like other nonprofits, the organizations threatened by President Trump have a mission to serve the public good and are composed of everyday people fighting for dignity, safety, and opportunity.

This attack on nonprofits is not happening in a vacuum, but as a part of a wholesale offensive against organizations and individuals that advocate for ideas or serve communities that the president finds objectionable, and that seek to enforce the rule of law against the federal government. Whether the target is a church, an environmental or good government group, a refugee assistance organization, university, a law firm, or a former or current government official, weaponizing the executive branch to punish their speech or their views is illegal and wrong. It is also an attack on the very notion that government power must serve the people, not those in office.

Charitable organizations serve our communities in various ways, playing a central role in public protection, health, accountability, anti-discrimination, and in creating the moral fabric of our nation. That is, of course, precisely why this administration is targeting them. They know that the organizations they are attacking exist to lift up the voices of everyday Americans and shine the spotlight of accountability on those who seek to abuse power.

Political violence is unacceptable. But efforts by the president of the United States to defund, discredit, and dismantle nonprofit groups he simply disagrees with are reprehensible and dangerous—a violation of a fundamental freedom in America. This Administration is trying to bully people into silence but speaking out is, and has always been, our collective mission. We stand with those wrongly targeted and with each other. No exceptions.

Sincerely,

Please provide your organization's name as you would like it to appear.
1 Day At A Time
1 Million Madly Motivated Moms (1M4)
10,000 Degrees
100% Democracy: An Initiative for Universal Voting
1000 Friends of Oregon
171 Cedar Arts Center
18 Million Rising
198 methods
1for3.org
1Hood
2 Inspire Peace, Inc.
3 Bridges
30 Mile River Watershed Association
305 Wisconsin
34th Street Wholistic Garden and Education Center Inc.
350 Bay Area
350 Bay Area Action
350 Chicago
350 Colorado
350 Eugene
350 Mass
350 New Mexico
350 Salem Oregon
350 Seattle
350 Wisconsin
350 Yakima Climate Action
350.org
350Brooklyn
350Hawaii
350Marin.org
350NYC
350Vermont
360 Philanthropy Partners
4CORE
50501 AL
50501 California
50501 Scottsboro AL
826 Valencia
8PM Consulting for Humanity
A Blade of Grass
A Place Called Home

A Small Business supporting Nonprofits!
A Step in the Right Direction
A.J. Muste Foundation for Peace and Justice
A+ Schools
A2D2-Ann Arbor InDivisible for Democracy
AACSA
AAMOU
Aaron's Acres
ABC Parenting Institute
Abode
Abortion Action Missouri
Abortion Care Network
Abortion Forward
About Face Veterans Against the War
Acacia Center for Justice
Acadia Center
Access Justice Brooklyn
Access Living of Metropolitan Chicago
Access Now
Accola
Accountability Counsel
Accountability Lab
Accountable.US/Accountable.NOW
Achieve Twin Cities
ACL inclusive Housing Network of Boulder and Broomfield
ACLU
ACLU California Action
ACLU Foundation of San Diego & Imperial Counties
ACLU of Alabama
ACLU of Alaska
ACLU of Arizona
ACLU of Arkansas
ACLU of Colorado
ACLU of Connecticut
ACLU of DC
ACLU of Delaware
ACLU of Florida
ACLU of Georgia
ACLU of Hawai'i
ACLU of Idaho
ACLU of Illinois
ACLU of Indiana
ACLU of Iowa
ACLU of Kansas

ACLU of Kentucky
ACLU of Louisiana
ACLU of Maine
ACLU of Maryland
ACLU of Massachusetts
ACLU of Michigan
ACLU of Minnesota
ACLU of Mississippi
ACLU of Missouri
ACLU of Montana
ACLU of Nebraska
ACLU of Nevada
ACLU of New Hampshire
ACLU of New Jersey
ACLU of New Mexico
ACLU of New York
ACLU of North Carolina
ACLU of North Dakota
ACLU of Northern California
ACLU of Ohio
ACLU of Oklahoma
ACLU of Oregon
ACLU of Pennsylvania
ACLU of Puerto Rico
ACLU of Rhode Island
ACLU of South Carolina
ACLU of South Dakota
ACLU of Southern California
ACLU of Tennessee
ACLU of Texas
ACLU of Utah
ACLU of Vermont
ACLU of Virginia
ACLU of Washington
ACLU of West Virginia
ACLU of Wisconsin
ACLU of Wyoming
Acres Homes Community Advocacy Group
Act Now: End AIDS (ANEA) Coalition
Act Now: End AIDS (ANEA) Coalition
Action Center on Race and the Economy
Action Corps
Action for a Better Community
Action Together NEPA

ActionAid USA
Actors Space ABQ
Adelante Mujeres
Adirondack Diversity Initiative
Adiuvans Foundation
ADOS Empowerment Project
Advance ESG
Advance Maryland
Advancement Project
Advancement Project Education Fund
Advancing CT Together
Advocacy for Principled Action in Government
Advocacy Without Borders
Advocates for Children
Advocates for the West
Advocates for Youth
AEN
Affirmations Community Center
Affordable Homeownership Foundation, Inc.
Afghan Legal Empowerment Portal
Afghan-American Foundation
AFL-CIO
Africa Youth Rising
African American Alliance of CDFI CEOs
African American Policy Forum
African Centre for Media and Information Literacy  (AFRICMIL)
African Human Rights Coalition
Afrikana
AFSCME Retirees
AFT
AG Foundation
AGE of Central Texas
AI for the People
AIDS Care Ocean State
AIDS Foundation Chicago
AIDS Foundation Chicago
AIDS Law Project of Pennsylvania
AIDS Support Program, Inc.
Air Alliance Houston
AJESH
Akari Foundation
AKPIRG
Al Otro Lado
Alabama Arise

Alabama Campaign for Adolescent Sexual Health
Alabama Coalition for Immigrant Justice
Alabama Rivers Alliance
Alameda Creek Alliance
Alaska Children's Trust
Alaska Clean Water Advocacy
Alaska Community Action on Toxics
Alaska Native Women's Resource Center
Alaska Wilderness League
Albert Kahn Legacy Foundation
Alianza
Alianza Americas
Aliveness Project
All Above All
All Faiths Unitarian Congregation
All Farmers
All Our Kin
All These Cats Feed and Rescue
Allegany Franciscan Ministries
Allegheny-Blue Ridge Alliance
Allendale Association
Alliance Care 360
Alliance for a Just Society
Alliance for Affordable Energy
Alliance for Appalachia
Alliance For Just Money
Alliance for Justice
Alliance for the Wild Rockies
Alliance for TransYouth Rights
Alliance of Nurses for Healthy Environments
Alliance San Diego
Alliance to End Homelessness in Suburban Cook County
Alliance to Reclaim Our Schools
Allied Agenda
Allied Media Projects
Alternative House
Alternative Schools Network
Alum Rock Counseling Center
Alzheimer's Disease Resource Center, Inc.
Amado Khaya Initiative
Amalgamated Transit Union Local 26
Amara Family Services
AmazeWorks
Amelia LoDolce

America Votes
America's Charities
American Arab and Muslim Leadership Council
American Association of People with Disabilities
American Association of University Women (AAUW)
American Atheists
American Center for Justice
American Civic Association
American Constitution Society
American Federation of State, County and Municipal Employees (AFSCME)
American Friends Service Committee
American Governance Institute
American Industrial Hygiene Association
American International Accreditation Association of Schools and Colleges (AIAASC)
American Jazz Museum
American Jewish World Service
American Library Association
American Midwest Ballet
American Muslims for Palestine (AMP)
American Oversight
American Pride Rises
American Public Health Association
American Sexual Health Association
American Shotokan Karate Club of Meadville, PA
American Sustainable Business Network
Americans for Financial Reform
Americans for Justice in Palestine Action (AJP Action)
Americans for Tax Fairness
Americans United for Separation of Church & State
Americans Who Tell the Truth
AMEXCAN, Inc.
Amica Center for Immigrant Rights
Amigos Bravos
Amigos de Guadalupe Center for Justice and Empowerment
Amnesty International USA
Amos House
Amos Lemon Burkhart Foundation
Ampersand Families
Amplify Eco
AMPLIFY Girls
Amyloidosis Foundation
Anabaptist Climate Collaborative
Andrew Carnegie Free Library & Music Hall
Anera

Angel of God Resource Center
Animal Defense Partnership
Animal Welfare Institute
Annie Bell Chambers Multi-Service Center
Annunciation House, Inc.
Anthropocene Alliance
Any Positive Change Inc.
AO: Advocating Opportunity
API Equality-LA
APIA Vote-Michigan
Appalachian Citizens' Law Center, Inc.
Appalachian Sustainable Development
Applegate Siskiyou Alliance
Appleseed Foundation
Aquarium of Niagara
Aquí: The Accountability Movement
Arab American Family Support Center
Arab American Institute (AAI)
Arab Resource & Organizing Center (AROC)
Archaeology Southwest
Arizona Citizens for the Arts
Arizona Coalition to End Sexual and Domestic Violence
Arizona Forward
Arizona Interfaith Power & Light
Arkansas Advocates for Children and Families
Arkansas Citizens First Congress
Arkansas Public Policy Panel
Armijo Family Scholarship Fund
Art Connection-RI
Art in the Heart
Art Reach of Mid Michigan
Arts of Life
ArtsFarmington
Arvada Center for the Arts and Humanities
As You Sow
AS220
Ascend - Leadership Through Athletics
Ascend Justice
Ascentria Care Alliance
ASHO
Asian & Pacific Islander Americans in Historic Preservation
Asian American Legal Defense and Education Fund
Asian American Voices for Education
Asian Americans Advancing Justice (AAJC)

Asian Americans Advancing Justice Atlanta
Asian Americans Advancing Justice Chicago
Asian Americans Advancing Justice Southern California
Asian Americans Advancing Justice Southern California (AJSOCAL)
Asian Americans and Pacific Islanders for Civic Empowerment
Asian Americans and Pacific Islanders of New Jersey (AAPI NJ)
Asian and Pacific Islander American Vote (APIAVote)
Asian Community Development Corporation
Asian Law Alliance
Asian Law Caucus
Asian Pacific Community in Action
Asian Pacific Environmental Network
Asian Pacific Islander Coalition of Yakima
ASIAN, Inc.
Asians for Collective Action
ASISTA
ASK Community Empowerment Collective, PLLC
ASPEN- Abuse Support & Prevention Education Network
Aspiritech, NFP
Association for Individual Development (AID)
Association for Neighborhood and Housing Development
Association for Special Children and Families
Association House of Chicago
Association of Community Services
Association of Latinos/as/xs Motivating Action
Association of Reform Jewish Educators
Association of State Dam Safety Officials
Association to Benefit Children
Astor Services
Astraea Lesbian Foundation for Justice
Asylum Access
AsylumWorks
Atheists United
Athena Coalition
Atlantic Black Box
Atlas of Blackness
Attachment & Trauma Network, Inc.
Attic Youth Center
Austin Community Law Center
Authors Guild
Autism Alliance of Michigan
Autistic People of Color Fund
Autistic Women & Nonbinary Network
AVAC

Available Potential Enterprises, Ltd. (A.P.E.)
AVAN Immigrant Services
AVAS
Avila Fund
Avodah
Avow Texas
Awaaz
Aytzim: Ecological Judaism
Ayuda
Backbone Campaign
Bala Rising
Ballot Initiative Strategy Center
Baltimore Brothers, Inc.
Baltimore Youth Arts
Bangor Land Trust
Bank Climate Advocates
BankTrack
Baptist Joint Committee for Religious Liberty
Barbara Jordan Leadership Institute
Basic Rights Oregon
Battle Born Progress
Battleground Texas Engagement Fund
Bay Area American Indian Two-Spirits (BAAITS)
Bayard Rustin Center for Social Justice
Bayard Rustin Liberation Initiative
Be Humanitarian
Beacon Hill Black Alliance for Human Rights
Bearnstow
Beds 4 Kids
Bee Accepting
Belle Haven Empowered
Bend the Arc: Jewish Action
Benvenuti Arts
Bergen Volunteer Medical Initiative
Berks Gas Truth
Berrien County Historical Association
Bet Tzedek Legal Services
Beta Cell Action
Beth-El Center, Inc.
Better Brazoria: Clean Air & Water
Better Future Project
Better Health Together
Better Lives Rhode Island
Better Path Coalition

Between the Waters
Beyond Conflict
Beyond Nuclear
Beyond the Ballot
Bhutanese Community Association of Pittsburgh
Bicycle Alliance of Minnesota
Bicycle Nonprofit Accounting, Inc.
Biddeford Adult Education
Big Brothers Big Sisters of Bath/Brunswick
Big Brothers Big Sisters of Southern Maine
Bike Cleveland
Bilan Organization
Bill Sorro Housing Program (BiSHoP)
Billion Minds Institute
Biomimicry Collaborative
Bird Alliance of Oregon
BLACHE: Black Leadership Advocacy Coalition for Healthcare Equity
Black Administrators in Child Welfare of Illinois
Black Alliance for Just Immigration
Black Donors Project
Black Heart Harm Reduction
Black Hills Clean Water Alliance
Black Man Lab Foundation, Inc
Black Nonbelievers
Black Parent Network
Black Public Media
Black Veterans Project
Black Women for Wellness Action Project
Black Women's Lab
Black Zen
BLOOM365
Blue Future
Blumenthal Foundation
BMA-NA
Board of Trustees of the Unitarian Universalist Congregation of Fort Wayne
Bold Visions Conservation
Boquet River Association
Border Network for Human Rights
Borderlands for Equity
Boreal Waters Community Foundation
Boss Up Culture, Inc.
Boston Indivisible
Boston Women's Fund
Boyne Heritage Center

Bradbury-Sullivan LGBT Community Center
Brady
Brain Injury Association of Nebraska
Branch4
Brazilian Women's Group
Breach Collective
Breathe Easy Susquehanna County
Breathe Project
Brennan Center for Justice
Bridge Alliance Education Fund
Bridge to the Mountains
Brightmoor Artisans Collective
Brightpoint
Broken No More
Bronx House
Brooklyn Emerging Leaders Academy
Brooklyn For Peace
Building Beloved Communities
Built4Agility
Bullitt Foundation
Burko STUDIO
Burnham Park Association
Burnt Fork Watershed Alliance
Bynes Consulting Group
C. Love Baking Academy, 501c3
CactusToCloud Institute
Cadillac Urban Gardens
CAIR Maryland
CAIR OH, Columbus | Cincinnati | Dayton
CAIR San Francisco Bay Area
CAIR Washington
CAIR-MI
CAIR-Minnesota
CAIR-Pennsylvania
CALEB
Calico Culture Strategies
California Approves
California Association of Nonprofits (CalNonprofits)
California Center for Civic Participation
California Center for Movement Legal Services
California Climate & Agriculture Network (CalCAN)
California Coalition for Rural Housing
California Communities Against Toxics
California Community Foundation

California Donor Table
California Environmental Voters
California Green New Deal Coalition
California Latinas for Reproductive Justice
California LGBTQ Health and Human Services Network
California Partnership to End Domestic Violence
California Work & Family Coalition
California Youth Defender Center
Californians for Pesticide Reform
Californians for Western Wilderness
Californians Together
Callisto
CalPride
CalWild
CAMP Rehoboth
Campaign for Family Farms and the Environment
Campaign For Justice: Redress NOW For Japanese Latin Americans!
Campaign Legal Center
Campus Climate Network
Cancer Patient Support Foundation
CANCollaborate.org
Capital Area Friends of the Environment
Cara Collective
Carbon Cycle Institute
Care House of Oakland County.CASA
Cares of Southwest Michigan
Careteam Plus Family Health & Specialty Care
Caribbean Cultural Center African Diaspora Institute
Caribbean Equality Project
Caritas Family Solutions
Carnalismo Brown Berets
Carolina Common Enterprise
Carolina Jews for Justice
Carolyn Foundation
Casa Freehold
Casa Michaocan / FEDECMI
Cascade Community Markets
Cascade Forest Conservancy
Cascadia Wildlands
CASES
CASH Campaign of Maryland
Casper Pride
Cast Consulting
Castle of our Skins

Catalyst California
Catalyst Miami
Catalyst Montana: Organizing for Justice
Catalyst Project
Catherine's Caring Cause, Inc. NFP
Catholic Charities of Cortland County
Catholics for Choice
Catholics Vote Common Good
Catskill Center for Conservation and Development
Cause Collective
Cayuga Community Health Network
Cedar Tree Foundation
Cedar Valley's Promise
Celebration Barn
Center for a Sustainable Coast
Center for Advancing Community
Center for American Progress
Center for Applied Environmental Law & Policy
Center for Biological Diversity
Center for Biological Diversity
Center for Black Equity
Center for Civic & Public Policy Improvement
Center for Civil Justice
Center for Climate Integrity
Center for Coalfield Justice
Center for Common Ground
Center for Community Action and Environmental Justice
Center for Community Stewardship
Center for Community-Based Enterprise
Center for Conflict Resolution
Center for Constitutional Rights
Center for Democracy & Technology
Center for Digital Democracy
Center for Disability & Elder Law
Center for Dispute Settlement
Center for Earth, Energy and Democracy
Center for Ecoliteracy
Center for Ecological Economic and Ethical Education (CEEEE)
Center for Economic and Policy Research
Center for Economic Justice
Center for Effective Philanthropy
Center for Elder Law & Justice
Center for Empowering Refugees and Immigrants
Center for Engagement, Environmental Justice and Health

Center for Fair Housing
Center for Farmworker Families
Center for Gender & Refugee Studies - California
Center for Health Progress
Center for Human Rights and Constitutional Law
Center for Independent Documentary, Inc.
Center for International Environmental Law
Center for International Policy
Center for Irish Music
Center for Jewish Nonviolence
Center for Justice & Democracy
Center for Justice and Accountability
Center for Media and Democracy
Center for Oil and Gas Organizing
Center for People with Disabilities
Center for Policing Equity
Center for Popular Democracy
Center for Population Health
Center for Progressive Reform
Center for Public Representation
Center for Purposeful Leadership
Center for Reproductive Rights
Center for Social Epidemiology
Center for Spirituality and Sustainability
Center for Story & Witness (formerly The Voices & Faces Project)
Center for Sustainable Communities
Center for Sustainable Justice
Center for the Arts of Greater Lapeer, Inc.
Center for the Integration and Advancement of New Americans, Inc. (CIAN)
Center for the Study of White American Culture
Center for Transformative Action
Center for Trust and Transformation
Center for Victims of Torture
Center on Budget and Policy Priorities
Center Theatre for the Performing Arts
CenterLink
Central American Legal Assistance
Central American Resource Center
Central Coast Alliance United for a Sustainable Economy (CAUSE)
Central Conference of American Rabbis
Central Detroit Christian Community Development Corporation
Central East Alcoholism and Drug (CEAD) Council, dba Hour House
Central Indiana Community Foundation
Central Iowa Rainbow Families

Central Oregon LandWatch
Central Pacific Conference of the United Church of Christ
Central Valley Immigrant Integration Collaborative
Central Valley Pride
Centreville Immigration Forum
Centro Binacional para el Desarrollo Indigena Oaxaqueño (CBDIO)
Centro Comunitario CEUS
Centro de Trabajadores Unidos en Lucha (CTUL)
Centro por la Justicia
Centro Sanar
Ceres Community Project
ChamberQUEER
Change the Chamber
Change The Tune, Inc.
ChangeLab Solutions
Charity & Security Network
Charles River Watershed Association
Charleston Climate Coalition
Charlotte Earth Day
Charlotte Trans Health
Chattooga Conservancy
Cheerful Helpers Child and Family Study Center
Chef Ann Foundation
Chehalis River Basin Land Trust
Chemung County Performing Arts dba Clemens Center
Cherokee Concerned Citizens
Chesapeake Climate Action Network
Chesapeake Legal Alliance
Cheyenne Animal Shelter
Chicago Alliance Against Sexual Exploitation
Chicago Appleseed Center for Fair Courts
Chicago Coalition to end Homelessness
Chicago Council of Lawyers
Chicago House and Social Service Agency
Chicago Housing Trust
Chicago Jobs Council
Chicago Lawyers' Committee for Civil Rights
Chicago Rehab Network
Chicago Therapy Collective
Chicago Urban League
Chicago Volunteer Legal Services
Chicago Women in Philanthropy
Chicago Women in Trades
Chicago Women Take Action

Chicken & Egg Films
Chicory Wealth
Child Advocacy Center of Rutherford County, Inc.
Child Health & AIDS Prevention
Child Labor Coalition
Children on the Mend
Children Spa for Children with Disabilities
Children's Defense Fund - New York
Children's Defense Fund - Texas
Children's Defense Fund-Ohio
Children's Legal Center
Children's Rights
Chinatown Fresno Foundation
Chinese American Service League
Chinese for Affirmative Action
Chinese Mutual Aid Association
Chinese Progressive Association
Chinook Fund
CHLP (Center for HIV Law and Policy)
Choose Democracy
Christian Church (Disciples of Christ)
Christian Council of Delmarva
Church World Service
Citizen Action of New York
Citizen Action of Wisconsin
Citizens Awareness Network
Citizens Committee for Flood Relief
Citizens for a Healthy Community
Citizens for a Safe & Clean Lake Superior
Citizens for Clean Energy
Citizens for Global Solutions
Citizens for Juvenile Justice
Citizens for Public Schools
Citizens Project
Citizens Utility Board of Minnesota
CitizensDenied.org
City Helps, CDC
City Teaching Alliance
Civic Shout Foundation
Civil Rights Movement Archive (CRMA)
CJE SeniorLife
Clare Housing
Clarina Howard Nichols Center
CLASS

Classical Theatre of Harlem
Classroom in Bloom
Clean Air Action Network of Glens Falls
Clean Air Coalition of Western New York
Clean Air Council
Clean Air for All Now!
Clean Elections Minnesota
Clean Elections Texas
Clean Energy Action
Clean Production Action
Clean River Partners
Clean Water Action
Clean Water Fund
Clean+Healthy
Cleveland Owns
CLIMA Fund
Climate + Energy Project
Climate Action California
Climate Action Campaign
Climate and Community Institute
Climate Change Resources
Climate Communications Coalition
Climate Conversation Brazoria County
Climate Emergency Fund
Climate First!, Inc.
Climate Generation
Climate Hawks Vote
Climate Justice Alliance
Climate Justice League
Climate Justice Resilience Fund
Climate Museum
Climate Psychiatry Alliance
Climate Psychology Alliance of North America
Climate Reality Project: Susquehanna Valley PA Chapter
Climate Refugees
Climate Rights International
Climate Smart Missoula
Climate Solutions
ClimateMama
ClimateVoice, a project of Tides Center
Club Wellness
CO Dem. Party - Energy & Environment Initiative
Co-Counsel NYC
Co-op Hudson Valley

Coal River Mountain Watch
Coalition Against Trafficking in Women
Coalition for a Better Acre
Coalition for a Better Chinese American Community
Coalition for a Safer Delaware
Coalition for Asian American Children and Families (CACF)
Coalition for Home Repair
Coalition for Humane Immigrant Rights (CHIRLA)
Coalition for Social Justice Education Fund
Coalition of Community Organizations
Coalition of Museums for Climate Justice
Coalition on Human Needs
Coalition on Human Needs
Coalition on the Environment and Jewish Life
Coalition to Abolish Slavery & Trafficking
Coalition to Protect America's National Parks
Coastal Georgia Indicators Coalition, Inc.
Cobbled Streets...helping homeless and foster kids move forward
Cochranton Area Public Library
CODEPINK
Collective Power
Collective Power for Reproductive Justice
Collective Resilience
Collectivity
College Matrix
Color Congress
Color Of Change
Colorado Celebration of African American Arts and Culture
Colorado Coalition Against Sexual Assault
Colorado Coalition for the Homeless
Colorado Cross-Disability Coalition
Colorado Doula Project
Colorado Fiscal Institute
Colorado Foundation for Universal Health Care
Colorado Immigrant Rights Coalition
Colorado Independent Drivers Union
Colorado Latino Leadership, Advocacy & Research Organization
Colorado Nature League
Colorado Nonprofit Association
Colorado Organizations and Individuals Responding to HIV/AIDS (CORA)
Colorado People's Alliance
Colorful Myanmar
Columbia Community Care
Columbia NOW, SC (National Organization for Women)

Columbia Riverkeeper
Coming Clean Network
Commission Shift
Committee to Protect Journalists
Common Cause
Common Cause Colorado
Common Cause Georgia
Common Cause Hawai'i
Common Cause Illinois
Common Cause Indiana
Common Cause Maryland
Common Cause Michigan
Common Cause Minnesota
Common Cause Nebraska
Common Cause New Mexico
Common Cause Ohio
Common Cause Oregon
Common Cause Texas
Common Defense
Common Good Iowa
Common Good Vermont
CommonWealth Kitchen
Communications Workers of America
Communications Workers of America, District 1
Communities First Sewickley Valley
Communities for a Better Environment
Communities for Just Schools Fund
Communities In Schools Whatcom-Skagit
Communities United Against Police Brutality
Communities United For Action (CUFA)
Communities United for Status & Protection (CUSP)
Communitopia
Community Action Duluth
Community Action Lehigh Valley
Community Action Partnership for Dutchess County
Community Advocates for a Sustainable Environment
Community Assistance Programs
Community Change
Community Change Action
Community Climate Collaborative (C3)
Community Connections of Lincoln County, Inc.
Community Doulas
Community Education Partnerships
Community for Law Enforcement Accountability Now (CLEAN)

Community Foundation of Eastern Connecticut
Community Foundation of Northeast Iowa
Community Foundation of Otsego County
Community Foundation of Tompkins County (Ithaca, NY)
Community Health Services Aspen
Community Involvement Organization
Community Justice Proejct
Community Labor United Inc.
Community Legal Services in East Palo Alto
Community of Resources Houston
Community Partners of South Florida
Community Peacemaker Teams
Community Resource Center
Community Resource Exchange
Community Voices for Public Education
Compass Community Center
Compass Family Services
Compass Pro Bono
Compassion & Choices
Comunidad Maya Pixan Ixim: Reinforcing our Roots, Living our Maya Heritage
Comunidades Aliadas Tomando Accion
Conceivable Future
Concerned Citizens for Nuclear Safety
Concerned Health Professionals of Pennsylvania
CoNECT
Conflict Resolution Center of Santa Cruz County
Congregation Action Network
Congregations Organized for a New Connecticut (CONECT)
Connecticut Citizen Action Group (CCAG)
Connecticut Voices for Children
Connections for the Homeless
Conservation Colorado
Conservation Congress
Conservation Council for Hawai'i
Conservation Law Foundation
Conservation Voters of Pennsylvania
Consolidated Oregon Indivisible Network
Constance Saltonstall Foundation for the Arts
Constitutional Accountability Center
Consultants for Good
Consumer Action
Consumers Council of MO
Consumers for Auto Reliability and Safety
Convergence Design Lab

Conversations on Race
Conxion To Community
Cook Inletkeeper
Corktown Health
Cornell Cooperative Extension Dutchess County
Cornerstone Family Outreach
CorpGov.net
Corporate Accountability
Corporate Accountability Lab
Cottonwood Environmental Law Center
Cottonwood Institute
Council for a Livable World
Council for Global Equality
Council for Health and Human Service Ministries, UCC
Council of New Jersey Grantmakers
Council on American Islamic Relations - Georgia
Council on American-Islamic Relations - Ohio
Council on American-Islamic Relations (CAIR)
Council on Culture & Arts (COCA)
Councilmember Rue Landau
Courage California
Court Accountability
Court Advocates for Children for Kittitas County
Covenant Pathways
Craighead Institute
Crawfordsville Pride
Creasey Mahan Nature Preserve, Inc.
CREATE Community Studios
Creation Justice Ministries
Creator Congress
CRECE Urban Farms
CRECEN
CrescentCare
Crossing Borders Music
CS Fund
CT Community Nonprofit Alliance
CULTURA bureau d'études
CultureHouse
CultureWorks
CURE MN
Cuyahoga County Green Party
Cypress Hills Local Development Corporation, Inc.
Dakota Resource Council
Dakota Rural Action

Dallas Bethlehem Center
Dallas Free Press
DANA, Delaware Alliance for Nonprofit Advancement
Dance/USA
Dandelions, Inc.
DandelionWorks
Data & Society
Data Nutrition Project
DAWN
Day One
Dayenu: A Jewish Call to Climate Action
DAYLIGHT | Rule of Law, Access to Justice, Advocacy
Dazzle Africa
DC Abortion Fund
DC Action
DC Fiscal Policy Institute
Dear Asian Youth
Death Penalty Action
Declaration for American Democracy
Declare Emergency, Inc.
Deeds Not Words
Defend Public Health
Defending Rights & Dissent
Deignan Institute for Earth and Spirit at Iona University
Delaware Community Reinvestment Action Council, Inc.
Delaware Riverkeeper Network
Demand Justice
Demand Progress
DemCast USA
Dementia Friendly Services
Democracy 21
Democracy Alliance
Democracy at Work Institute
Democracy Defenders Fund
Democracy Forward
Democracy Fund
Democracy Maine
Democracy North Carolina
Democratic Messaging Project
Democratizing Philanthropy Project
Demos
Densho
Denver Actors Fund
Denver Food Rescue

Desert Advocacy Media Network
Desert Survivors
Design Action Collective
Desiree Alliance
Detention Watch Network
Detroit Action
Detroit Change Initiative
Detroit Community Wealth Fund
Detroit Disability Power
Detroit Hispanic Development Corp.
Detroit Historical Society
Detroit Justice Center
Detroit Philanthropy
Detroit Police Department
Detroit Repertory Theatre
Detroit Rescue Mission Ministries
Dientes Community Dental Care
Dignity in Schools Campaign - NY
Direct Action Everywhere
Disability Network Eastern Michigan
Disability Network Michigan
Disability Rights California
Disability Rights Education & Defense Fund
Disability Rights Legal Center
Disability Rights Montana
Disability Rights Washington
Disabled Music Fans Collective
Diverse Elders Coalition
Diversity Collective Ventura County
Divest NY
DMUN Foundation
Doc Society
Doctors Against Genocide
Doctors for America
Dogwood Alliance
Doing Right By Birth
Domestic and Sexual Violence Services of Carbon County (DSVS)
Domestic Violence Center of Chester County
Domestic Violence Project | Urban Justice Center
Domestic Violence Services Network, Inc. (DVSN)
Domestic Violence Solutions for Santa Barbara County
Don't Gas the Meadowlands Coalition
Donor Organizer Hub
Downtown Memphis Ministries DBA First Step Recovery Centers

Downwinders at Risk
DREAM
Dream Defenders
Dream Tank
Dream.Org
Drug Policy Alliance
DuPage and Chicago South Suburbs Habitat for Humanity
Dutchess County Pride Center
E5 Enterprise
EAC Network
EAM Management Inc
Earlville Opera House, Inc.
Early Childhood Educators of Reform Judaism
Earth Action, Inc.
Earth Advantage
Earth Ethics, Inc.
Earth Guardians
Earth Island Institute
Earth Ministry Olympia
Earth Ministry/Washington Interfaith Power and Light
Earth Quaker Action Team
Earth Uprising International
Earthjustice
EarthRights International
Earthworks
EASE Impact Solutions
East Bay Alliance for a Sustainable Economy
East Bay Asian Youth Center
East Bay Children's Law Offices
East Bay Community Law Center
East Bay Sanctuary Covenant
East Coast Greenway Alliance
East Coventry Advocacy
East Los Angeles Women's Center
Easterly Solutions
Eastern Coyote/Coywolf Research
Eastern KY CLT
Eastern PA Trans Equity Project
ECC
Eco-Friendly Elkhart: Realizing Transition
Eco-Justice Collaborative
Ecolibrium3
Ecology Action Center
Ecology Center (Michigan)

Economic Policy Institute
Economic Progress Institute
Economic Security Project
EcoVillage Farm Learning Center, a project of Earth Island Institute
Eder Financial
Educate Youth
Education Action Alliance
Education Council Consortium
Education Law Center
Educational Partnerships for Innovation in Communities Network
Educational Video Center
EDUSEED
El Pueblo Unido of Atlantic City
El Vínculo Hispano
Elakha Alliance
Elders Action Network
Elders Climate Action
Electronic Frontier Foundation
Electronic Privacy Information Center (EPIC)
Elephant Circle
Elevate Community Center
Elgin Area Green Groups
Elsie Publishing Institute
Embolden WI
EMC Communications
Emerald Cities Collaborative
Emergency Food Network
Emergency Shelter Network
EmergeNYC
Emgage
Emgage MI
Emgage TX
Emilio Amaya
Employee Rights Center (ERC)
Employment Transition Solutions, LLC
Empower Our Future
enCourage Advocacy Center
End Citizens United
Endangered Habitats League
Endangered Species Coalition
EnerChange
Energy Alabama
Energy Efficiency Alliance
Enlace Comunitario

Eno River Unitarian Universalist Fellowship
Entertainment + Culture Pavilion
Environmental Action Committee of West Marin
Environmental Advocates NY
Environmental Center of San Diego
Environmental Health Coalition
Environmental Integrity Project
Environmental Investigation Agency US
Environmental Law & Policy Center
Environmental League of Massachusetts
Environmental Policy Innovation Center
Environmental Protection Network
Epic Theatre Ensemble
Epiphany United Church of Christ
Epitome of Black Excellence and Partnership
Equal Access to Training (E.A.T.)
Equal Ground Education Fund
Equal Justice Society
Equal Rights Advocates
EqualCitizens.US
Equality California
Equality Community Center
Equality Federation
Equality Florida
Equality Illinois
Equality Michigan
Equality New Mexico
Equality Ohio
Equality Texas
Equality Virginia
EqualityMaine
EquaSpace
Equation Campaign and Global Climate Legal Defense
Equimundo
Equity and Transformation
Equity Warrior Strategies
ERASE Racism
Erie Neighborhood House
Espacio Migrante
Essential Information
Ethel and James Flinn Foundation
Evangelical Lutheran Church in America
Evangelical Reformed United Church of Christ
Evanston Community Foundation

Everence Financial
Everybody Votes Campaign
Everyday Climate Champions
EveryLibrary Institute NFP
Eviction Defense Collaborative
EVkids
Evolve Giving Group
Ex-Muslims of North America
Extinction Rebellion San Francisco Bay Area
F Minus
Fab Youth Philly
Fair and Just Prosecution
Fair Count
Fair Elections Center
Fair Fight Action
Fair Housing Advocates of Northern California
Fair Housing Center for Rights & Research
Fair Housing Center of Central Indiana
Fair Housing Council of Orange County
Fair Share Housing Center
Fair Wisconsin
Fairbanks Climate Action Coalition
FAIRNY
FairVote
Faith and Works Statewide Collective
Faith Choice Ohio
Faith Commons
Faith Community of St. Sabina
Faith in Action Network
Faith in Democracy
Faith in Harm Reduction
Faith in New Jersey
Faith in New York
Faith in Place
Faith Mennonite Church, Minneapolis
Faith Roots Reproductive Action
Faithful America
Families for a Livable Climate
Family Caregiver Center of New Mexico
Family Forward
Family Forward Oregon
Family Health Partnership Clinic
Family Planning Action Fund of South Central New York, Inc.
Family Service Agency of Santa Barbara County

Family Values @ Work
Family Values@Work Action
Family Violence Appellate Project
Family Violence Law Center
Farbman Family Foundation
Farm Aid
Farmworker and Landscaper Advocacy Project-FLAP
Fast-Track Cities Institute
FCCPR Climate Crisis Task Force
Fearless! Hudson Valley, Inc.
FEDECMI Casa Michoacán
Federal Employee Education & Assistance Fund (FEEA)
Feed the Streetz Outreach
Feed'em Freedom
Feline Rescue, Inc.
Fellowship Southwest
Feminist Majority
Feminist Women's Health Center
FFRF Action Fund
Fifth Avenue Committee
Figueroa Wu Family Foundation
Financial Accountability and Corporate Transparency (FACT) Coalition
Finns Place
Firedoll Foundation
First Amendment Coalition
First Church in Jamaica Plain
First Congregational UCC of DC
First District Appellate Project
First Friends of New Jersey & New York
First Unitarian Society of Denver
First Universalist Church in Rockland
Fischer Family DAF
Fishline
FIUTS
Fix Democracy First
Flame of Hope Food Pantry
Flint Jewish Federation
Flint Rising
Flint River Watershed Coalition
Florecer Arizona
Florida Harm Reduction Collective, Inc
Florida Home Partnership
Florida Immigrant Coalition
Florida Justice Institute

Florida Rising
Focus Fundraising LLC
Food & Water Watch
Food & Water Watch, Food & Water Action
Food AND Medicine
Food Animal Concerns Trust (FACT)
Food Chain Workers Alliance
Food Empowerment Project
Foodwise
Foot Soldiers Park
Footloose Montana
Footprints Food Pantry
For All
For Love of Water (FLOW)
For the People
Forefront (IL)
Forensic Psychologist
Forest Creek Studios
Forest Hills Village
Forestdale
Forth
Forward Global
Forward Together
Forward Together Wisconsin
Fossil Free CA
Fossil Free Media
Foster Forward
Foundation for Healthy Generations
Foundation for Middle East Peace
Founders First CDC
Four Corners Rainbow Youth Center
Fourth Arts Block
Fourth Branch Action
Fox Valley Citizens for Peace & Justice (Illinois)
FPWA
Fractured Atlas
Franco-American Center for Performing Arts and Events
Frannie Peabody Center
Free Press
Free Press Action
Free Speech Coalition
Free Speech For People
Freedom From Religion Foundation
Freedom Network USA

Freedom of the Press Foundation
Freedom Oklahoma
Freedom Road Transportation Authority
Freedom to Read Foundation
Freedom Together Foundation
Freedom Writers Collaborative
Freedom Writers Collabortative - a multi-state Indivisible chapter
Freeport Haven
Fremont Area United Way
Fresh Energy
Fresh Films
Fresh Taste
FreshWater Accountability 3
FreshWater Accountability Project
Fridays for Future NYC
Fridays For Future USA
Friend for Life Cancer Support Network
Friends Committee on National Legislation
Friends of Crocheron & John Golden Park
Friends of DuPont Forest
Friends of Foote's Pond Wood
Friends of Grand Rapids Parks
Friends of Harbors, Beaches and Parks
Friends of Hog Island
Friends of Lincoln Park Farmers Market
Friends of Merrymeeting Bay
Friends of Outdoor School
Friends of Rose Creek
Friends of the Bitterroot
Friends of the Boundary Waters Wilderness
Friends of the Clearwater
Friends of the Dunes
Friends of the Earth
Friends of the Earth United States
Friends of the Eel River
Friends of the Inyo
Friends of the Mississippi River
Friends of the Railroad Museum
Friendship Presbyterian Church and Friendship Community Place
Front and Centered
Frontera Federation
Frontline Catalysts
Full Frame Initiative
Full Plates Full Potential

Fund Texas Choice
Funders for Justice
Funders for LGBTQ Issues
Funders Together to End Homelessness
Funders' Committee for Civic Participation (FCCP)
Funding Freedom
Fuse Washington
Future of Us
FW Black Collective
GAIN Power
Gainesville-Area Action for Environmental Justice
GALEO & GALEO Impact Fund
Gallatin Wildlife Association
gallupARTS
GALS, Giving Austin Labor Support
Gangstas To Growers
Garden State Equality
Gary Housing Authority
Gaston Christian Center
GateBridge Community
GenDemocracy
Gender Advancement Project
Gender Alchemy
Gender Identity Network Alliance (GNA)
Gender Justice
Gender Justice Fund
GenderNexus
Generation Common Good
Genesee Valley Citizens for Peace
GenesisHOPE
Gente Organizada
Georgia Budget and Policy Institute
Georgia Coalition Against Domestic Violence
Georgia Equality
Georgia Latino Alliance for Human Rights
Gerontological Society of America
Get Free
GIFFORDS
Gifted Resource Council
Gifts from Liam NFP
Giltner Public Schools Foundation Little Stingers Child Care
Girl Rising
Girls for Gender Equity
Girls Helping Girls. Period.

Give Nebraska
GLAAD
Glacier-Two Medicine Alliance
GLBTQ Legal Advocates & Defenders (GLAD Law)
Global Action on Gun Violence
Global Alliance for Incinerator Alternatives (GAIA)
Global Citizens Circle
Global Climate and Health Alliance
Global Detroit
Global Emergency Response and Assistance
Global Faith and Justice Project
Global Fund for Women
Global GAIN
Global Justice Center
Global Links
Global March Against Child Labour
Global Project Against Hate and Extremism
Global Witness
GLYS Western New York, Inc.
Go Play
Good Jobs First
Good Neighbor Health Clinics
Goodnation Foundation
GoodWork
GovAct
Grahamtastic Connection
Grand Boulevard Prevention Services
Grand Canyon Wolf Recovery Project
Grand Rapids Pride Center
Grand Rapids Trans Foundation
Grandmothers' Village Project, Inc.
Granite State Organizing Project
Grantmakers in the Arts
Grants New England
Grassroots Global Justice Alliance
Grassroots International
Grassroots Leadership
Gray Family Foundation
Gray Panthers of Metro Detroit
Great Bear Foundation
Great Education Colorado
Great Expectations
Great Lakes Bay Pride
Great Old Broads for Wilderness

Great Plains Theatre Commons
Great River Homes, Inc.
Greater Birmingham Ministries
Greater Dayton LGBT Center
Greater Good Studio
Greater Greener Gloster Project
Greater Hells Canyon Council
Greater Morningstar Ministry of Caring, Inc.
Greater New Orleans Housing Alliance
Greater Pittsburgh Arts Council
Greater Twin Cities United Way
Greaterworks Ministries
Green Amendments For The Generations
Green America
Green Building United
Green Columbus
Green Education and Legal Fund
Green Foothills
Green Guerillas
Green Leadership Trust
GreenFaith
GreenLatinos
Greenpeace USA
GreenRoots
Greens REALIGN
Grimes Area Democrats
Ground Game LA
Grounded Solutions Network
Groundswell Charleston
Groundswell International
Groundwork Center for Resilient Communities
Group Against Smog & Pollution
Grove Foundation
Grow Food Northampton
Grow Greater Englewood
Growing Hope
Growing Together Preschool, Inc.
GrowSmart Maine
Guardians of the Wolves
Guariken Arts, Inc.
Guernica Centre for International Justice
Guttmacher Institute
H.O.P.E Alliance
Habitat for Humanity Capital Region (MI)

Habonim Dror North America
Haitian Bridge Alliance
Haller Lake United Methodist Church, Seattle
Hamkae Center
Hammond Climate Solutions Foundation
HANA Center
HandsOn Twin Cities
Hanul Family Alliance
Harlem Stage
Harm Reduction Sisters
Harm Reduction Therapeutics, Inc.
Harmonious Leadership
Harriet Hancock Center
Haven Youth and Family Services
Havenwoods Neighborhood Partnership
Hawaiʻi Coalition for Immigrant Rights
Hawaiʻi Data Collaborative
Hawai'i Health & Harm Reduction Center
Hawaii Children's Action Network Speaks!
Hawaii Leadership Forum
Hawaii State Rural Health Association
Hazen and HILT
HeadCount
HeadQuarters
HEAL Food Alliance
HEAL Utah
Healing to Action
Health & Medicine Policy Research Group
Health Brigade
Health Care Without Harm
Health Connected
Health Global Access Project
Health Imperatives, Inc.
Health In Partnership
Health Resources in Action
Healthcare Alternatives Systems Inc.
Healthy Alternatives to Violent Environments
Healthy Foods for Healthy Kids
Healthy Homes Coalition of W. MI
Healthy Ocean Coalition
Healthy Peninsula
Healthy Planet Strategies
HEARD
Heart of Ellsworth

Heartland Initiative
Heirs To Our Ocean
Hep Free Hawai'i
Hero Now Theatre
HEROES
Hershey Area Art Association
Hetrick-Martin Institute
HFM Prevention Council
HIAS
HIAS Pennsylvania
Hickrill Foundation
Higher Heights
Highwater Farm
Hill-Snowdon Foundation
Hilltop Artists
Hilltop Urban Gardens
Hilltown Anti-Herbicide Coalition
Hilltown Vision
Hindus for Human Rights
Hispanic Federation
Hispanics in Philanthropy
Historians for Peace and Democracy
Historic Trinity Lutheran Church
Historic Valley Junction Foundation
HIV/AIDS Alliance of Michigan
Hive Center for the Book Arts
Hive Fund
Hmong Culture Camp, Inc.
Hmong Innovating Politics
Hoa 'Āina O Mākaha
Holonomy Consulting
Holt/Boyd Community Connections Collaborative
Holy Cross Ministries of Utah
Home & Heart
HOME Line
Homeless and Housing Coalition of Kentucky
HomePlate Youth Services
Homer Council on the Arts
Homes Not Borders
Honesty for Ohio Education
Hope Acts
Hope Community Outreach Services, Inc.
Hope Haven of Southern Illinois
Hope on Deck, Inc.

HOPE Shelters
Horizon Philanthropy
Horizon Texas Conference Church and Society
House of Ruth, Inc.
Housing & Community Development Network of NJ
Housing Action Illinois
Housing Advocacy of Stoughton
Housing and Family Services of Greater New York
Housing Corporation of Arlington
Housing Initiatives of Princeton
Housing Solutions of New York
Housing Works
Houston Immigration Legal Services Collaborative
Howard County Legacy Leadership Institute for the Environment
HPS Chicago
HRDC
Hudson County Central Labor Council
Hudson County Complete Streets
Hudson Pride Center
Hudson River Housing, Inc.
Human Impact Partners
Human Relations Commission
Human Rights Advocates
Human Rights Campaign
Human Rights Data Analysis Group
Human Rights First
Human Rights Watch
Human Services Council
Human Services Council of NY
Human Trafficking Prevention Project
Humanist Mutual Aid Network
HumanKind Grants LLC
Hunger Free America
Huntington Family Centers
HW Community Builders
Hyams Foundation
Hyde Park Refugee Project
HydraEarth Network
Ibis Reproductive Health
ICES Inc.
Idaho Rivers United
iF, A Foundation for Radical Possibility
If/When/How
IfNotNow

IFPTE -International Federation of Professional & Technical Engineers
IFPTE Local 194
Illinois Alliance for Reentry and Justice
Illinois Association For Behavioral Health
Illinois Coalition Against Sexual Assault
Illinois Coalition for Immigrant and Refugee Rights
Illinois Collaboration on Youth
Illinois Harm Reduction & Recovery Coalition
Illinois Iowa Center for Independent Living
Illinois Legal Aid Online
Illinois Migrant Council
Illinois Network of Centers for Independent Living
Illinois Partners for Human Service
Illinois Ultimate
Illinois Valley Center for Independent Living
Immigrant Defenders Law Center (ImmDef)
Immigrant Defense Project
Immigrant Legal Advocacy Project
Immigrant Legal Defense
Immigrant Legal Resource Center
Immigrants Rising
Immigration Center for Women and Children
Immigration Counseling Service
Immigration Equality
Immigration Hub
Immigration Law & Justice Network
ImmSchools
Impact Appalachia
Impact Behavioral Health Partners
Impact for Equity
Impact Fund
Impact Investors, Inc.
Imperative 21
Improve Your Tomorrow
In Her Presence
In the Know, LLC
In This Together NEPA
INCLUDEnyc
Inclusiv, Inc.
InclusivCare
Inclusive Alliance IPA, Inc.
Inclusive Development International
Inclusive Justice
Independent Arts & Media

Independent Living Center of the Hudson Valley, Inc.
Independent Living Housing, Inc.
Independent Palestinian Activists
Indian Point Safe Energy Coalition
Indigenous Idaho Alliance
Indigenous Justice
Indigenous Peoples Power Project
Indigenous Women Rising
Indivisible
Indivisible - Phenix City Chapter
Indivisible Guilford County
Indivisible Highlands and Beyond
Indivisible Lumpkin
Indivisible Marin
Indivisible MoCoWoMen
Indivisible Nebraska
INDIVISIBLE Nye Co. Prickly Pears
Indivisible Portola Valley
Indivisible ReSisters Contra Costa
Indivisible San Mateo
Indivisible Santa Fe
Indivisible West St. Clair County Alabama
Indivisible YorktownNY
Indivisible49
IndivisibleSOS-Santa Fe
Indo-American Center
Industrious Education Fund
Initiative Foundation
Inland Coalition for Immigrant Justice
Inland Empire Community Collaborative
Inner City Law Center
Inner Rhythms
Inner Thoughts
Innovation Law Lab
Innovative Resilience East Brooklyn Village, Inc.
InPower Education
Inquilinxs Unidxs por Justicia
Inspire Positivity, Inc.
Inspiring Minds
Inspiring Teachers
Institute for Agriculture and Trade Policy
Institute for Democracy in Eastern Europe
Institute for Heritage Education
Institute for Higher Education Policy (IHEP)

Institute for Local Self-Reliance
Institute for Middle East Understanding
Institute for Nonprofit Practice
Institute for Policy Studies
Institute for the Critical Study of Zionism
Institute for Women in Migration (IMUMI)
Institute of Cooperative Learning
Instituto de Avance Integral Latino CDC
Inter Agency Council of DD Agencies, Inc.
interACT: Advocates for Intersex Youth
Intercommunity Peace & Justice Center
Intercultural Family Services
Interfaith Alliance
Interfaith Center on Corporate Responsbility
Interfaith Power & Light (DC.MD.NoVA)
International Association of Providers of AIDS Care
International Biochar Initiative
International Campaign for the Rohingya
International Corporate Accountability Roundtable (ICAR)
International Crane Foundation
International Federation of Professional and Technical Engineers (IFPTE), AFL-CIO
International Human Rights Clinic at Santa Clara Law
International Institute of New England (IINE)
International Jewish Anti-Zionist Network
International Marine Mammal Project of Earth Island Institute
International Refugee Assistance Project
International Service for Human Rights (ISHR)
Interreligious Eco-Justice Network
Intersectional Advocacy Coalition
Intransitive
Invest in a Girl, Inc.
Invest in Louisiana
Invisible Histories
Inwood Indivisible
Iowa Citizens for Community Improvement
Iowa Cultural Coalition
Iowa Federation of Labor, AFL-CIO
Iowa Nonprofit Alliance
Iowa Unitarian Universalist Witness/Advocacy Network, IUUWAN
Ipas
IRIS: Integrated Refugee & Immigrant Services
Isaiah's House Chicago
Islamic Society of Greater Lansing
Isles, Inc.

Islesboro Islands Trust
Issue One
It's Easy Being Green
Ithaca Health Alliance
IYG
J.M. Kaplan Fund
Jacksonville Area Center for Independent Living
James and Grace Lee Boggs Center to Nurture Community Leadership
James B. Moran Center for Youth Advocacy
Jane Doe Inc. (MA Coalition Against Sexual & Domestic Violence)
Jane Fonda Climate PAC
Japanese American Museum of Oregon
Japanese American Social Services, Inc.
Japanese Peruvian Oral History Project
JCAN: Jewish Climate Action Network NYC
JCFS Chicago
JD Strategy
Jeffrey's Place, a GBT Men's Cancer Group
Jennifer Ann's Group
Jewish Alliance for Law and Social Action
Jewish Climate Action Network, MA
Jewish Community Action
Jewish Community Relations Council of Atlanta
Jewish Community Services Of South Florida
Jewish Council for Public Affairs
Jewish Council for Public Affairs (JCPA)
Jewish Council on Urban Affairs
Jewish Family & Child Service
Jewish Family and Career Services, Louisville
Jewish Family and Children's Service of Minneapolis
Jewish Family and Community Services of Pittsburgh
Jewish Family Service of Colorado
Jewish Family Service of Greater New Haven CT, Inc.
Jewish Family Services of Greater Charlotte
Jewish Family Services of Silicon Valley
Jewish Labor Committee
Jewish Voice for Peace
Jews for a Secular Democracy
Jews for Racial & Economic Justice, Community
JFCS East Bay
JFS Rochester
Jobs to Move America
Jobs with Justice Education Fund
John Brown Lives!

John Muir Project
Jolt Action
Joseph Thomas Foundation
Journey Faith Group
Journey of Hope...From Violence to Healing
Journeys End Refugee Services
Joy Collaborative
Joyful Journeys STL
JPAP
Jubitz Family Foundation
Judson Commons
Julian Indivisible
Junta Comunitaria Pastillo Tibes Corp
Juntos Community
Just Cities Institute
Just Detention International
Just Future Project
Just Futures Collaborative
Just Solutions
Just The Pill
Just Transition Northwest Indiana
Just Us Volusia
JustChoice
Justice and Joy National Collaborative
Justice At Last
Justice at Work
Justice Collective
Justice Committee
Justice for Migrant Women
Justice Funders
Justice in Aging
Justice in Motion
Justice Is Global
Justice Reform Initiative
JustLaws
JUUstice Washington
Juvenile Law Center
Kaleidoscope
Kansas Appleseed Center for Law and Justice
Kansas Interfaith Action
Kansas-Oklahoma Conference United Church of Christ
Kaphan Foundation
Kapor Center Advocacy
Kapwa Kultural Center

Karifin Partners LLC
Kataly Foundation
Kautz Family Foundation
KaylaTek
Keep Omaha Beautiful
Kennebec Valley Community Action Program
Kensington Corridor Trust
Kentuckians for the Arts
Kentucky Academy of Science
Kentucky Association of Sexual Assault Programs, Inc.
Kentucky Habitat for Humanity, Inc.
Kentucky Nonprofit Network
Kentucky Resources Council
Kentucky Waterways Alliance
Kenyan Association of Diaspora in America
Kern Welcoming and Extending Solidarity to Immigrants
Keseb
Keshet
Keshet Dance Company & Center for the Arts
Kettle Range Conservation Group
Keystone Development Center
Kids Forward
KIds in Common
Kinder World
KinderUSA
Kinding Sindaw Heritage Foundation, Inc.
Kingsbridge Heights Community Center
Kirva
Kitsap Immigrant Assistance Center
Klamath-Siskiyou Wildlands Center
Knexsys
Knight First Amendment Institute at Columbia University
Kolibri Foundation
Kootenai Environmental Alliance
Korsa Musical Theater
Krisoker Sor (Farmers' Voice)
Krupp Family Foundation
Ktisis Capital
KWH Law Center
KXCI
Kyo-Shin-An Arts
La Raza Centro Legal
LA Voice
Lab to Land Institute

Lab/Shul
Labor Council for Latin American Advancement
Laboratory to Combat Human Trafficking
LACASA
Lacor Consultants
Lake Region Indivisible
Lakeside Community Committee
Lambda Legal
Lamoille Community House
Lamoille Family Center
Lamoille Restorative Center
Land Stewardship Project
Land Together
Lansing Area AIDS Network
Lansing Area Peace Education Center
Laramie Plains Civic Center
Large Carnivore Fund
Las Americas Immigrant Advocacy Center
Last Mile Education Fund
Latinas en Poder
Latino Action Network Foundation
Latino Christian National Network
Latino Coalition of NJ
Latino Leadership Council
Latino Leadership NW
Latino Memphis, Inc.
Latino Network
Latino Policy Forum
Latinx Education Collaborative
Latitude, Inc. NFP
Launch Leadership
Launch Lenawee
Law Forward
Law Foundation of Silicon Valley
Law Students for Climate Accountability
Lawrence CommunityWorks
Lawrence Hall
Lawyers Defending American Democracy
Lawyers for Good Government
Lawyers' Committee for Civil Rights of the San Francisco Bay Area
Lawyers' Committee for Civil Rights Under Law
Lawyers' Committee for Rhode Island
Leaders of a Beautiful Struggle
Leadership Counsel for Justice and Accountability

League of Conservation Voters
League of United Latin American Citizens (LULAC)
League of Women Voters of the United States
LEAP (Leadership Education for Asian Pacifics)
Learning Rights Law Center
Leaves of Change VT
Lebanon Community Library
Leeway Foundation
LEF Foundation
Legal Action Center
Legal Aid Association of California
Legal Aid at Work
Legal Aid Justice Center
Legal Aid of Marin
Legal Aid of Sonoma County
Legal Aid Society
Legal Aid Society of San Mateo County
Legal Council for Health Justice
Legal Defense Fund
Legal Link
Legal Rights Center
Legal Services for Children
Legal Voice
Lehigh Valley Community Broadcasters Association
Leitner Center for International Law and Justice at Fordham Law School
Lena Moffitt
Leo Baeck Temple
Leonellis Music
Lessie Bates Davis Neighborhood House Inc
Let's Fix This
Leviathan Lab
Lewis Place Historical Preservation, Inc.
LGBT Center of Raleigh
LGBT Center of SE Wisconsin
LGBT Detroit
LGBT Life Center
LGBTQ Center OC
LGBTQ Leaders in Higher Education
LGBTQ+ Center Lake County
LGBTQ+ Victory Institute
LGBTQ+ Walworth County
LI Sierra Club
Liberation, Inc.
Life Ministry

Life Span
Life-Work Planning Center
Lilith Fund
Lincoln Park Presbyterian Church
LISTEN Community Service
Literacy Volunteers of Rensselaer County
Literacy Works
Little City
Little Lights Urban Ministries
Little Manila Rising
Little Tokyo Service Center
Live6 Alliance
Living Cities
Living with Conviction
LivWell Healthcare
Loaves & Fishes Family Kitchen
Lobos of the Southwest
Local 20/20
Local Clean Energy Alliance
Local Color
Local Motion, Inc.
Long Beach Alliance for Clean Energy
Long Island Childrens Writers and Illustrators
Los Angeles LGBT Center
Los Angeles Neighborhood Land Trust
Los Padres ForestWatch
Loud Light
Louisiana Advocates for Immigrants in Detention
Louisiana Organization for Refugees and Immigrants
Louisiana Roundtable for the Environment
Louisville Youth Group
Low Income Housing Institute
Lumina Alliance
Luminus Network
Luntlake Coops
Lutheran Child & Family Services of IL
LUX Center for the Arts
Lydia Amputees Foundation
LymeTV
Lyngblomsten
Lynn Canal Conservation
Lynnhaven River NOW (LRNow)
LYRIC
Macomb Community Action

Macro Minded
Mad Learning Lab, LLC
Madison Workers Cooperative (MadWorC)
MADRE
MADVoters
Main Street Alliance
Maine Association of Nonprofits
Maine Coalition to End Domestic Violence
Maine Council of Churches
Maine MultiCultural Center
Maine Needs
Maine Organic Farmers and Gardeners Association
Maine Philanthropy Center
Maine Rivers
Maine Technology User Group
Make Polluters Pay
Make the Road Connecticut
Make the Road Nevada
Make the Road New Jersey
Make the Road New York
Make the Road Pennsylvania
Make the Road States
Making Every Vote Count Foundation
Malcolm X Center for Self Determination
MALDEF (Mexican American Legal Defense and Educational Fund)
Manaaki Foundation
Manchester True Collaborative
Mandy's Farm
Many Faces of White Bear Lake
Manzanita Capital Collective
Manzil Foundation
MapLight
MARBE SA
Marguerite Casey Foundation
Marin Interfaith Climate Action
Marine Conservation Institute
Marion St Community Demonstration Gardens
Mariposa Healing Alliance
Mariposa Heritage House
Marissa Lewis
Marita Theisen Childcare Center
Martin Luther King Jr. Dialogue Table
Maryland Center on Economic Policy
Maryland Coalition Against Sexual Assault

Maryland Counseling Association, Inc.
Maryland Lynching Memorial Project, Inc.
Maryland Network Against Domestic Violence
Marylanders to Prevent Gun Violence
Mass 50501
Mass Equality
Mass Liberation Project Nevada
Mass NOW
Massachusetts Association of Community Development Corps (MACDC)
Massachusetts Avenue Project
Massachusetts Health Officers Association
Massachusetts Immigrant and Refugee Advocacy Coalition
Massachusetts Public Health Alliance
Massachusetts Transgender Political Coalition
Matilda Joslyn Gage Foundation
Matriarchy Rising - an Indivisible Group
Mayday Health
Mayer and Morris Kaplan Family Foundation
MAZON: A Jewish Response to Hunger
McAuliffe-Shepard Discovery Center
McDougal Family Foundation
McGregor Fund
me too. International
MEAction
Media Alliance
Media Burn Archive
Medical Students for Choice
Medina County Indivisible
Mekong NYC
Memphis APRI
Men of Reform Judaism
Mental Health Advocacy Services
Mental Health America of California
Mental Health America of Eastern Missouri
Mental Health Partnerships
Merck Family Fund
Mercy Housing
MERFELD
Merging Waters Unitarian Universalist Congregation
Merrick-Moore Community Development Corporation
Mertz Gilmore Foundation
MetaVision LLC
Metro Detroit APRI
Metro Detroit Professionals

Metro Justice
Metropolitan Alliance of Connected Communities
Metropolitan Asian Deaf Association
Metropolitan Community Church of Detroit
Metropolitan Community Churches
Metropolitan Playhouse
Meyer Foundation
Mi Familia en Accion
Mi Familia Vota
MI Poder
Micah Six Eight Mission
Michael Reese Research and Education Foundation
Michigan Association of United Ways
Michigan Climate Action Network
Michigan Clinicians for Climate Action
Michigan Coalition on Black Civic Participation
Michigan Collaborative to End Mass Incarceration
Michigan Country (Center for Community Conversations)
Michigan Electric Vehicle Alliance
Michigan Environmental Council
Michigan Interfaith Power & Light
Michigan League for Public Policy
Michigan League of Conservation Voters
Michigan Lupus Foundation
Michigan Statewide Advocacy Services
Michigan Statewide Independent Living Corporation
Michigan United
Michigan United Action
Michigan Voices
Michigan Wolf Coalition
Michilimackinac Historical Society
Mid-City CAN
Mid-Ohio Valley Climate Action
Middle East Children's Alliance
Middle East Democracy Center (MEDC)
Middle East Justice and Peace Group of South Central PA
Midnight Riot
Midtown Detroit, Inc.
Midwest Academy
Midwest Access Coalition
Midwest Immigration Bond Fund
Military Association of Atheists & Freethinkers
Military Families for Ethical Leadership
Mill City Grows, Inc.

Miller Center for Global Impact
Milwaukee LGBT Community Center
Milwaukee Riverkeeper
Milwaukie Environmental Stewards Group
Mind Your Business Art
Mining Impact Coalition of Wisconsin
Minnesota Alliance on Problem Gambling
Minnesota Center for Environmental Advocacy
Minnesota Coalition Against Sexual Assault
Minnesota Council of Churches
Minnesota Council on Foundations
Minnesota Division Izaak Walton League of America
Minnesota Environmental Partnership
Minnesota Interfaith Coalition on Immigration (ICOM)
Minnesota Interfaith Power & Light
Minnesota Lakes and Rivers
Minnesota Unitarian Universalist Social Justice Alliance (MUUSJA)
Minorities in Shark Sciences
Minority Veterans of America
Mishkan Shalom, Philadelphia
Mission Action
Mission Action | Misión Acción
Mission to End Modern Slavery (MEMS)
Mississippi Center for Justice
Mississippi for a Just World
Mississippi National Organization for Women
Mississippi Rising Coalition
Missoula Food Bank & Community Center
Missouri Appleseed
Missouri Workers Center
MN350
Moab Abortion and Reproductive Rights Network
Mobile Pathways
Mocha Moms, Inc.
Mohawk Valley Community Action Agency, Inc.
Momentum Solutions
Moms for a Nontoxic New York (MNNY)
MomsRising
Mon Valley YMCA
Monarch Housing Associates
MoNetwork
Monica Armendariz Consulting
Monsoon Asians & Pacific Islanders in Solidarity
Montana Budget & Policy Center

Montana Coalition Against Domestic and Sexual Violence
Montana Environmental Information Center
Montana Health Professionals for a Healthy Climate
Montana Nonprofit Association
Montgomery County, Maryland Women's Democratic Club
Montpelier Performing Arts Hub
Moosehead Marine Museum
More Than Words
Morningside Retirement and Health Services
Morongo Basin Conservation Association
Mosaic Changemakers
Moscow Contemporary
Mother and Child Alliance
Mother's Outreach Network
Motherful
Mothers of Hope
Mothers Rise Up
Mount Desert Island Historical Society
Mount Diablo Bird Alliance
Mount Saint Joseph Ursuline
MountainTrue
MOVE Mountain View
Move Past Plastic (MPP)
Movement Advancement Project
Movement Generation
Movement Strategy Center
Movement Strategy Center Action Fund
Movement Voter Fund
MoveOn
Movimiento Poder
MPower Change Action Fund
MRCI
Ms. Foundation for Women
MSI Reproductive Choices - US
Multicultural Alliance for a Safe Environment
Multicultural Media Telecom and Internet Council
Multidisciplinary Association for Psychedelic Studies
Multifaith Voices for Peace and Justice
Muncie OUTreach LGBTQ+ Center
Museum Geelvinck Amsterdam / Heerde
Museums of Western Colorado
Music Library Association
Muslim Advocates
Muslim Civic Coalition

Muslim Community Network
Muslim Public Affairs Council (MPAC)
Muslims for Just Futures
Muslims for Progressive Values
Mutual Aid Partners
MWBDC
My Brother's Keeper, Inc.
My Place Teen Center
NAACP
NAACP DC Branch
NAACP North Carolina State Conference
NAAEE
Nana's Foundation Inc
Narika
Nassau Hiking & Outdoor Club
National Abortion Federation
National Asian Pacific American Families Allied for Substance Awareness and Harm Reduction
National Association for Family, School and Community Engagement (NAFSCE)
National Association for Temple Administration
National Association of Charitable Gift Planners
National Association of Consumer Advocates
National Association of Social Workers
National Association of Social Workers - MN Chapter
National Association of the Remodeling Industry
National Black Food & Justice Alliance
National CAPACD
National Center for Law and Economic Justice
National Center for Lesbian Rights
National Center for LGBTQ Rights
National Center for Youth Law
National Charging Access Coalition
National Coalition Against Censorship
National Coalition for the Homeless
National Committee for Responsive Philanthropy (NCRP)
National Community Reinvestment Coalition (NCRC)
National Conference of Black Lawyers (NCBL)
National Consumers League
National Council of Asian Pacific Americans (NCAPA)
National Council of Jewish Women
National Council of Jewish Women CA
National Council of Jewish Women Greater Rochester Section
National Council of Jewish Women Pittsburgh
National Council of Jewish Women Sacramento section
National Council of Jewish Women Sarasota-Manatee

National Council of Jewish Women St. Louis
National Council of Jewish Women, Maryland
National Council of Jewish Women, Michigan
National Council of Jewish Women, Northern Virginia Action Team
National Council of Nonprofits
National Council of Teachers of Mathematics
National Domestic Workers Alliance
National Education Association
National Employment Law Project
National Fair Housing Alliance
National Federation of Federal Employees
National Harm Reduction Coalition
National Hispanic Media Coalitiion
National Homelessness Law Center
National Housing Law Project
National Immigrant Justice Center
National Immigration Law Center
National Immigration Project
National Institute for Reproductive Health
National Iranian American Council (NIAC)
National Korean American Service & Education Consortium (NAKASEC)
National Lawyers Guild
National Lawyers Guild - Los Angeles
National Lawyers Guild (NLG)-Massachusetts Chapter
National Lawyers Guild Chicago
National Legal Aid & Defender Association
National LGBTQ Task Force Action Fund
National LGBTQ+ Bar Association
National Network of Abortion Funds
National Organization for Women
National Organization of API Ending Sexual Violence
National Partnership for New Americans
National Partnership for Women & Families
National Police Accountability Project
National Press Photographers Association (NPPA)
National Prevention Science Coalition to Improve Lives
National Resource Center on Domestic Violence
National Susan B Anthony Museum & House
National Tongan American Society
National Urban League
National Wolfwatcher Coalition
National Women's Law Center
National Women's Studies Association
National Working Positive Coalition

National Youth Leadership Council
Native Americans for Community Action, Inc.
Native Community Capital
Native Fish Society
Native Hawaiian Philanthropy
Native Movement
Native Organizers Alliance
Native Sun Community Power Development
Nature for All
NAYA Action Fund
Nazarenes for Creation Care
Nazareth Housing Development Corporation
NC Counts Coalition
NC Environmental Justice Network
NC Interfaith Power & Light
NC Justice Center
NC League of Conservation Voters
NCJW - Virginia
NCJW Saddleback
NCJW South Cook Section
NCJW-Austin Section
NCJW, Greater New Orleans
NCJW, Louisville Section
NCJW|MI
NDN Collective
NE Forest Watch
Nebraska Civic Engagement Table
Negotiation Works
Neighborhood Development Alliance
Neighborhood Funders Group
Neighborhood House
Neighborhood House Association
Neighborhood Housing Services of Greater Berks, INC
Neighbors Building Brightmoor
NeighborWorks Lincoln
NEKASAN
NELA-IL (National Employment Lawyers Association-IL Affiliate)
NEPA Green Coalition
NEST+m Environmental Justice Club
Netcentric Campaigns
NetCorps
Network for Strong Communities (NSC)
Network in Solidarity with the People of Guatemala
NETWORK Lobby for Catholic Social Justice

Network of Jewish Human Service Agencies
Neutral Zone
Nevada Chapter of the National Organization for Women
Nevada Conservation League
Nevada Museums Association
Nevada Nuclear Waste Task Force
Never Again Action
New Alternatives for LGBT Homeless Youth
New Beginnings MSC, Inc.
New Day Nevada
New Disabled South
New Economy Coalition
New England Foundation for the Arts
New Futures DC
New Hampshire Conference of the United Church of Christ
New Haven Immigrants Coalition
New Haven Legal Assistance Association, Inc.
New Haven Leon Sister City Project
New Israel Fund (NIF)
New Jersey Abortion Access Fund
New Jersey Alliance for Immigrant Justice
New Jersey Appleseed Public Interest Law Center
New Jersey Center for Nonprofits
New Jersey Citizen Action Education Fund
New Jersey Coalition to End Domestic Violence
New Jersey Consortium for Immigrant Children
New Jersey Environmental Lobby
New Jersey Highlands Coalition
New Jersey Institute for Social Justice
New Jersey League of Conservation Voters
New Jersey Policy Perspective
New Jewish Narrative
New Leaf Collective
New Mexico Breastfeeding Task Force
New Mexico Doula Asdociation
New Mexico Doula Association
New Mexico Environmental Law Center
New Mexico Interfaith Power and Light
New Mexico Recovery Coalition
New Mexico Thrives
New Mexico Wild
New Moms
New Opportunity School for Women
New Pathways for Youth

NEW Pride Agenda
New Urban Arts
New Ventures Community Building
New York City Employment and Training Coalition
New York City Environmental Justice Alliance
New York Civic Engagement Table
New York Communities for Change
New York Council of Nonprofits
New York Disaster Interfaith Services (NYDIS)
New York Folklore
New York Foundation
New York Jewish Agenda (NYJA)
New York Lawyers for the Public Interest
New York Peace Institute
New York Progressive Action Network
New York State Council of Churches
New York-New Jersey Trail Conference
New Yorkers for Culture & Arts
NewBridge Services
NewMexicoWomen.Org
Newport Beach Public Library Foundation
Newport Middle Passage Port Marker Project
Newport Sings
Next in Nonprofits
NH Peace Action
NH Veterans For Peace
Night Heron Consulting
Nimiipuu Protecting the Environment
NJ  Coalition to End Homelessness
NJ Association for Infant Mental Health
NJ Center for the Healing Arts, Inc.
NJ Communities United
NM Communidades en Accion y de Fe
No False Climate Solutions PA
No Stone Unturned
Noah at Central
Nonprofit Alliance of Monterey County
Nonprofit Association of Oregon
Nonprofit Association of the Midlands
Nonprofit Association of Washington
Nonprofit Center of the Berkshires
Nonprofit Enterprise at Work (NEW)
Nonprofit New York
Nonprofit Professional Employees Union, IFPTE 70

Nonprofit SideKick
Nonprofit VOTE
Nonprofit Website Insider
NonProfitConnect
Nonprofits Counsel
Nonprofits First
Nonviolence International
Nonviolent Peaceforce
NOPI, Inc.
Nor'east Cleaners
NORA formerly RARCC
NorCal Resist
Norman Foundation
Normandie Foundation
North American Climate, Conservation and Environment (NACCE)
North Arrow
North Carolina Coalition Against Domestic Violence
North Carolina Coalition for Alternatives to the Death Penalty (NCCADP)
North Carolina Council of Churches
North Carolina Peace Action
North County LGBTQ Resource Center
North Dakota Human Rights Coalition
North Dakota Native Vote
North Shore AFL-CIO Federation of Labor
North Shore Alliance of Gay, Lesbian, Bisexual, and Transgender Youth, Inc. (NAGLY)
North Shore Unitarian Church
North Star Fund
North Suburban Legal Aid Clinic
North Valley Food Bank
Northeast Houston Redevelopment Council
Northeast Kingdom Asylum Seekers Assistance Network
Northeast Minneapolis Arts Association
Northeast Organic Farming Association of New York
Northeast Organic Farming Association of Rhode Island
Northeast Organic Farming Association of Vermont
Northeast Towson Improvement Association, Inc.
Northeastern Minnesotans for Wilderness
Northern California College Promise Coalition
Northern Colorado Alliance for a Livable Future
Northern New Jersey Sanctuary Coalition
Northern Plains Resource Council
Northside Achievement Zone
Northwest Area Foundation
Northwest Center for Alternatives to Pesticides

Northwest Environmental Advocates
Northwest Immigrant Rights Project
Northwest Indiana Development Corporation
Northwestern Ohio Community Action Commission
Northwood Alliance, Inc.
Not In My Name NH
Nourish California
Nourish Colorado
NoVA Prism Center
NRDC
NTEN
Nuclear Information and Resource Service
Nuestra Casa
Nukewatch
Nurses for Sexual and Reproductive Health
Nurturing Wāhine Fund
NW Energy Coalition
NY Climate Advocacy Project
NY Common Pantry
NYenvironcom
NYPAN Greene
Oasis Legal Services
Oaxaca Youth Empowerment
Obra Hispana, Christian Church (Disciples of Christ)
OCA Advocates St. Louis
OCA-Asian Pacific American Advocates
Occidental Arts and Ecology Center
Ocean Bay Community Development Corporation
Ocean Conservation Research
Ocean Sewage Alliance
OCSILiO
Odds Are Against Us
Oella-Catonsville Flood Solutions
Of Color, Inc.
Ogden Pride
Ohio Alliance to End Sexual Violence
Ohio Alliance to End Sexual Violence (OAESV)
Ohio Association of Nonprofit Organizations
Ohio Citizen Advocates for Addiction Recovery
Ohio Council of Churches
Ohio Environmental Council
Ohio Equal Rights
Ohio Families Unite for Political Action and Change (OFUPAC)
Ohio Immigrant Alliance

Ohio Women's Alliance
Ohio Working Families Party
Oil & Gas Action Network
Oil and Gas Action Network
Oil Change International
Oilfield Witness
Oklahoma Policy Institute
Oklahoma Policy Institute
Old Mill Center for Children and Families
OLÉ, Organizers in the Land of Enchantment
Olivewood Gardens & Learning Center
Olivewood Gardens and Learning Center
Omaha ForUs
Omaha ForUs Community Center
Omni Institute
One Arizona
One Colorado
One Colorado Education Fund
One Earth Sangha
One San Mateo
One Voice Recovery, Inc.
one•n•ten
OneAmerica
OneJustice
OneNature
ONG PADJENA
Onion Foundation
OPAL Community Land Trust
Open Books
Open Horizon
Open Markets Institute
Open MIC
OpenField
Openhouse
OpenMedia
Operation Grow, Inc.
Operation Spring Plant
Opioid Policy Institute
Opportunities for a Better Tomorrow, Inc.
Opportunities Unlimited for the Blind
Opportunity Fund
Opportunity House
Opportunity Project
Opportunity Resource Fund

OR Just Transition Alliance
Orange County Equality Coalition
Ordean Foundation
Oregon (WI) Area Progressives
Oregon Conservancy Foundation
Oregon Consumer Justice
Oregon Environmental Council
Oregon Latino Health Coalition
Oregon League of Conservation Voters
Oregon Natural Desert Association
Oregon PeaceWorks
Oregon Physicians for Social Responsibility
Oregon Rural Action
Oregon School-Based Health Alliance
Oregon Shores
Oregon Shores Conservation Coalition
Oregon Wild
Organisation paysanne pour le développement durable
ORS Impact
Our Bodies Ourselves
Our City Buffalo
Our Future WV
Our Justice
Our Own Wall Street
OutCenter Southwest Michigan
OutFront Kalamazoo
OutFront Minnesota
OutNebraska
OutRight International
Outright Vermont
Outside In
OWI
Oxfam America
PA Harm Reduction Network
Pace e Bene Nonviolence Service
Pachamama Alliance
Pacifc Islander Community Association
Pacific Asian Counseling Services
Pacific Center for Human Growth
Pacific NorthWest Art School
Pacific Pride Foundation
Padres Angeles
Palestine Education Network
Palestine Justice Network of the Presbyterian Church (U.S.A.)

Palestinian American Community Center
Palm Beach County Environmental Coalition
PALSS, Inc.
PANA (Partnership for the Advancement of New Americans)
Panoram Foundation
Paper Crane Associates
Parable of the Sower Cooperative
Parable of the Sower Healing Center (Intentional Community Cooperative)/ Reparations Now?
Mobilization Campaign
Park County Environmental Council
Parkland Community Assn
Partners Against Exploitation
Partners for Dignity & Rights
Partners for Our Communities
Partners for Progressive Israel
Partnership for Civil Justice Fund
Partnership for Extraordinary Minds (xMinds)
Partnership for Policy Integrity
Partnership for Public Service
Passionist Solidarity Network
Patagonia Area Resource Alliance
Patricia Kind Family Foundation
Patriotic Millionaires
Paul Paez
PAVE
PCUN, Oregon's Farmworker Union
Peace Action
Peace Action Maine
Peace Action New York State
Peace Direct
Peace in Schools
Peace Over Violence
Peace Through Action USA
PeaceWorks
Pelecanus
PEN America
Peninsula Anti-Racism Coalition
Pennsylvania Association of Nonprofit Organizations
Pennsylvania Council of Children, Youth & Family Services
Pennsylvania Interfaith Power & Light
Pennsylvania Recreation and Park Society
Pennsylvania Stands Up Institute
Pennsylvania Utility Law Project
Pennsylvanians for Modern Courts

Penobscot River Paddling trail
People For the American Way
People of Albany United for Safe Energy (PAUSE)
People Organizing to Demand Environmental and Economic Rights (PODER)
People Power United
People, Parks & Community Foundation
People's Action
People's Action Institute
Peoples Climate Movement - NY
Peoria Proud
Perfect Earth Project
PermacultureWorks Coop
Pesticide Action & Agroecology Network (PAN)
Pesticide Action Network
PF Classical
PFLAG Greenville SC
PFLAG National
PGChangemakers
Philadelphia Association of Community Development Corporations
Philadelphia Lawyers for Social Equity
Philanthropic Initiative for Racial Equity (PRE)
Philanthropy Con Café
Philanthropy Delaware, Inc.
Philanthropy New York
Phillips Wharf Environmental Center
Phoenix Legal Action Network
Phoenixville Community Health Foundation
Physicians for a National Health Program
Physicians for Human Rights
Physicians for Reproductive Health
Physicians for Social Responsibility
Physicians for Social Responsibility Colorado
Physicians for Social Responsibility Maine
Physicians for Social Responsibility Pennsylvania
Physicians for Social Responsibility Texas
Physicians for Social Responsibility Wisconsin/Wisconsin Environmental Health Network
Pine River Group Home, Inc.
Pipe Line Awareness Network for the Northeast
Planned Parenthood Action Fund
Plastic Pollution Coalition
Plaza de Nuestra Comunidad
Plowshares Theatre Company
Plug In America
PODER

Poder Latinx
Poets & Writers
Polar Bears International
Policy Experience in Equity with Climate and Health
Policy Matters Ohio
policyLiam Justice & Democracy
Pomona Economic Opportunity Center
Popular Democracy
Population Institute
Portland Raging Grannies
Positive Discipline Community Resources
Positive Women's Network-USA
Positively U
Post Growth Institute
Potomac Conservancy
Potomac Riverkeeper Network
Power to Decide
Power U Center For Social Change
PowerSwitch Action
PowHer New York
Prairie Hills Audubon Society [of Western SD]
Prairie Rivers Network
Pratt Center for Community Development
Praxis Health Empowerment
PRC
Preble Street
Predator Defense
Pregnancy Justice
Prentice Foundation
PrEP4All
Preservation Alumni
Preston Jovi Foundation
Prevention Institute
Prevention Point Pittsburgh
Pride Center of Staten Island
Pride Center of Terre Haute, Inc.
Pride Center of the Capital Region
Pride Lafayette (Indiana)
Prisoners' Legal Services of Massachusetts
Private Equity Stakeholder Project
Pro-Choice Arizona/Abortion Fund of Arizona
Pro-Choice North Carolina
Progress Texas
Progressive Change Campaign Committee

Progressive East End Reformers/NYPAN
Progressive Leadership Alliance of Nevada
Progressive Leadership Alliance of Nevada Action Fund
Progressive Turnout Project
Progressive Workers Union Executive Committee
ProgressNow New Mexico
ProInspire
Project Dandelion
Project Green Home
Project Include
Project On Government Oversight
Project Petals
PROMO Missouri
Prosecutors Alliance Action
Protect Democracy
Protect Oregon
Protect Our Water, Heritage, Rights (POWHR)
Protect PT
Provider and Teens Communicating for Health
Proyecto Faro
PSR Colorado
Public Accountability
Public Accountability Initiative / LittleSis
Public Advocates, Inc.
Public Assets Institute
Public Citizen
Public Counsel
Public Employees for Environmental Responsibility
Public First Law Center
Public Health Advocates
Public Health Law Center
Public Health Solutions
Public Interest Law Project
Public Justice Center
Public Knowledge
Public Profit
Public Rights Project
Publik Coffee
Pueblo NAACP
Puertas Abiertas, Inc.
Purpose Driven Girl
Purpose Possible
PUSH Buffalo
Q Center, Portland, OR

QLaw Foundation of Washington
Quabbin Food Connector, Inc.
Quad City Arts
Queens Climate Project
Queer Asian Social Club
Queer Family Network
Queer Women of Color Media Arts Project - QWOCMAP
QueeriséEs
Queermunity Collaborative
QUEERSPACE collective
QWELL Community Foundation
Rabbis for Ceasefire
Race Forward
Rachel Carson Council
Rachel's Network
Radical EQ
Radical Imagination Family Foundation
Radical Partners
Radio Catskill
RAICES
Rainbow Bridge Community Center
Rainbow Collective for Change
Rainbow Families DC
Rainforest Action Network
Rainy Day Fund
Raksha, Inc.
Randolph Community Partnership, Inc.
Rank the Vote Action
RaveVenn
RCC ARA
re:power
Reach For Recovery
Reach the Valley
Ready for Change
ReBirth Empowerment Education
Reboot Our Democracy
Rebuild Woonsocket
Rebuilding Together Metro Chicago
Reclaim Finance
Reconstructing Judaism
Reconstructionist Rabbinical Association
Red Rabbit Advocacy
Redwoods
Reel Stories Creative

Refugee and Immigrant Support Services of Emmaus, Inc.
Refugee Council USA
Refugee Women Rising
Refugees International
Regeneración - Pajaro Valley Climate Action
Regenerating Paradise
Region 9 UAW Housing Corporation
Regional Housing Legal Services
Reimagine Beaver County
Reimagine Wealth
Reinvent South Stockton Coalition
Release Aging People in Prison (RAPP)
Religions for Peace USA
Religious Action Center of Reform Judaism
Remedy Alliance For the People
Renew Worcester
Renewed Hope Free Health Clinic
RepresentUs
REPRO Rising Virginia
Reproaction
Reproductive Freedom for All
Reproductive Health Access Project
Reproductive Justice Inside
Reset Tech
Resilient Helena
Resistencia en Accion NJ
Resolution Systems Institute
Resolve
Resonance Arts
Resonate Joy
Resource Center
Resource Generation
Resource Renewal Institute
Resources for Organizing and Social Change
Responsible Alpha
RESULTS
Rethink Media
Rethinking Schools
Retired & Senior Volunteer Programs
Rett's Roost
Revolución Educativa
Revolutionary Reentry Hub
Revolving Door Project
RevupNC, Inc.

Rhode Island Environmental Education Association
Rhode Island Public Health Institute (RIPHI)
Rhode Island Rhythm & Blues Preservation Society
Riders Alliance
RIFF Foundation
Right To Be
Right To The City Alliance
Rights & Democracy Institute
Rights & Democracy Project
Rights CoLab
Rise Alliance for Children
Rise and Resist
Rise Economy
RiSE for Environmental Justice
Rise Up WV
RiSE4EJ (RiSE for Environmental Health & Justice)
Rising Majority
Rising Sun Center for Opportunity
Rising Treetops at Oakhurst
River Alliance of Wisconsin
River Otter Ecology Project
Riverbend Environmental Education Center
Riverdale Neighborhood House
Riverways Collaboration
RJPMC
RL Gray Community Development Outreach
Robert Wood Johnson Foundation
Roberto Bedoya
Rochester Committee on Latin America
Rochester Rainbow Union
Rockland County Pride Center
Rocky Mountain Conference, United Church of Christ
Rocky Mountain Equality
Rocky Mountain Microfinance Institute
Rocky Mountain Peace and Justice Center
Rogue Action Center
Rogue Climate
Rogue Food Unites
Room for All
Roosevelt Institute
Roosevelt Southwest Community Development Corporation
Root and Sprout Grant, Co.
Rooted WI, Inc.
Roots to Resilience

RootsAction
ROSE Community Development
Rosebud Economic Development Corporation
RPYA
Rural Advocates for Independent Living, Inc.
Rural AIDS Action Network (RAAN)
Rural Community Assistance Corporation (RCAC)
Rural Health Network of South Central NY, Inc.
Rural Preservation Company of Clinton County, Inc.
RURAL ROOTS LOUISIANA
Russian-speaking Community Council, Inc. (RCC)
Ruth Ellis Center
Ruth's House, Inc.
Ruth's Refuge
RVC Seattle
S.E.E.K Foundation, Inc.
S.W.A.N Inc. at Montgomery Neighborhood Center
S&D PJ Housing
Sacramento Area Congregations Together
Sadhana: Coalition of Progressive Hindus
Safe Energy Rights Group
Safe Horizon
SAFE Illinois
Safehouse
Safer Together
Saferworld USA
SAGE
Sahiyo U.S. Inc.
SAJE
Sakhi for South Asian Survivors
Salted Roots
Saltonstall Consulting
Salvation and Social Justice
Salvation Farms
Samaritan Daytop Village, Inc
Samuel Rubin Foundation
San Antonio Bay Waterkeeper
San Bernardino Community Service Center,Inc
San Diego Coastkeeper
San Diego Food System Alliance
San Diego Pride
San Diego Solidarity Network
San Francisco AIDS Foundation
San Francisco Bay Physicians for Social Responsibility

San Francisco Baykeeper
San Francisco Community Health Center
San Francisco Foundation
San Jose Nikkei Resisters (SJNR)
San Jose Taiko
San Mateo County Pride Center
Sanad Relief
SanctionsKill Campaign
Sanctuary for Families
SanDiego350
Sandoval County Indivisible
Santa Cruz Climate Action Network
Santa Cruz County Office of the Public Defender
Santa Monica Bay Area Human Relations Council
Satyagraha Institute
Save Mount Diablo
Save Ohio Parks
Save Our Canyons
Save Our Streams
Save Our Wild Salmon Coalition
Saving Grace Perishable Food Rescue
SBPA
Scenic Utah
Schenectady County Historical Society
Scherman Foundation
School's Out, Inc.
ScienceWorks Hands-On Museum
Scraplanta
Scribe Video Center
Scurry Street Meetings and Events
Se'Si'Le
Sea Change Yoga
Search to Involve Pilipino Americans
Seattle Indies
SECOM
Second Chances Foundation DBA Midsouth Sober Living
Second Nature
Secular Coalition for America
Secular Student Alliance
Secure Justice
See A Need - Meet A Need
SEIU
SEIU Local 1107
Seneca Lake Guardian

Senior Advocacy Network
SeniorsPlus
Sentient Sanctuary
Services, Immigrant Rights, and Education Network (SIREN)
Seven Counties Services - Crisis and Information Center
Seventh Generation Interfaith Coalition for Responsible Investment
Severn Riverkeeper Program
Sewall Foundation
Sexual Assault Prevention and Response Services
Sexual Violence Law Center
Sexual Violence Prevention Association (SVPA)
SF LGBT Center
Shaina Rodriguez
Shelby County Historical Society
Shelter From The Storm, Inc.
Shelter, Inc.
Sheltering Hands
Sherwood Notary & Consulting Services
ShoreRivers
Shriver Center on Poverty Law
Sicangu Community Development Corporation
Side With Love
SIECUS: Sex Ed for Social Change
Sierra Business Council
Sierra Club
Sierra Foothills Audubon Society
Sierra Nevada Alliance
Sigma Upsilon Charity
Sikh Coalition
Silicon Valley Council of Nonprofits
Silver State Equality
Silvix Resources
Simpson Housing Services
Sincere Multiservice Inc
Sioux Falls Bird Club
Sippis Advocacy Initiative & Leadership
SisterReach, Inc.
Sisters of Charity of New York
Sisters of Charity of the Blessed Virgin Mary
Sisters of St. Francis of the Neumann Communities
Sisters of the Humility of Mary
Six Rivers Dispute Resolution Center
Skilled US
Sky Island Alliance

Sky Mountain Wild Horse Sanctuary
Small Museum Association
SmartPower
SMASH
Smoyer & Associates
SMYAL
Snake River Alliance
SoCal 350 Climate Action
Social Impact Commons
Social Justice Alliance of Cass County, MI
Social Justice Collaborative
Social Justice Legal Foundation
Socially Responsible Investment Coalition
Sociedad Latina
Society for Research in Child Development (SRCD)
Society of Environmental Toxicology and Chemistry of North America
Society of General Internal Medicine
Society of the Muse of the Southwest
SOJOURN: the Southern Jewish Resource Network for Gender & Sexual Diversity
Sojourners
Solano Advocates for Victims of Violence
Solano Pride Center
SOLIDARITE DES FEMMES POUR LE BIEN ETRE SOCIAL ET LE PROGRES AU BURUNDI
Solidarity Engineering
Solidarity Research Center
Solutions for Environmental and Worker Health Justice
Sone Yay Foundation
SOOAR
Soul 2 Soul Sisters
Soulforce
South Asian American Justice Collaborative (SAAJCO)
South Asian Network
South Asian Public Health Association
South Bay People Power
South Carolina Appleseed Legal Justice Center
South Carolina Indian Affairs Commission
South Carolinians for Alternatives to the Death Penalty (SCADP)
South Suburban Housing Center
Southeast Alaska Conservation Council
Southeast Asia Resource Action Center (SEARAC)
Southeast Asian Community Alliance LA
Southeast Dignity not Detention Coalition
Southeast Queens Residents Environmental Justice Coalition
Southern Alliance for Clean Energy

Southern Coalition for Social Justice
Southern Environmental Law Center
Southern Fried Queer Pride (SFQP)
Southern Poverty Law Center
Southern Tier Independence Center
Southern Tier Zoological Society
Southern Utah Wilderness Alliance
Southern Vision Alliance
Southwest Energy Efficiency Project
SouthWings
Sowing Justice
Space Coast Center for Independent Living, Inc.
SPAN Parent Advocacy Network
SPARTA Pride
Special Horses, Inc.
Spectrum Center Spokane
Spirit Love and Kindness for Children Families in Need Inc.
Spirit of Harmony Foundation
Spring Institute for Intercultural Learning
Spring Valley NAACP
Springfield Food Policy Council
Square One Foundation
St. Ann's Corner of Harm Reduction
St. Croix Valley Foundation
St. Elizabeth's Essentials Pantry
St. Lawrence County Historical Association
St. Matthew Trinity Lunchtime Ministry
St. Michael's Pantry
St. Vincent and Sarah Fisher Center
Stand Up America
Stand Up Mobile
Stand with Trans
STAND! for Families Free of Violence
Stand.earth
Standing Trees
Stanley Center for Peace and Security
Starting Over Strong
Starting Over, Inc.
State Democracy Project
State Voices
Steele County Historical Society
Stella's Girls, Inc.
Step Forward Foundation
Stewardship Utah

Stone Foundation of New Jersey
Stonewall Sports Detroit
Stop AAPI Hate
Stop Elmhurst Flooding
StoptheDrugWar.org
Stratis Health
Stray Pets In Need of MA, Inc.
Street Level Health Project
Strong Economy For All Coalition
Students Engaged in Advancing Texas (SEAT)
Stupski Foundation
Suburban Ethical Concerns
SUN Resource Development
Suncoast Waterkeeper
Sunflower Alliance
Sunnyside Community Services
Sunrise Movement
Support Center for Nonprofit Management, Inc.
Supportive Housing Network of New York
Supportive Housing Providers Association
Sur Legal Collaborative
Survivor Alliance
Survivor Leader Network San Diego
Sussex Health & Environmental Network
Sustainability Institute
SustainabilityNext
Sustainable Advisors Alliance, LLC
Sustainable Finger Lakes
Sustainable Marin
SWAN Inc.
SWAN Inc. at Montgomery  Center
Swan View Coalition
Swim Beyond the Boundaries Inc
Syracuse Cultural Workers
Syzygy
T'ruah: The Rabbinic Call for Human Rights
Tacoma Area Coalition of Individuals with Disabilities
TACTS-The Ass of Clinical Trials Research
Tahoma Bird Alliance
Take Two, Inc.
Taproot Collective, Inc.
Taproot Foundation
Tara Health Foundation
Target Majority NYC

Task Force for Democracy
TaskForce Prevention and Community Services
Teachers Unite
Teachers' Treasures
Team Friendly
Team Long Run
Team New York Aquatics, Inc.
TeamAbad
TeamChild
Techplomacy Foundation
Tedford Housing
Teens4TeensHelp
Tenants Union
Tennessee Campus Democracy Network
Tennessee Democracy Network
Tennessee Immigrant and Refugee Rights Coalition (TIRRC)
Tennessee Nonprofit Network
Terreform ONE
Texas Civil Rights Project
Texas Equal Access Fund
Texas Freedom Network
Texas Gulf Coast Area Labor Federation, AFL-CIO
Texas Immigration Law Council
Texas Nuclear Watchdogs
Texas Youth Power Alliance
Thames Valley Council for Community Action (TVCCA)
The 22nd Century Initiative
The 6th Branch
The Academy of Financial Education
The Action Lab
The Advocates for Human Rights
The Afiya Center
The Agape Table
The AjA Project
The Akari Foundation
The Alaska Center
The Apprenticeshop
The Arc of Indiana County
The Arc of Northwest Wayne County
The Bakken
The Bernard and Anne Spitzer Charitable Trust
The Black Donors Project
The Blue Bench
The Blue Urban Project

The Boone Family Foundation
The Border Network for Human Rights
The Borgen Project
The Bridge
The BTS Center
The California Endowment
The California LGBTQ Health and Human Services Network
The California Women's Law Center
The Callahan Collaborative
The Cancer Network
The Capacity Collaborative @ Earth Island Institute
The Center at Sierra Health Foundation
The Center for Election Science
The Center for Enriched Living
The Center for HIV Law and Policy (CHLP)
The Center for Independent Living
The Center for Racial Equity and Justice
The Center for Science in the Public Interest (CSPI)
The Center for Spirituality in Nature
The Center for Youth and Family Solutions
The Center on Gender and Extreme Sentencing
The Chamberlain Network
The Children's Agenda
The Children's Partnership
The Chrysalis Fund
The Circle Keepers
The Climate Center
The ClimateMusic Project
The Clinch Coalition
The Color of Autism Foundation
The Community House
The Consonance Group
The Crossroads Center
The Davies Project
The Democracy Collaborative
The Diversa Group
The Diversity Center
The Don't Look Back Center
The Door - A Center of Alternatives, Inc.
The Dorothy and Marshall M. Reisman Foundation
The Episcopal Church
The Eugene & Agnes E. Meyer Foundation
The Evergreen Review
The Evergreen State College Foundation

The Festival Center
The First Unitarian Universalist Church of Nashville
The Food Group Minnesota
The For Good Movement, Inc.
The Freedom to Read Foundation
The Freethought Society
The Front Porch Arts Collective
The Fund for Constitutional Government
The Fund for Global Human Rights
The Fund for Santa Barbara
The FUND for Santa Barbara
The Funders Network
The Furniture Project
The Ghanbron Advocacy & Government Relations Group
The Grant Plant, Inc.
The Greenlining Institute
The Harbour
The Health & Housing Consortium
The Health and Human Service Coalition of Illinois
The Highland Center
The Holistic Homestead
The Human Rights Alliance
The Human Rights Project
The Human Trafficking Legal Center
The Humanization Project
The Immigration Project
The Institute for College Access & Success (TICAS)
The International Wildlife Rehabilitation Council
The Jersey Bee
The Joy of Movement
The Justice Fleet
The Kairos Center for Religions, Rights, and Social Justice
The Knights and Orchids Society
The Last Plastic Straw
The Latino Community Association
The Leadership Conference on Civil and Human Rights
The Learning Council
The Legal Aid Society
The LGBT Center of Greater Reading
The LGBTQ Community Center of the Desert
The LIAM Foundation
The Living Arts & Science Center
The Living City Project
The Living New Deal Project

The Louisiana Alliance for Nonprofits
The LOVE Building
The Mami Chelo Foundation, Inc.
The Management Center
The Mansfield Foundation
The Maternal Health Equity Collaborative
The Nashville Food Project
The National Council for Incarcerated and Formerly Incarcerated Women and Girls
The National Vote
The Natural History Museum
The Network/L Red
The New Press
The New York Immigration Coalition
The New York Preservation Archive Project
The Next Door, Inc.
The Night's Shield
The NO MORE Foundation
The Nonprofit Partnership
The Nurse Policy Exchange
The NYC LGBT Community Center
The Ocean Project
The Ohio Physicians for Reproductive Rights
The Open and Affirming Coalition of the United Church of Christ
The Opportunity Agenda
The Organizing Center
The Outlet Community Church
The Outwords Archive, Inc.
The Owens Foundation
The PAIGE, Inc.
The People Concern
The People's Lobby
The People's Nonprofit Accelerator
The Philanthropy Coach
The Phoenix Conservancy
The Poetry Society of NY
The Pride Center at Equality Park
The Pride Center of New Jersey
The REACH Fund of Connecticut, Inc.
The Reciprocity Collective
The Redress Movement
The Resurrection Project
The Reunion Project
The Right Step, Inc.
The Right to Immigration Institute

The Rightly Dividing Literacy Project, LLC
The Ripple Center
The Rising Center
The Robertson Foundation for Government
The Rome Group
The Rutherford Institute
The Sanctuary Working Group
The Shalom Center
The Shepherd's Center of Greater Kalamazoo
The Sidewalk Project
The Sidewalk School
The Sisters of Perpetual Indulgence, Inc.
The Skillman Foundation
The Social Justice Committee of Brooklyn Heights Synagogue
The Society for the Ethical Practice of Psychotherapy
The Solutions Project
The SOURCE
The Source LGBT+ Center
The Southern Poverty Law Center
The Statewide Independent Living Council of Illinois
The Story of Stuff Project
The Street Trust - Oregon
The Support Agency
The Theater at Monmouth
The Theater Offensive
The Treasure Within
The Tree of Life Sanctuary
The Trumpeter Swan Society
The Trustees of Reservations
The Unitarian Society of Santa Barbara
The Utah LGBTQ+ Chamber of Commerce
The Village Agricultural Cooperative
The Vineyard Farms, Inc.
The Wage Justice Center
The Watershed Center Grand Traverse Bay
The Watershed Institute
The Welcome Project PA
The Well Project
The William Gomes Podcast
The WindowDressers, Inc.
The Women's Foundation of Colorado
The Workers Circle
The Wren Collective
The Young People's Guild

Theater Mu
Theatre in the Round Players
Theatre of the Oppressed NYC
Therapy Center of Philadelphia
They Birth They Art
Think Three Media
Third Act
Third Act Massachusetts
Third Act Union
Third Act Vermont
Third Act Virginia
Third Sector New England (TSNE)
Third World Newsreel
Thornapple Arts Council of Barry County, Mich.
Thousand Currents
Thousand Waves Martial Arts & Self-Defense Center, NFP
Thredz.org
Three Rivers Waterkeeper
Thrive Central Oregon
Thrive Community Consulting
Thriving Together NCW
Thurston Climate Action Team
TIAA-Divest!
Tikkun Olam Foundation, Inc.
Tikkun Olam Productions
Tipping Point Uk
Together
Tonga Leitis Association
Toppenish Community Chest
Tourism Research and Development of Maine
Town Hall Arts Center
Townspeople
Toxic Free North Carolina
TPL Social Club
Trail Lamp Youth Services | BAM! (Business Art Mentorship Youth Program)
Trans Justice Funding Project
Trans Northland
Trans Queer Pueblo
Trans Sistas Of Color Project
Trans Unity Coalition
TransFamily Support Services
Transform Mid-Atlantic
Transformation Project
Transformation Project Advocacy Network

Transformative HR Support
Transformative Justice Coalition
Transforming Families
Transgender Assistance Program of Virginia
Transgender Resource Center of New Mexico
TransitCenter, Inc.
Transparency International U.S.
Transparentem
Transportation Choices Coalition
Transportation Riders United
Trap Free Montana
Treatment Action Group (TAG)
Treehouse Shakers
Tri-County Office on Aging
Triangle Community Center
Trinity Las Américas United Methodist Church
TrueNorth Community Services
Trustees for Alaska
Truth Pharm
Tubman
Turtle Island Restoration Network
Two Suns Consulting
Tzedek Georgia
U.S. Climate Action Network
U.S. Department of Arts & Culture
U.S. Federation of the Sisters of St. Joseph
UCP Seguin
UHAB
Ultraviolet
Uluntu Africa
uman Rights Alliance
UnCommon Law
Underground Railroad Education Center
Underwood Institute
Unfunded List
Union County Pride, Inc.
Union for Reform Judaism
Union of Concerned Scientists
Unitarian Universalist Association
Unitarian Universalist Church of Bloomington, IN
Unitarian Universalist Church of Palo Alto
Unitarian Universalist Congregation of DeKalb
Unitarian Universalist Congregation of DeKalb Illinois
Unitarian Universalist FaithAction New Jersey

Unitarian Universalist Fellowship of San Dieguito
Unitarian Universalist Legislative Ministry of Maryland
Unitarian Universalist Mass Action
Unitarian Universalist Meeting of South Berkshire
Unitarian Universalist Prison Ministry of Illinois
Unitarian Universalist Service Committee
Unitarian Universalists for a Just Economic Community
Unitarian Universalists for Social Justice
United African Organization
United Church Funds
United Church of Christ
United for a Fair Economy
United for a New Economy
United for Respect
United MSD Foundation
United Neighborhood Houses
United Neighborhood Houses of New York
United Planet
UNITED SIKHS
United South Broadway Corporation
United States Association of Prides (USA Prides)
United States-Japan Foundation
United Vision for Idaho
United Way Lamoille County
United Ways of Vermont
United Women of Color
Uniting Pride
Universalist Unitarian Church of Peoria, IL
Universidad Popular
Unleashing the Power of Partnership for Learning, Inc. (UP for Learning)
UNRWA USA
Unthinkable
UP for Women and Children
Up North Pride
Up River Solutions
Uplift Alliance, Inc.
Uplift Legacy
Upper Seven Law
Upper West Side Action Group
Uptown People's Law Center
Uranium Watch
Urban Autism Solutions (UAS)
Urban Community AgriNomics (UCAN)
Urban Green Lab

Urban Growers Collective, Inc.
Urban Justice Center
Urban League of Portland
Urban Native Collective
Urban Resource Institute
Urban Tilth
URGE: Unite for Reproductive & Gender Equity
Urgent Action Fund
US Africa Initiatives
US PLHIV Caucus
Utah Approves
Utah Museum of Contemporary Art
Utah Nonprofits Association
Valeda's Hope
Valley Outreach
ValorUS
Vashon Maury Island Land Trust
Vashon Senior Center
Veggielution
Velveteen Rabbit Project
Ventura County Legal Aid
Ventures
Vera Institute of Justice
Verde
Verified Voting
Vermont Asylum Assistance Project
Vermont Community Thermal Networks
Vermont Public Interest Research Group
Vessel Project of Louisiana
Veterans For Peace
VGA Grants & Fundraising
Victim Rights Law Center
Victim-Witness Services
Victory Song
VIDAS
Vietnamese American Community Center of the East Bay
Vietnamese American Roundtable
Village of the Valley
VIPS - Providing Early Vision Intervention and Parental Support
Virginia Caucus of Rank and File Educators (VCORE)
Virginia Civic Engagement Table (VCET)
Virginia Interfaith Power & Light
Virginia Organizing
Virginia Women's Foundation

Virtual Oasis Tech
VisionSpring
Visual Artists Guild
Vital Communities
VOCAL-NY
VOCAL-TX
VOCAL-US
VOICE Buffalo
Voice of the People Uptown
Voices for Progress
Voices for Utah Children
Voices of Community Activists and Leaders-Kentucky
Voices of Florida
Voices of Florida Fund
Voices of Recovery San Mateo County
Volunteer Center of Santa Cruz County
Volunteer Lawyers For Justice
VoteRiders
Voters Not Politicians
Voters of Tomorrow
Voting Access for All Coalition (VAAC)
Voto Latino
VRLY Foundation
W.O.M.A.N., Inc.
WA Association for Children and Families
WA Build Black Alliance
WA State Budget and Policy Center
Wake UP Sonoma
Wallace Global Fund
Walls Turned Sideways
Walnut Avenue Family & Women's Center
Washington Area Lawyers for the Arts (WALA)
Washington Community Alliance
Washington Conservation Action
Washington Conservation Action Education Fund
Washington County Community Action Network
Washington Lawyers' Committee for Civil Rights and Urban Affairs
Washington State Public Health Association
Washington Wild
Washington Women's Foundation
Washington Womenade
Washington-Baltimore News Guild
Water1st International
Waterkeepers Chesapeake

WaterWatch of Oregon
Waves Ahead Corp
Wayne Metro Community Action Agency
WCCS
WE ARE
We Lead By Example, Inc.
We Matter
We Own It
We the 45 Million
We the Parents of WNY
Weissberg Foundation
Welcome Home of Chattanooga
Welcome Neighbor STL
Welcoming America
Wellness Services, Inc
Wellspring
WESPAC Foundation, Inc.
West Contra Costa Public Education Fund
West End Revitalization Association - WERA
West Side Federation for Senior and Supportive Housing
West Virginia Center on Budget and Policy
West Virginia Citizen Action Group
West Virginia Highlands Conservancy
West Virginia Rivers Coalition
Westchester for Change
Western Center on Law & Poverty
Western Colorado Alliance
Western Environmental Law Center
Western Environmental Law Center
Western Leaders Network
Western Maine Community Action
Western Nebraska Resources Council
Western New York Book Arts Center
Western Organization of Resource Councils
Western Resource Advocates
Western Slope Native American Resource Center (WSNARC)
Western States Center
Western Watersheds Project
Western Wildlife Conservancy
Western Wisconsin AFL-CIO Central Labor Council
Whale and Dolphin Conservation, Inc.
Whidbey Community Foundation
Whippany River Watershed Action Committee
Whistleblower & Source Protection Program (WHISPeR) at ExposeFacts

Whistleblowing International Network
Wholly H2O
Whose Corner Is it Anyway
WIHA
Wild Arizona
Wild Cumberland
Wild Farm Alliance
Wild Fish Conservancy
Wild Iris Family Counseling & Crisis Center
Wild Rivers Habitat for Humanity, Inc.
Wild West Access Fund of Nevada
WildEarth Guardians
Wilderness Watch
Wilderness Workshop
Wildlife for All
Wildwoods
Will & Company
Willamette Riverkeeper
Willing Steward Ministries, LLC
Willow Rising
Win Without War
Wind of the Spirit
Wind of the Spirit Immigrant Resource Center
Windham World Affairs Council
WindowDressers, Inc.
Wingbeat 88
Winter Film Awards, Inc.
Winter Wildlands Alliance
Wisconsin Conservation Voters
Wisconsin Democracy Campaign
Wisconsin Fair Maps Coalition
Wisconsin Muslim Civic Alliance
Wisconsin's Green Fire, Inc.
Wisdom Institute
WISE Zambia
Witness at the Border
WNYCOSH
Woka Foundation
Wolf and Wildlife Advocates
WOMAN, Inc.
Women Employed
Women Empowering Women For The Next Generation Ministries
Women Enabled International
Women Graduates-USA, Inc.

Women Have Wings
Women Lawyers On Guard Action Network, Inc
Women Make Movies
Women of Reform Judaism
Women's Alliance for Theology, Ethics, and Ritual (WATER)
Women's Center of Greater Lansing
Women's Environment and Development Organization
Women's Foundation California
Women's Foundation of Oregon
Women's Fund of Omaha
Women's Fund of Rhode Island
Women's Initiatives for Gender Justice
Women's Institute for Leadership Development (WILD)
Women's International League for Peace and Freedom US
Women's Law Project
Women's March
Women's Resource Network
Women's Voices for the Earth
WomenVenture
Womxn From The Mountain
Womxnist Liberation Cooperative
Woodcock Foundation
Woodhull Freedom Foundation
Woods Fund Chicago
Woodside On The Move, Inc.
Woodstock Institute
Woonasquatucket River Watershed Council
Woori Juntos
Worker Justice Center of New York
Working In Neighborhoods
Working On Wellness Foundation
Worksafe
World Ocean Day
Worldview Films
Worth Rises
Wyoming Coalition for Animal Protection
Wyoming Wildlife Advocates
Yaak Valley Forest Council
YAFFED
Yankee National Party
Yellowstone Forever
Yellowstone to Uintas Connection
Yes In My Back Yard
Yleana Leadership Foundation

YMCA of Saginaw
York Land Trust
Young Center for Immigrant Children's Rights
Young Leaders Initiative
Young West Virginia Power Building Movement
Youth and AIDS Projects
Youth Arts New York
Youth Law Center
Youth MOVE National
Youth Pride Association
Youth Pride, Inc.
Youth Seen
Youth United for Community Action
Youth, Rights & Justice
YuhaJungPllC
YWCA Binghamton & Broome County
YWCA Duluth
YWCA Golden Gate Silicon Valley
YWCA Grand Island
YWCA Kalamazoo
YWCA Lancaster
YWCA Lincoln
YWCA Southwestern Illinois
YWCA USA
Zenon Dance Company and School
Zero Waste Ithaca
Zeta Phi Beta Sorority, Inc.