# Exhibit A



Flagging: Superseding indictment returned by Grand Jury today re SPLC

Covington, Emily (PAO)                    6:34 PM
To Covington, Emily (PAO), +1

Superseding Indictment
DOCX - 56 KB

External Email

A grand jury today in MDAL returned a superseding indictment in the case against SPLC- attached.

Some notable new sections below:

    i.  F-32 also participated in recruiting new members using donors' money. In addition, an SPLC

