IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
        v.                          )        CR. NO. 2:26-cr-00139-ECM-KFP
                                    )
SOUTHERN POVERTY LAW CENTER, INC.   )

**UNOPPOSED REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DOC. 49**

The United States of America hereby requests an extension of time to respond to the Defendant's Motion to Dismiss the Indictment for Vindictive Prosecution (Doc. 49). Counsel for the Defendant has indicated that it has no opposition to the request.

On May 26, 2026, the Defendant filed a Motion to Dismiss the Indictment for Vindictive Prosecution. (Doc. 49). The Government's response is due to be filed by June 9, 2026. (Doc. 47) (Court's Scheduling Order, May 22, 2026). The motion consists of four pages, along with a brief consisting of 47 pages, and exhibits consisting of 390 pages. The brief cites 39 distinct cases. The Government is diligently working to respond to the motion, but, due to the large amount of material comprising the motion, the Government believes additional time is needed to thoroughly and adequately address the issues raised by the Defendant. Therefore, the Government requests that its deadline to respond be extended by three days, to June 12, 2026. Additionally, the Government requests that the Defendant's deadline to reply to the Government's response be moved accordingly from June 16 to June 19.

Respectfully submitted, this the 5th day of June, 2026.

THOMAS GOVAN
UNITED STATES ATTORNEY


*/s/ Kevin P. Davidson*
Kevin P. Davidson
First Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Fax: (334) 223-7135
E-mail: kevin.p.davidson@usdoj.gov

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:26-cr-00139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, I filed the foregoing with the Clerk of the Court using

the CM/ECF system which will send notification of such filing to all parties of record in this case.

Respectfully submitted,

*/s/ Kevin P. Davidson*
Kevin P. Davidson
First Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Fax: (334) 223-7135
E:mail: kevin.p.davidson@usdoj.gov

3