IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    CASE NO. 2:26-CR-139-ECM-KFP
    )
SOUTHERN POVERTY LAW CENTER,    )
INC.    )

## ORDER

Before the Court is Defendant Southern Poverty Law Center's Motion To Show Cause Regarding the Superseding Indictment. Doc. 53. Upon consideration of the motion, it is ORDERED that the motion is GRANTED to the extent that the Government shall file a response by **June 15, 2026**. SPLC may reply by **June 22, 2026**.

DONE this 8th day of June, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE