IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THE SOUTHERN POVERTY LAW CENTER, INC.<br><br>Defendant. | Case No. 2:26-cr-0139-ECM-KFP-1 |

## [PROPOSED] ORDER

On this day, the Court considered Defendant Southern Poverty Law Center's ("SPLC") Unopposed Request to Extend Date to File Reply in Support of the SPLC's Motion to Dismiss. After due consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that the deadline for Defendant SPLC's Reply in Support of its Motion to Dismiss previously set for June 19, 2026 is rescheduled for June 22, 2026.

Done this ___ day of June, 2026

_____
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE