IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-cr-139-ECM |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. | ) ) | |

**O R D E R**

Now pending before the Court are motions for leave to file an amicus brief filed by Society for the Rule of Law (doc. 55) and Protect Democracy Project ("Protect Democracy") (doc. 60). On June 24, 2026, the Court held a status conference during which it addressed the motions. For the reasons stated on the record at the status conference, and for good cause, it is

ORDERED as follows:

1. The motions for leave (docs. 55, 60) are GRANTED;

2. **On or before June 29, 2026**, Society for the Rule of Law and Protect Democracy each shall file its respective amicus brief as a separate docket entry;

3. If the Government wishes to respond to either or both amicus briefs, the Government may file a response **on or before July 8, 2026**.

DONE this 24th day of June, 2026.

＿＿＿＿＿＿＿/s/ Emily C. Marks＿＿＿＿＿＿＿
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE