IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CASE NO. 2:26-CR-139-ECM-KFP |
| | ) |
| SOUTHERN POVERTY LAW CENTER, | ) |
| INC. | ) |

## **ORDER**

Upon consideration of the Unopposed Motion for Leave to File Pleading Under Seal

(Doc. 96) and for good cause shown, it is ORDERED that the motion is GRANTED.

Defendant shall file the supplement to the Motion to Show Cause (Doc. 53) by **July 6,**

**2026**. The Government may file a supplemental reply by **July 13, 2026**.

DONE this 2nd day of July, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE