**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THE SOUTHERN POVERTY LAW CENTER, INC.<br><br>  Defendant. | Case No. 2:26-cr-0139-ECM-KFP-1 |

**THE SOUTHERN POVERTY LAW CENTER'S MOTION**
**FOR A PRE-TRIAL SCHEDULING ORDER**

During the July 7, 2026, arraignment and status conference with Magistrate Judge Pate, defense counsel suggested that, if the case were to go beyond the motions stage to trial, the parties should confer to create a comprehensive schedule of events leading to the current October 5, 2026 trial date.  ECF 103, 7/07/26 Tr. at 9.  The Court invited the parties to do so, *id.*, also acknowledging the Order on Arraignment has several of the usual pre-trial events.  *See* ECF 44.

Following the status conference, defense counsel sent the government a draft of a pre-trial schedule, seeking comment or suggestions.  On July 21, 2026, Assistant U.S. Attorney Kevin Davidson responded that he did not see any need for a schedule and that the order on arraignment, local rules, and usual district practice alone should govern.  Defense counsel replied that while some of the pre-trial events are included in the items cited by Mr. Davidson, other pre-trial events that would facilitate

1

preparation are not specified or included.  Mr. Davidson replied that the government does not wish to suggest anything apart from the existing schedule.

Given the anticipated number of legal issues and the volume of discovery, and in order to permit the Court and the parties to know in advance how best to allocate resources in the lead up to trial, the SPLC respectfully submits that a more comprehensive scheduling order is best suited for this case. The SPLC's Proposed Scheduling Order sets out some events not included in the Order on Arraignment and also makes more specific some of the events that are included in the standard order.  For example:

| | | |
|---|---|---|
| Motion to compel discovery and response[1] | - | Not contained in the order |
| Conferral in advance of pre-trial conference | - | Sets the exact date instead of a "before" date |
| Motion addressing jury selection | - | Not contained in the order |
| Jencks Act disclosures | - | Sets the exact date instead of a "before" date |
| Government witness/exhibit list | - | Not contained in the order; often addressed in a pre-trial order, but makes the date clear early on |

---

[1] The SPLC anticipates filing at least one motion to compel discovery, depending on any other outstanding or yet to be produced discovery in this matter.

2

| Motions *in Limine*[2] | - | Not contained in the order; often addressed in a pre-trial order, but makes the date clear early on |
| Jury instructions/*voir dire* | - | Sets the exact date instead of a "before" date and makes it one week before jury selection, and also includes a preliminary date for the parties to exchange drafts |

The SPLC continues to believe trial in this matter should not occur for the reasons set out in its pending motions.  Should a trial occur, the SPLC also believes a complete and comprehensive pre-trial schedule put in place now will benefit the parties and the Court, particularly given that the October 5, 2026 trial is ten weeks away.  Accordingly, it asks the Court to endorse its proposed schedule set out in the accompanying Proposed Order.

Dated: July 24, 2026                Respectfully Submitted,

/s/ *Addy R. Schmitt*
Addy R. Schmitt (DC Bar No. 489094)
Andrea L. Moseley (DC Bar No. 502504)
Sara E. Kropf (DC Bar No. 481501)
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: (202) 627-6900
addy@kmlawfirm.com
andrea@kmlawfirm.com
sara@kmlawfirm.com

---

[2] The SPLC anticipates filing approximately ten motions *in limine* prior to the pretrial conference, depending on various pre-trial needs and depending on the government's position on certain issues or exhibits as trial approaches.

/s/ *Abbe David Lowell*

Abbe David Lowell (DC Bar No. 358651)
David A. Kolansky (NY Bar No. 5887765)
Isabella M. Oishi (DC Bar No. 90018056)
Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com
ioishi@lowellandassociates.com

William C. Athanas (ASB-4639-A59A)
Brianna R. Stone (ASB-0400-Y40J)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8996
Facsimile: (205) 521-8800
bathanas@bradley.com
bstone@bradley.com

*Counsel for the Southern Poverty Law Center, Inc.*

4