IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THE SOUTHERN POVERTY LAW CENTER, INC.<br><br>Defendant. | Case No. 2:26-cr-0139-ECM-KFP-1 |

**UNOPPOSED MOTION FOR LEAVE TO FILE REDACTED PLEADING**

By order dated July 21, 2026, the Court directed the parties to brief the question of whether the Southern Poverty Law Center's previously filed Supplement to the Motion To Show Cause Regarding the Superseding Indictment (ECF 98) should remain under seal. ECF 102. The Court asked the parties to address whether, in light of "issues warranting confidentiality, privacy, and sensitivity with the public's right to access documents" redaction of certain information would sufficiently address the "sensitive matters" upon which the Unopposed Motion for Leave to File Pleading Under Seal (Doc. 96) was based. ECF 102.

In order to respond fully to the Court's request, the SPLC believes it necessary to redact significant portions of its response so as not to compound the concerns which prompted its original filing under seal. The SPLC respectfully requests

authorization to redact those portions of its response as necessary to comply with this Court's orders and protect the safety concerns which prompted its original filing.

The United States has advised that it does not oppose this motion.

Dated: July 30, 2026

Respectfully submitted,

/s/ *Addy R. Schmitt*
Addy R. Schmitt (DC Bar No. 489094)
Andrea L. Moseley (DC Bar No. 502504)
Sara E. Kropf (DC Bar No. 481501)
Janelle Geddes (TN Bar No. 035141)
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: (202) 627-6900
addy@kmlawfirm.com
andrea@kmlawfirm.com
sara@kmlawfirm.com

/s/ *Abbe David Lowell*
Abbe David Lowell (DC Bar No. 358651)
David A. Kolansky (NY Bar No. 5887765)
Isabella M. Oishi (DC Bar No. 90018056)
Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
alowellpublicoutreach@lowellandassociates.com
dkolansky@lowellandassociates.com
ioishi@lowellandassociates.com

William C. Athanas (ASB-4639-A59A)
Brianna R. Stone (ASB-0400-Y40J)
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8996
Facsimile: (205) 521-8800

bathanas@bradley.com
bstone@bradley.com

*Counsel for the Southern Poverty Law Center, Inc.*