IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CR-139-ECM-KFP |
| | ) | |
| HEIDI BEIRICH | ) | |

**ORDER**

It is hereby ORDERED that Arraignment is set on **August 25, 2026, at 1:00 p.m. in Courtroom 5A**, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

The Clerk is DIRECTED to provide a court reporter for this proceeding if one is available and to provide an interpreter if one is necessary.

DONE this 13th day of August, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE