# Exhibit A

# UNITED STATES DISTRICT COURT JUROR QUESTIONNAIRE

In an effort to select fair and impartial juries, your cooperation is needed in answering the following questions. The information that you provide will be used by the judge and lawyers during the impaneling of a jury. Be sure to sign and date the questionnaire. It should then be returned to the court in the enclosed envelope within five (5) days.

This questionnaire is only provided to the judge in the case and the attorneys and their agents who are actually involved in the case scheduled for trial. Those persons shall not disclose the information you provide, nor may they provide the information to anyone not involved as an attorney or authorized representative. It is important that you complete this entire questionnaire. If you do not answer any of the questions, the court may instead individually question you during the jury selection process about matters not completed.

There are no "right" or "wrong" answers to these questions; just answer honestly and completely. Please answer each question by placing a check next to the correct response and by providing the information requested. Take your time and answer each question as fully as possible. Answer all questions. If you cannot answer a question because you do not understand it, write "do not understand" next to the question. If a question does not apply to you, fill in the space with an "N/A" for "not applicable." If you request that your response to a particular question not be provided to the attorneys at this time, write "PRIVATE" in the space next to the question. There is also a question at the end that asks if you want to discuss any question in private as well. The judge may ask you about the topic in a nonpublic session at a later date. Do not leave any answer blank.

Write in dark ink and as legibly as possible. Please do not write on the back of any page.

If you need extra space, you may continue your answer in the space provided at the end of the questionnaire.

It is very important that you not discuss this questionnaire or your answers with friends, family, co-workers, court personnel or anyone else. The answers that you provide must be yours and yours alone. From this point forward, do not read or listen to any news about this case, including anything about the case on TV, radio, newspaper, websites, bios, or social media. Do not discuss this case with anyone, including your family. Do not research this case or the people involved: do not research any of the facts presented in this questionnaire, any prior court proceedings, the victims, the defendant, the lawyers and/or the judge. This includes research conducted on the internet or through any other source of information.

Jury service is one of the most important duties a citizen can be called on to perform.

You will fulfill that civic duty by responding completely and honestly during jury selection. The Court appreciates your participation and cooperation.

***United States of America***

***v.***

***The Southern Poverty Law Center, Inc. and Heidi Beirich***

Case Summary

The criminal case about to be tried is the result of charges filed against the Southern Poverty Law Center (SPLC), a non-profit civil rights organization, and Ms. Heidi Beirich, a former employee of the SPLC. The indictment charges the SPLC with wire fraud conspiracy, wire fraud, conspiracy to submit false statements to a financial institution, making false statements to a financial institution, conspiracy to commit money laundering, and money laundering. It charges Ms. Beirich with conspiracies to commit wire fraud, submit false statements to a financial institution, and commit money laundering.

The SPLC and Ms. Beirich each pleaded not guilty to all charges in the indictment, and each asserts their innocence to the crimes alleged. The charges filed are only a statement of the allegations and are not evidence and do not mean that either the SPLC or Ms. Beirich are guilty. You must presume each defendant's innocence, and the jury must find them not guilty for each crime unless and until the prosecution proves each of the defendants' guilt for each charge beyond a reasonable doubt.

This is just a summary of the charges to give you some background on the case to be able to answer this questionnaire. The Court will instruct the jury on the elements of the crimes charged and the applicable law at a more appropriate time during the trial.

## JUROR INFORMATION

1. Name: ________________________________________ Gender: ____________
2. Residential Street Address: ________________________________________
   City: ______________________ County: _______________ State: ________ Zip: ________
3. Age: ______
   ☐ I am 70 years of age or older AND I do not wish to serve on jury duty.
4. Do you (check one): ☐ own home ☐ rent home ☐ rent apartment ☐ live with parent(s)/relative(s) ☐ live with friend(s) or ☐ other. If other, describe: ________________________________
5. How long have you lived at your current address? _____ Years _____ Months
6. What other addresses have you had in the last 5 years?
   ______________________________________________________________________
   ______________________________________________________________________
7. How long does it take you to get from your home to downtown Montgomery? ______________
8. Do you consider yourself: ☐ African American ☐ Asian/Asian American ☐ Caucasian ☐ Hispanic ☐ Native American ☐ Pacific-Islander ☐ Other (Describe: ________________)
9. Do you have any physical or mental condition(s) that you believe may interfere with your service as a juror? ☐ Yes ☐ No If yes, please explain the physical or mental condition(s) that would interfere with your service as a juror. ________________________________________
10. Highest level of education completed: __________________ If applicable, list college or graduate degrees:

| Name of College/University | Type of Degree | Date Conferred |
|---|---|---|
| | | |
| | | |
| | | |

11. Are you currently enrolled in school? ☐ Yes ☐ No If yes, where? ________________________
12. What is your current place of work and job title, or, if retired, your occupation before you retired?
    ______________________________________________________________________
    ______________________________________________________________________
    ______________________________________________________________________
13. Employment: full-time or part-time? __ Full-time __ Part-time
14. Length of time at current job? _____ Years _____ Months
15. Do/did you supervise others at your current job or any prior job? ☐ Yes ☐ No
16. What other jobs have you had in the last 10 years?
    ______________________________________________________________________
    ______________________________________________________________________

17. Have you ever had any education, training, or work experience in the following areas? (Please check all that apply)

| | |
|---|---|
| [ ] Banking | [ ] Investigations |
| [ ] Economics/Finance | [ ] Compliance/regulatory oversight |
| [ ] Journalism | [ ] Law Enforcement |
| [ ] Fundraising | [ ] Human Resources |
| [ ] Accounting | [ ] Medical/Healthcare |
| [ ] Bookkeeping | [ ] Non-profit governance |
| [ ] Securities/Investments | |

a. If yes to any of the above, please explain:

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

18. To which professional or occupational organizations (e.g., labor unions, chambers of commerce) do you belong?

________________________________________________________________________________

________________________________________________________________________________

19. What community, civic, social, union, professional, fraternal, political, religious, recreational organizations do you belong to, or are otherwise affiliated with (for example, PTA, Rotary Club, political action committees, etc.)? Please identify the organization(s).

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

20. List any hobbies, spare-time activities, outside interests:

________________________________________________________________________________

________________________________________________________________________________

21. What publicly known person do you <u>most</u> admire and why?

________________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________

22. What publicly known person do you <u>least</u> admire and why?

________________________________________________________________________________

________________________________________________________________________________

23. Have you ever served in the military? ☐ Yes ☐ No If yes:
Which branch? ________________________ What was your highest rank? ___________________
What was your primary job while in service? ____________________________________________
How long did you serve? _____ Years _____ Months
Nature of discharge: ☐ Honorable ☐ Dishonorable ☐ Other

24. Have you or any member of your family ever been employed, or are currently employed, by the federal government?
☐ Yes ☐ No If so, which office or agency: ________________________________________________

25. Have you or any member of your family ever been employed, or are currently employed by law enforcement (state or local police, FBI, U.S. Marshals, IRS, state or federal prosecutors, U.S. Citizenship and Immigration Services, Immigration and Customs Enforcement and Border Protection)?
☐ Yes ☐ No If so, which office or agency: ________________________________________________

26. Marital Status: ☐ Never Married; ☐ Married to current spouse for _____years;
☐ With current partner for _____years; ☐ Separated; ☐ Divorced in _____(what year);
☐ Widowed in _____(what year).

27. If applicable, name of spouse/partner: ________________________________________________

28. Highest level of education completed: by your spouse ________ If applicable, list college or graduate degrees:

| Name of College/University | Type of Degree | Date Conferred |
|---|---|---|
| | | |
| | | |
| | | |

29. If applicable, occupation of spouse/partner and years employed in current job or job prior to retirement:

________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________

30. If applicable, number of your children/dependents: ____________

31. For each child or dependent, provide the following information (Additional space available on page 4):

| Name (Unless under 19) | Age | Gender | Occupation | Employment/School | City/State of Residence |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

32. Have you ever served as a juror? ☐ Yes ☐ No
If yes, briefly describe the type of trial and result: ________________________________________
________________________________________________________________________________
If yes, were you the jury foreperson? ☐ Yes ☐ No
If applicable, how do you feel about your prior jury service? ______________________________
________________________________________________________________________________

33. Have you ever served on a grand jury? ☐ Yes ☐ No If yes, when? __________________________

If applicable, how do you feel about your prior jury service? ______________________________
________________________________________________________________________________

34. Have you or any member of your family ever been arrested or charged with a criminal offense (including felony or misdemeanor, but excluding any minor traffic offenses): ☐ Yes ☐ No If yes, please provide the crime charged and outcome, and, if this response pertains to a family member, their relationship to you:

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

35. Have you or any member of your family ever been a victim of a crime? ☐ Yes ☐ No If yes, briefly describe the crime, and, if it pertains to a family member, provide their relationship to you: ______________________

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

36. Have you or any member of your family ever sued or been sued by anyone in court? ☐ Yes ☐ No If yes, provide the claim and outcome, and, if it applies to a family member, their relationship to you: ______________

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

37. Have you or any member of your family ever filed a claim of discrimination or had one filed against you or any company you owned? ☐ Yes ☐ No If yes, describe the claim and outcome, and, if it is a family member, their relationship to you: ____________________________________________________________

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

38. Have you, your spouse/partner, or any other member of your immediate family ever filed for bankruptcy? ☐ Yes ☐ No If yes, please state who filed and where: ______________________________________

______________________________________________________________________________
______________________________________________________________________________

39. Have you ever appeared as a witness in a deposition, trial, arbitration, hearing, or a grand jury? ☐ Yes ☐ No If yes, where, when, and briefly describe: __________________________________________________

______________________________________________________________________________
______________________________________________________________________________

40. Have you ever followed any trials closely on TV, the radio, newspapers, or Internet ?

[ ] Yes [ ] No

If yes, please state which trials you followed and why you were interested in them: ___________________

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

41. For each type of media listed below, please identify specific publishers or broadcasters, programming or content you most often read, view, or listen to:

| | |
|---|---|
| Newspapers | |
| Magazines | |
| Television news shows | |
| Television entertainment shows | |

| | |
|---|---|
| Shows on streaming services | |
| Radio stations/shows | |
| Internet sites (incl. YouTube) | |
| Podcasts | |
| Social media platforms/apps | |

42. How often do you follow the news?

[ ] Every day [ ] Almost every day [ ] Several times a week

[ ] Several times a month [ ] Never

43. Have you ever called in to a radio talk show or podcast, written a letter to the editor, participated in any webpages or chat rooms on the internet, or posted a comment online?

[ ] Yes [ ] No

a. If yes, what type: [ ] Radio Caller/Podcast [ ] Letter to the Editor
[ ] Blog/Chat Room [ ] Posted Comment

b. If yes, what topics have you addressed?

______________________________________________

______________________________________________

44. Are there any bumper stickers or decals on the vehicle that you or your spouse/partner drive? ☐ Yes ☐ No
If yes, state whose vehicle and what do they say? ______________________________

______________________________________________

45. Do you or your spouse/partner have a personalized license plate? ☐ Yes ☐ No If yes, whose vehicle and what does it mean? ______________________________

______________________________________________

46. Do you attend church, synagogue, mosque, or other religious facility once a month or more often?
☐ Yes ☐ No If yes, state name of facility and whether you attend in person or online: ______________

______________________________________________

47. Please list any social, political, professional, occupational, civic, victim, or civil liberties organizations of which you are a member: ______________________________

______________________________________________

48. Do you regularly perform volunteer work? ☐ Yes ☐ No If yes, please describe: ______________

______________________________________________

49. Do you have a home computer? ☐ Yes ☐ No

If yes, how often do you use it? ______________________________

50. Do you have internet access? ☐ Yes ☐ No

If yes, how often do you use it? ______________________________

51. What websites do you regularly visit?

______________________________________________

______________________________________________

______________________________________________

52. Do you have email? ☐ Yes ☐ No

If yes, how often do you use it? ______________________________

53. If you are chosen to be a juror in this case, you will be instructed that you will not be able to do internet research on any issues in the case or communicate with others about your jury service. Is this an instruction that you will be able to follow?

    [ ] Yes, I will be able to follow this instruction
    [ ] No, I will not be able to follow this instruction – it is important to me to research information and to communicate online

54. How closely do you follow politics on a day-to-day basis?

    [ ] Very closely [ ] Somewhat closely [ ] Not closely at all

55. How often do you volunteer or work on political campaigns?

    [ ] Never [ ] Rarely [ ] Often [ ] Every election cycle

56. What is your general opinion about the state of the U.S. justice system?

    [ ] Very favorable
    [ ] Somewhat favorable
    [ ] Neutral/No opinion
    [ ] Somewhat unfavorable
    [ ] Very unfavorable

57. What is your general opinion of most large nonprofit (charity) organizations?

    [ ] Very favorable
    [ ] Somewhat favorable
    [ ] Neutral/No opinion
    [ ] Somewhat unfavorable
    [ ] Very unfavorable

58. How honest are most large nonprofit organizations when discussing the state of their finances with the public?

    [ ] Very honest
    [ ] Somewhat honest
    [ ] Neutral/No opinion
    [ ] Somewhat dishonest
    [ ] Very dishonest

59. How much do you agree or disagree with the following statement: "The government needs to do more to regulate large nonprofit organizations in general"

    [ ] Strongly agree
    [ ] Somewhat agree
    [ ] Somewhat disagree
    [ ] Strongly disgree

60. Have you or anyone in your family ever made a donation to a charitable or a non-profit organization?

______________________________________________

61. This case involves an organization called the Southern Poverty Law Center (SPLC). Prior to this case, how familiar were you with the SPLC?

    [ ] Very familiar

    [ ] Somewhat familiar

    [ ] Somewhat unfamiliar

    [ ] Very unfamiliar

62. What is your general opinion of the SPLC?

    [ ] Very favorable

    [ ] Somewhat favorable

    [ ] Neutral/No opinion

    [ ] Somewhat unfavorable

    [ ] Very unfavorable

    [ ] I am not familiar with the SPLC

63. If you were at all familiar with the SPLC, how are you familiar?

    ______________________________________________________________________________

    ______________________________________________________________________________

64. What is your general understanding of the work that the SPLC does?

    ______________________________________________________________________________

    ______________________________________________________________________________

65. Have you had any dealings with the SPLC? __________________________________________

    ______________________________________________________________________________

66. Do you know any individual who presently works or used to work or is affiliated in any way with the SPLC?

    [ ] Yes [ ] No If yes, please describe: _________________________________________

67. Have you or anyone in your family ever made any donations to the SPLC? ____________________

68. Coming to this trial, do you have any strong opinions about the SPLC? _______________________

    ______________________________________________________________________________

    ______________________________________________________________________________

69. Also charged in this case is a former employee of the SPLC named Heidi Beirich. Do you know, or have you or any close family member had any dealings with, Heidi Beirich?

    [ ] Yes [ ] No If yes, please describe: _____________________________________________

70. Have you formed any opinions about this case?

    [ ] Yes [ ] No If yes, please describe: _____________________________________________

    ______________________________________________________________________________

71. Is there anything that you have heard about this case that you feel would make it hard for you to be a fair and impartial juror in this case?

[ ] Yes [ ] No

If yes, please explain: ______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

72. In general, would you view the evidence presented by the defense differently than you would the evidence presented by the prosecution?

[ ] Yes [ ] No

If yes, how? ______________________________________________

______________________________________________

______________________________________________

73. Do you personally know any of the people who are prosecuting this case?

___ Kevin Davidson
___ Russell Duraski
___ Joel Feil
___ Thomas Govan
___ Parker Still

74. Do you personally know any of the attorneys or law firms for the defense?

___ William Athanas
___ Sara Kropf
___ Abbe D. Lowell
___ Addy Schmitt
___ Bradley Arant, LLC
___ Kropf Moseley Schmitt PLLC
___ Lowell & Associates, PLLC

75. The judge presiding in this case is U.S. District Judge Emily Marks. Do you or does anyone close to you know Judge Marks or any judge or court personnel in the federal or local courts?

[ ] Yes [ ] No

If yes, please explain: ______________________________________________

76. Please review the list attached to this questionnaire (Attachment A) that provides the names of persons, companies or entities who may be witnesses or you may hear about during the trial. Do you, a family member, or a close friend know or have any connection with the individuals listed?

______________________________________________

______________________________________________

______________________________________________

77. Do you generally respect the Judicial/Justice System? ☐ Yes ☐ No If no, please clarify or explain:

______________________________________________

______________________________________________

78. This trial is expected to begin on October 5, 2026, and last approximately three weeks. Court sessions will last from approximately 9:30 AM until 4:30 PM, Monday through Thursday or Friday, depending on the week. There will be breaks in the morning and afternoon and a one-hour break for lunch.

Do you wish to apply to the Court to be excused on the grounds that jury service in this case would be a

serious hardship to you?

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

79. Are there any questions that you would prefer to discuss privately? If so, please write down the number(s) of the question(s) here: ______________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

80. Is there any additional information about you that the court or parties should know? ☐Yes ☐No
If yes, please explain: ______________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

UNDER PENALTY OF PERJURY, I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ABOVE ANSWERS ARE TRUE AND CORRECT.

______________________________ ______________________________

SIGNATURE DATE

Additional Space if Needed

## ATTACHMENT A