IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CR-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, INC. | ) | |
| | ) | |

**PRETRIAL CONFERENCE ORDER**

The undersigned held a pretrial conference on August 19, 2026, with Abbe Lowell, Andrea Moseley, David Kolansky, Bill Athanas, Janelle Geddes, Sara Kropf, Addy Schmitt, and Brianna Stone representing Defendant Southern Poverty Law Center, Inc. and Assistant United States Attorney Kevin P. Davidson representing the Government. It is

ORDERED as follows:

1. Each party shall bring four copies of the exhibit list and all reproducible exhibits listed to trial for the Court and opposing counsel.

2. The Court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C) unless notice is filed by noon on **September 14, 2026**. If Defendant waits until the last minute to enter a plea and if that plea is not accepted by the Court for whatever reason, Defendant and the Government will be expected to go to trial. The Court will not continue trial because a plea was not accepted.

DONE this 21st day of August, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE