**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE SOUTHERN POVERTY LAW CENTER, INC.,<br><br>Defendant. | Case No. 2:26-cr-0139-ECM-KFP-2 |

**WAIVER OF PERSONAL APPEARANCE**
**AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY;**
**REQUEST FOR VIDEO APPEARANCE**

I, Heidi L. Beirich, a defendant in the above case, along with my undersigned attorney, hereby acknowledge the following and petition the Court to enter a Plea of Not Guilty pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure:

1. I have received a copy of the Second Superseding Indictment in this case. My attorneys have advised me of, and I understand, the nature and substance

of the charge, the maximum penalties applicable if I am convicted, and my constitutional rights.

2. I understand that I have a right to appear personally with my attorney before a judicial officer for arraignment in open court on the charge, which is currently set for August 19, 2026, at 1:00 p.m. in Courtroom 5A before the Honorable Judge Kelly F. Pate, United States Magistrate Judge.

3. I am aware that I have a right to have the charges against me, as contained in the indictment, read to me, word for word, in open court after which I will be asked to state whether I plead "guilty" or "not guilty."

4. I am further aware that by my own choice, I may waive arraignment procedures and give up my right to be formally arraigned. In the event I choose to do so, a plea of "not guilty" will be entered on my behalf.

5. I have been advised that I have a right to be represented by a lawyer of my own choice in this matter or to represent myself. I am further aware that if I believe that I cannot afford a lawyer, I may immediately make application for court-appointed counsel at no cost to me. I am aware that at this time, I am, and will continue to be, represented by the Office of the Federal Defender.

6. I desire to waive a formal arraignment and personal appearance before the Court and for the Court to enter a plea of "not guilty" on my behalf.

7. I respectfully submit this petition to enter a Plea of Not Guilty in my absence.

8. My request is freely and voluntarily made.

9. I understand that my attorneys have communicated my desire to waive a formal arraignment and personal appearance before the Court and for the Court to enter a plea of "not guilty" on my behalf to First Assistant United States Attorney Kevin P. Davidson, who has represented that the government has no objection to this waiver.

10. In the event that the Court does not accept this waiver, I request that both I and my counsel be permitted to appear at the arraignment via videoconference, pursuant to Federal Rule of Criminal Procedure 10(c). In the event that the Court accepts this waiver, I request that my counsel be permitted to appear via videoconference. I understand that First Assistant United States Attorney Davidson has indicated that the government has no objection appearing via videoconference.

Heid Beirich

Defendant Heidi L. Beirich

August 21, 2026
Date

/s/ *Augusta S. Dowd*

Attorney for Defendant Heidi L. Beirich

August 21, 2026
Date

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 21st day of August, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Augusta S. Dowd*
Augusta S. Dowd