**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:26-cr-00139-ECM-KFP-2** |
| | ) | |
| **SOUTHERN POVERTY LAW CENTER, INC. and HEIDI L. BEIRICH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** Michael J. Proctor of the law firm of Iversen Proctor LLP and hereby enters his appearance as counsel on behalf of Heidi L. Beirich in the above-styled case.

Dated August 25, 2026

Respectfully submitted,
/s/ *Michael J. Proctor*

Michael J. Proctor (CA State Bar No. 148235)
IVERSEN PROCTOR LLP
1325 Palmetto Street
Los Angeles, CA 90014
Telephone: 213-787-7699
michael@iversenproctor.com

*Counsel for Defendant Heidi L. Beirich*

**OF COUNSEL:**

**WHITE ARNOLD & DOWD P.C.**
2001 Park Place North, Suite 1400
Birmingham, AL 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
michael@iversenproctor.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th of August, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant counsel of record.

/s/ *Michael J. Proctor*
OF COUNSEL