**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:26-cr-00139-ECM-KFP-1** |
| | ) | |
| **SOUTHERN POVERTY LAW CENTER** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**FOR DEFENDANT SOUTHERN POVERTY LAW CENTER**

Janelle J. Geddes hereby moves for leave to withdraw as counsel for Defendant Southern Poverty Law Center and states the following:

1. Ms. Janelle Geddes is on maternity leave.
2. Other attorneys at Kropf Moseley Schmitt PLLC, including Sara Kropf, Andrea Moseley, and Addy Schmitt, each at 1100 H Street NW, Suite 1220, Washington D.C. 20005, will continue to represent the Southern Poverty Law Center in this matter.

Accordingly, Ms. Janelle Geddes respectfully requests that she be permitted leave to withdraw as counsel for the Southern Poverty Law Center, for the reasons set forth above.

DATE: September 14, 2026

Respectfully Submitted,

/s/ *Janelle J. Geddes*

Janelle J. Geddes (TN Bar 035141)
*Admitted pro hac vice*
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: (202) 627-6900
janelle@kmlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Janelle J. Geddes*
COUNSEL TO:
SOUTHERN POVERTY LAW CENTER