**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:26-cr-00139-ECM-KFP-2** |
| | ) | |
| **SOUTHERN POVERTY LAW CENTER, INC. and HEIDI L. BEIRICH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# DR. BEIRICH'S JOINDER IN THE SOUTHERN POVERTY LAW CENTER'S MOTION TO COMPEL THE GOVERNMENT TO PRODUCE EXCULPATORY MATERIAL

Defendant Heidi L. Beirich hereby joins in the Southern Poverty Law Center's Motion to Compel the Government to Produce Exculpatory Material (Docket No. 114). Dr. Beirich further joins in the argument, evidence, and briefing of the Southern Poverty Law Center in support of the Motion to Compel.[1]

Dr. Beirch appreciates the Court's attention.

---

[1] As the Court is aware, Dr. Beirich was recently added to this case. She is currently reviewing and analyzing the charges against her along with the discovery that is being provided to her by the Government. Based on that review and analysis, Dr. Beirich may file her own motions with the Court, including discovery-based motions that may, or may not, overlap with the *Brady* material requested in the pending motion.

Dated September 15, 2026

Respectfully submitted,

*/s/ Michael J. Proctor*
Michael J. Proctor (CA State Bar No. 148235)
Marc S. Harris (CA State Bar No. 136647)
IVERSEN PROCTOR LLP
1325 Palmetto Street
Los Angeles, CA 90014
Telephone: 213-787-7699
michael@iversenproctor.com
marc@iversenproctor.com

*/s/ Augusta S. Dowd*
Augusta S. Dowd (ASB-5274-D58A)
WHITE ARNOLD & DOWD P.C.
2001 Park Place North, Suite 1400
Birmingham, AL 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
adowd@whitearnolddowd.com

*Counsel for Defendant Heidi L. Beirich*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th of September, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant counsel of record.

*/s/ Michael J. Proctor*
Counsel for Defendant Heidi Beirich