# Exhibit A

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Interview

**Investigation #:** 1000336409

**Location:** FBI Office
Mobile, AL

**Investigation Name:** [redacted]
**Date:** February 24, 2026
**Time:** Approx. 1:28 pm - 5:16 pm
**Participant(s):** [redacted] Witness
David McDaniel, Special Agent

On the above date and time, Special Agent McDaniel conducted an interview with [redacted] (hereafter referred to as [redacted] The following individuals were present for the interview:

Parker Still – Supervisory Special Agent, FBI
Deanne Linsdey – Special Agent, FBI
David McDaniel – Special Agent, IRS

[redacted] provided a soft sided cooler containing documents. The cooler and documents were retained by FBI Mobile for processing. A photograph of the documents provided is embedded below:



Documents Provided

[redacted] also provided a standard USB thumb drive containing a presentation he prepared for the interview. The thumb drive was retained by FBI Mobile for processing. No photograph of the thumb drive was obtained.

The interview was recorded in two parts, with a break being taken when the recording was stopped. The interview recordings are embedded below:

[redacted] Recording Part 1    [redacted] Recording Part 2

At approximately 5:16 pm, the interview was concluded.

I prepared this memorandum on February 25, 2026, after refreshing my memory from notes made during and immediately after the call with [redacted]

[redacted]
David R. McDaniel
Special Agent