# Exhibit B

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000336409 | **Location:** | USA Office<br>Montgomery, AL |
| **Investigation Name:** | [redacted] | | |
| **Date:** | December 15, 2025 | | |
| **Time:** | Approx. 9:30 am - 3:00 pm | | |
| **Participant(s):** | [redacted] Witness<br>David McDaniel, Special Agent | | |

On the above date and time, Special Agent McDaniel conducted an interview with [redacted] (hereafter referred to as [redacted] The following individuals were present for the interview:

Kevin Davidson – Acting United States Attorney, Middle District of Alabama
Brett Talley – Appellate Chief, United States Attorney's Office
John Geer – Criminal Chief, United States Attorney's Office
Parker Still – Supervisory Special Agent, FBI
Deanne Linsdey – Special Agent, FBI
Justin Lowrance – Special Agent, FBI
David McDaniel – Special Agent, IRS

[redacted] provided seven hard drives, a thumb drive, and a pamphlet of information. Computer forensic specials from the FBI imaged four of the hard drives during the interview and retained three for further imaging. The FBI maintained custody of all evidence collected from [redacted] including the hard drives, hard drive images, thumb drive, and pamphlet. Photos of the hard drives and pamphlet are embedded below:

Photo 1 Photo 2 Photo 3 Photo 4 Photo 5

Photo 6 Photo 7 Photo 8 Photo 9 Photo 10

Photo 11

[redacted] provided copies of a "Career Operational Summary – Center Intelligence Field Agent F9" that he had completed for the SPLC. The summary package is embedded below:

Career Operational Summary - Center In

The interview was recorded in three parts, with breaks being taken when the recording was stopped. The interview recordings are embedded below:

[redacted] Interview Part 1 [redacted] Interview Part 2 [redacted] Interview Part 3

At approximately 3:00 pm, the interview was concluded.

I prepared this memorandum on December 17, 2025, after refreshing my memory from notes made during and immediately after the call with [redacted]

[redacted]

David R. McDaniel
Special Agent