# Exhibit C

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 09/17/2026

[redacted] previously identified, was interviewed in person at the United States Attorney's Office in Montgomery, Alabama. Also present during the interview was United States Attorney Thomas Govan, Jr., Assistant United States Attorney's Joel Feil, Kevin Davidson, Chris Bodnar, and FBI Forensic Account Clinton Bigham. After being advised of the identities of the interviewing agents and the nature of the interview, [redacted] provided the following information:

[redacted] previously presented a briefing related to a law enforcement shooting to a room full of federal agents in the Chicago area under the pseudonym [redacted]

The items collected from [redacted] were attached to the digital 1A section of the file. The "IP donor presentation Power Point" provided by [redacted] was burned onto a compact disc and attached to the physical 1A section of the file.

Investigation on 09/09/2026 at Montgomery , Alabama, United States (In Person)

File # 29S-MO-4159024 Date drafted 09/10/2026

by Justin M. Lowrance, STILL PARKER H

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.