# Exhibit E

# FAVP Service Request - FAVP-9002

Generated: 09-03-2026

**Associated Case #:** 29S-MO-4159024

**Case Serial #:** 242

**Request Summary:** .FBI MO received several very short audio recordings from a cooperating witness that need to be enhanced. The records date back to 2022, and were made by the cooperator.

**Request Type:** Enhancement

**Requestor:** Still, Parker H. (MO) (FBI)

**Requestor Email:** [redacted]

**Requestor Phone:** [redacted]

**Request Date:** 09-01-2026 16:35:52

**From Field Office:** [redacted]

**From Squad:** [redacted]

**Legal Authority:** Consent

**Legal Authority Other:**

**Requested Completion:** 09-21-2026 00:00:00

**Deadline or Immediate Justification:**

**Evidence Item Number:** 1A 161 (Main)

**Evidence Location:** Other

**Evidence Location Other:** The cooperator texted us several brief audio files which we uploaded into Sentinel.

**State or Local Support:** No

**Request Details:** A cooperating witness provided us several short audio clips regarding destruction of evidence. The cooperator will provide the full calls next week. However, due to the necessity of a potential obstruction charge, FBI Mobile is in need of enhancing what we have at this point to make a charging decision.

**RPM Region:** Southeast

**Local FAVP:** Default

**Service Request Number:** FAVP-9002

**Comments:**

| | | |
|---|---|---|
| [redacted] | Assigned to [redacted] 9/2/2026 | 09-02-2026 10:18:51 |

**Work Notes:**

Work Notes:
-Notes