# Exhibit G

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THE SOUTHERN POVERTY LAW CENTER, INC.<br><br>Defendant. | Case No. 2:26-cr-0139-ECM-KFP-1<br><br>**[PROPOSED] ORDER** |

**ORDER**

Before the Court is the The Southern Poverty Law Center's ("SPLC") Motion for Preservation Order and Issuance of a Rule 17(c) Subpoena.

The SPLC requests that the Court issue a preservation order to F-9 to maintain the originals of everything in his possession, custody, or control as described in the Motion.

After due consideration, the motion for a preservation order is GRANTED.

The parties are HEREBY ORDERED to meet and confer on the specific language of the preservation order and submit a draft to the Court within two (2) business days of the entry of this Order.

The SPLC further requests that the Court issue a Rule 17(c) subpoena as provided in Exhibit F to the Motion.

After due consideration, the motion for issuance of a Rule 17(c) subpoena is GRANTED and shall issue as provided in Exhibit F to the Motion.

DATED this ___ day of _____, 2026

_______________________________
Kelly Fitzgerald Pate
United States Magistrate Judge