**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THE SOUTHERN POVERTY LAW CENTER, INC. and HEIDI BEIRICH | **CASE NO. 2:26-cr-00139-ECM-KFP** |

**DR. BEIRICH'S MOTION FOR DISCOVERY REGARDING VINDICTIVE AND SELECTIVE PROSECUTION, OR, IN THE ALTERNATIVE, TO DISMISS THE INDICTMENT**

Dr. Heidi Beirich, by and through her counsel, respectfully moves, pursuant to Fed. R. Crim. P. 16, *Brady v. Maryland*, the Due Process Clause of the Fifth Amendment, Fed. R. Crim. P. 12(b)(3)(A)(iv), and this Court's inherent power to order appropriate discovery, for an order permitting discovery into the government's investigative and prosecutorial motives.

For the reasons explained in Dr. Beirich's brief filed in support of her Motion, Dr. Beirich is entitled to relief because new evidence not previously in the record shows that the Middle District of Alabama prosecution team and others likely selectively and vindictively targeted Dr. Beirich for investigation and prosecution based on First Amendment protected speech while others similarly situated have gone uncharged. This new evidence, when viewed in context with other evidence of animus, is more than required to grant her request for discovery.

Although the newly presented evidence alone is also sufficient to warrant dismissal, Dr. Beirich believes that there is additional information in the government's possession that will further demonstrate that this prosecution is unconstitutionally vindictive and selective. As a result, Dr. Beirich first seeks discovery, followed by an evidentiary hearing, that will inform the motion to dismiss based on all relevant information available to Dr. Beirich and the Court. To

ensure compliance with this Court's operative scheduling orders, *see* ECF Nos. 178 and 180, Dr. Beirich includes in this motion a request, in the alternative, to dismiss the indictment for vindictive and selective prosecution. The Court need not resolve the alternative motion to dismiss now if it agrees that discovery is an appropriate first step, unless it is satisfied that dismissal is appropriate without a need to supplement the record with additional evidence.

*Certification Pursuant to M.D. Alabama Local Rule 16.1(c)*

In accordance with Rule 16.1(c) of the Local Rules of the United States District Court for the Middle District of Alabama, I hereby certify that I have conferred with Assistant U.S. Attorney Kevin Davidson in good faith to resolve the issues raised by this motion.

Dated: November 2, 2026

Respectfully submitted,

*/s/ Michael J. Proctor*

Michael J. Proctor (CA State Bar No. 148235)
Marc S. Harris (CA State Bar No. 136647)
IVERSEN PROCTOR LLP
1325 Palmetto Street
Los Angeles, CA 90014
Telephone: 213-787-7699
michael@iversenproctor.com
marc@iversenproctor.com

*/s/ Augusta S. Dowd*

Augusta S. Dowd (ASB-5274-D58A)
WHITE ARNOLD & DOWD P.C.
2001 Park Place North, Suite 1400
Birmingham, AL 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
adowd@whitearnolddowd.com

*Counsel for Defendant Heidi L. Beirich*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd of November, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant counsel of record.

*/s/ Augusta S. Dowd*
OF COUNSEL