# EXHIBIT 1

**Iversen Proctor**

Michael J. Proctor
(213) 219-0109
michael@iversenproctor.com

September 27, 2026

**VIA EMAIL**

Kevin P. Davidson
First Assistant United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, Alabama 36104
Kevin.P.Davidson@usdoj.gov

Re: *United States v. Southern Poverty Law Center, Inc., et al.*, Case No. 2:26-cr-00139-ECM-KFP

Dear Kevin:

On behalf of Heidi L. Beirich, Ph.D., we submit this request for discovery. This request specifically addresses issues related to decisions to pursue, or not pursue, any investigation into and/or charges against Dr. Beirich, the Southern Poverty Law Center ("SPLC"), and any related individuals or entities. This request supplements our previous request for discovery dated August 24, 2026.

1. Communications,[1] from 2018 to the present, involving any two or more of the following officials and/or components related to any investigation with the Southern Poverty Law Center and/or its employees as a subject or target: the FBI Director; the FBI Director's Office; the FBI's Deputy Director(s) for the Criminal Investigative Division; the FBI's Associate Deputy Director; the FBI's Civil Rights Unit and/or Public Corruption and Civil Rights Section; the Department of Justice;[2] the U.S.

---

[1] As used in this letter, communications include emails, text messages, voice recordings, transcripts of calls, call summaries, meeting summaries, memoranda, and other writings that document interactions among relevant individuals, components, or entities.

[2] As used in this letter, the term "Department of Justice" refers to any one or more of the following components: the Office of the Attorney General, the Office of the Deputy Attorney General, the Office of the Assistant Attorney General for the Criminal Division, the Civil Rights Division (including the Office of the Assistant Attorney General for Civil Rights).

Attorney's Office for the Middle District of Alabama; and, the U.S. Attorney's Office for the Southern District of Alabama.

2. Communications, from 2018 to the present, related to seeking approval for, justifying, approving, or denying any investigation into or involving the Southern Poverty Law Center as a Sensitive Investigative Matter ("SIM").

3. Communications, from 2018 to the present, related to the coordination within the Department of Justice as contemplated by Title 8 of the United States Department of Justice's *Justice Manual*, including, but not limited to, *Justice Manual* provisions 8-3.100, 8-3.120, 8-3.130, 8-3.135, 8-3.140, and 8-3.150.

4. Communications, from 2018 to the present, involving any one or more of (a) the White House, the Executive Office of the President, and/or White House officials,[3] and any one or more of (b) the FBI, the Department of Justice, and/or the Internal Revenue Service, related to any investigation or potential investigation into the Southern Poverty Law Center, or its employees.

5. All serials, 302s, ECs, FD-1057s, FD-1023s, documents, notes, memoranda, activity logs, evidence logs, evidence received, photographs, recordings, and other entries in the FBI's Sentinel case file for FBI Case No. 044E-MO-4147499, including, but not limited to information related to the opening of the investigation, closing of the investigation, merger of the investigation, and Serials 8, 9, 10, 12, 13, 15, 17, 18, 22.

6. All notes, documents, investigative-activity logs, photographs, recordings, memoranda, and other entries in the FBI's Guardian system for Guardian 1285926_MO.

7. All communications, from 2018 to the present, involving any FBI and/or Department of Justice personnel and personnel from any one or more of the following individuals and/or entities related to the Southern Poverty Law Center, its employees, or its activities: Liberty Counsel; National Religious Broadcasters; the Alliance for Defending Freedom; the Family Research Council; Moms for Liberty; the Heritage Foundation; the Daily Signal; Turning Point USA; Horatio Mihet; Michael Farris; Jeremy Tedesco; Tyler O'Neil; and, Tony Perkins.

8. All materials, including communications, from 2018 to the present, concerning the inception and progress of any investigation and/or prosecution related to Dr. Beirich and/or the SPLC as a target or subject, including, but not limited to material concerning the predication and reasons for opening investigations, including the

[3] This includes anyone working in or with the White House or the Executive Office of the President, including, but not limited to, employees, consultants, advisors, or Special Government Employees under 18 U.S.C. section 202, whether paid or unpaid.

investigation that led to the indictment, as well as material concerning decisions to close, and then later open and reopen, investigations involving and prosecutions of the SPLC and its employee(s).

9. All materials, including communications, from 2018 to the present, regarding any reassignments, requested reassignments, resignations, or transfers within the Department of Justice, the FBI, the U.S. Attorney's Office for the Middle District of Alabama, and/or the U.S. Attorney's Office for the Southern District of Alabama, that reflect concern with, and/or opposition, resistance, or objection to the investigation and/or prosecution of the SPLC and/or its employee(s).

Nothing in this letter is intended to, or does, relieve the Government of its affirmative discovery obligations, including, but not limited to, *Brady, Agurs, and Giglio* obligations.

We request that you provide all responsive information within fourteen days. Of course, please do not hesitate to contact either of us to discuss this request.

Very truly yours,

Michael J. Proctor
Marc S. Harris

cc: Augusta S. Dowd