# EXHIBIT 3

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Synovus Bank - ATTN: Subpoena Support
500 11th St, 2nd Floor, Columbus, GA 31901

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. Courthouse<br>One Church Street<br>Montgomery, Alabama | Date and Time:<br>10/27/2020 10:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attachment:

In lieu of personal appearance, please send electronically in PDF to: jdlindsey@fbi.gov or information can be mailed to:

FBI, ATTN: SA J. Deanne Lindsey
One Commerce Street
Suite 500
Montgomery, AL 36104

If you have questions, please call: Special Agent J. Deanne Lindsey at 954-579-4805.

Date: 10/05/2020

Debra P. Hackett, *CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

AUSA Thomas R. Govan
131 Clayton Street
Montgomery, AL 36104
Phone: 334-223-7280

CRC: 10-0106

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

**PROOF OF SERVICE**

This subpoena for *(name of individual or organization)* Synovus Bank
was received by me on *(date)* 10/8/2020.

☑ I served the subpoena by delivering a copy to the named person as follows: subpoenasupport@synovus.com
on *(date)* 10/8/2020 ; or

☐ I returned the subpoena unexecuted because: .

I declare under penalty of perjury that this information is true.

Date: 10/8/2020

[signature]
*Server's signature*

Deanne Lindsey - SA
*Printed name and title*

1 Commerce Street Montgomery AL 36104
*Server's address*

Additional information regarding attempted service, etc:

Attachment to Subpoena

Synovus Bank
Attn: Subpoena Support
500 11th St, 2nd Floor
Columbus, GA 31901

For the time period of April 1, 2020 through the present, please provide all documentation in your custody or subject for the following accounts:

1. Southern Poverty Law Center
   Known accounts 3006050 and 3301133
2. Center Investigative Agency
   Known account 3006700
3. Northwest Technology
   Known account 3006743
4. Tech Writers Group
   Known account 3006751
5. Fox Photography
   Known account 1001789674
6. Kelly's Marine
   Known account 3006735

- Account statements
- Checks and/or cashier's checks (both front and reverse sides) or other deposit items deposited into the accounts
- Checks and/or cashier's checks (both front and reverse sides) or other withdrawals from the accounts
- Incoming and outgoing wire transfer detail to include Fed Wire, CHIPS, SWIFT, or other money transfer or message documents; and notes, memoranda or other writings pertaining to the sending or receipt of wire transfers
- withdrawal slips and deposit slips;
- cash-out tickets and cash-in tickets;
- All correspondence with the above persons/entities to include memoranda, notes, files, or records relating to meetings or conversation

This request includes, but is not limited to, a record of the dates in which the account or service was active or open, and such information which would tend to establish the identities of those parties or entities which exercise control or hold signature authority over the account or service, and further, this request shall be construed to include all branches, offices, or divisions of Synovus Bank.

**FORMAT**: Records are requested in the form scanned PDF images on compact disk (CD) or Digital Video Disk (DVD).

**This subpoena requires that your organization**, through an authorized, knowledgeable representative, appear before the Grand Jury at the time and place specified and produce to the Grand Jury all documents described herein; however, **IN LIEU OF PERSONAL APPEARANCE**, you may comply with this subpoena by providing the requested records and documents to the individual listed below:

FBI
Attn: SA J. Deanne Lindsey
One Commerce Street
Suite 500
Montgomery, AL 36104

Please direct any questions or concerns to SA J. Deanne Lindsey, 954-579-4805, jdlindsey@fbi.gov..

Do not disclose the existence of this Grand Jury Subpoena.

**U.S. Department of Justice**
Washington, D.C. 20530

Request for Financial Information Under the Right to Financial Privacy Act (RFPA)
(Authorization, Purchase Order and Receiving Report)

This form shall be used when requesting financial records of individuals and partnerships of five or fewer individuals under the RFPA.

| 1 Tracking Number: | 2 Date Order Prepared: Oct 5, 2020 | 3 USAO Number: 19-0106 |
|---|---|---|

**Section A - Authorization and Purchase Order**

4 Name and Address of Financial Institution:
Synovus Bank, Attn: Subpoena Support
500 11th St, 2nd Floor, Columbus, GA 31901

Funding Certification & Authorization:
A. Budget Official Signature / Funding Available / Date
B. Approving Official Signature / Date — [signature] 10/6/20

5 Deliver Records To:
FBI, Attn: Special Agent J. Deanne Lindsey
1 Commerce Street, Suite 500, Montgomery, AL 36104

Send Completed USA-211 Form & Invoice To:
Courtney Jerrell, Legal Assistant
131 Clayton Street, Montgomery, AL 36104

6 Return Date:

7 Remarks: Do not proceed with compliance if the total cost will exceed without prior approval. To obtain approval, call the requestor listed in Item 8. If invoicing for these services is expected to exceed 120 days, please notify the United States Attorney's Office immediately to ensure funds remain available for payment. Please see the attached Important Notice for additional information on invoicing and other requirements for reimbursement.

| 8 Name of Requestor: | 9 Telephone Number: | 10 Date of request: |
|---|---|---|
| Thomas R. Govan | 334-551-1858 | Oct 5, 2020 |

**Section B - Financial Institution Invoice**

No Payment Shall Be Made Unless Expenses Are Itemized Below Or Set Forth On Your Attached Invoice.

11A Invoice Number:
11B Tax ID Number:

| 11C Service(s)/Records Provided: | Quantity | Unit Price Cost | Unit Price Per | Amount |
|---|---|---|---|---|
| A. Searching and processing costs (clerical or technical personnel) | | $22.00 | Hour | |
| B. Searching and processing costs (management/supervisory personnel) | | $30.00 | Hour | |
| C. Searching and processing costs (computer support specialist) | | $30.00 | Hour | |
| D. Reproduction Costs (Photocopying) - **Note: Copy charges will be disallowed if the information is stored electronically, unless the US Attorney's Office requests paper. | | $0.25 | Page | |
| E. Reproduction Costs (Paper Copies of Microfiche: provide justification) | | $0.25 | Frame | |
| F. Reproduction Costs (Duplicate Microfiche: provide justification) | | $0.50 | Microfiche | |
| G. Storage Media Cost (e.g., Compact Disc, DVD, etc., at Actual Cost) | | | | |
| H. Transportation Costs (Direct Costs Only) | | | | |

In Item #12, pursuant to 18 U.S.C. § 1001, I certify under penalty of perjury that, to the best of my knowledge, the services invoiced above (or in an invoice submitted along with this certification) accurately identify the actual quantities of hours, pages, and microfiche and that any other charges represent the actual costs of the services or goods being invoiced or, if actual costs cannot be identified, the charges represent good faith estimates of the actual or direct costs. I further certify under penalty of perjury that all services invoiced were not performed relative to corporate accounts and pertain only to accounts of individuals or partnerships of five or fewer individuals.

12 Signature of Financial Institution Official:
13 Date Signed:
Total Amount Claimed By Financial Institution

**Section C - Receiving Report**

16 Disallowance *(See Attached)*

14 I certify that the articles and services listed were received:
15 Date Received:
17 Net to Financial Institution

18 Right to Financial Privacy Act - Public Law 95-630
(12 U.S.C. 3401-3422) Request Pursuant To: *(Check One Only)*

| | SECTION | | OBJECT CLASS |
|---|---|---|---|
| ☐ | 3404 | Customer Authorization | 2545 |
| ☐ | 3405 | Administrative Subpoena or Summons | 2545 |
| ☐ | 3406 | Search Warrant | 2545 |
| ☐ | 3407 | Judicial Subpoena | 2545 |
| ☐ | 3408 | Formal Written Request | 2545 |
| ☑ | 3413 | Grand Jury Subpoena | 2545 |
| ☐ | 3414 | Special Procedures | 2545 |

19 Signature of Approving Official: Date:

20 Funding Source: Other
Accounting Code: 0
Program: Other Criminal Financial Fraud

21 Other Accounting/Fund Information:
Program Code: OFM Project Code: NA
YREODOC:
Call Number (if applicable):
OBL Month (YRMO):
Tax ID Number: 13-2253920

22 Remarks:

To the best of my knowledge, the financial records received, for which we are being billed, are those of an individual or partnership of five or fewer individuals.

Signature of United States Attorney's Office Representative Date

FORM USA-211
DEC. 2015

**U.S. Department of Justice**
*United States Attorney's Office*
*Middle District of Alabama*

131 Clayton Street
Montgomery, Alabama 36104
Telephone: 334/223-7280
Fax: 334/223-7560

Re: **Warning That Civil and Criminal Penalties Exist for Certain Disclosures Regarding a Grand Jury Subpoena**

To the Recipient of This Subpoena:

As a recipient of the attached grand jury subpoena for financial institution records, you should be aware that civil and criminal penalties exist for making certain disclosures regarding this subpoena. The prohibited notifications and applicable penalties are stated in sections 943 and 962 of the Financial Institutions Reform, Recovery, and Enforcement Act of 1989, codified as amended at 12 U.S.C. § 3420(b) and 18 U.S.C. § 1510(b), respectively (excerpts of which are enclosed herein), and section 1532 of the Annunzio-Wylie Anti-Money Laundering Act of 1992.

The criminal penalties include fines and a maximum prison term of five years if an officer of a financial institution (as defined in 18 U.S.C. § 1510(b)) notifies, directly or indirectly, any person regarding the existence or contents of this subpoena with the intent to obstruct a judicial proceeding. In addition, fines and a maximum prison term of one year may be imposed if the notification is made, directly or indirectly, to a customer of the financial institution whose records are sought by the subpoena or any person named in the subpoena. Civil money penalties may also be imposed.

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: RiverBank & Trust
Attn: Custodian of Records

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. Courthouse<br>One Church Street<br>Montgomery, Alabama | Date and Time:<br>08/13/2019 10:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
PLEASE SEE ATTACHED.

This information is needed for an ongoing federal criminal investigation. Please do not disclose the existence of the Subpoena to any customer or to anyone who does not have the need to know. Disclosure may negatively impact the investigation.

In lieu of personal appearance, please send records to SA J. Deanne Lindsey, One Commerce Street, Suite 500 Montgomery, AL 36104, OR electronically at jdlindsey@fbi.gov.

Date: 07/29/2019

Debra P. Hackett, *CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
AUSA Jonathan S. Ross
131 Clayton Street
Montgomery, AL 36104
Phone: 334-223-7280 19-106

**Attachment to Subpoena**

**RiverBank & Trust**
**Attn: Custodian of Records**
**2611 Legends Drive**
**Prattville, AL 36066**

For the period January 1, 2014 to present, provide all documentation in your custody or subject to your control pertaining to the following:

- Rare Book Warehouse
  - Account number 20007305

Documentation requested includes ACH participant data for electronic debits from the account of Rare Book Warehouse to Paycard for each transaction from January 1, 2014 to current.

**FORMAT: Records are requested in the form scanned PDF images on compact disk (CD) or Digital Video Disk (DVD). Where available, the above records should ALSO be provided in electronic format, i.e., ".DAT" files.**

**This subpoena requires that your organization,** through an authorized, knowledgeable representative, appear before the Grand Jury at the time and place specified and produce to the Grand Jury all documents described herein; however, **IN LIEU OF PERSONAL APPEARANCE,** you may comply with this subpoena by providing the requested records and documents to the individuals listed below:

FBI
Attn: SA Deanne Lindsey
One Commerce Street
Suite 500
Montgomery, AL 36104

Or IRS
Attn: SA David McDaniel
1285 Carmichael Way
Montgomery, AL 36106

Please direct any questions or concerns to SA Deanne Lindsey, 954-579-4805, jdlindsey@fbi.gov or SA David McDaniel, 334-309-2837, David.McDaniel@ci.irs.gov.

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* River Bank & Trust
was received by me on *(date)* 07-30-2019 .

☒ I served the subpoena by delivering a copy to the named person as follows:
Karen Pugh, Executive Vice President & CCO, River Bank & Trust
on *(date)* 07-31-2019 ; or

☐ I returned the subpoena unexecuted because:

I declare under penalty of perjury that this information is true.

Date: 07-31-2019

*Server's signature*

FBI SA Andrew Sullivan
*Printed name and title*

1 Commerce St, Suite 500, Montgomery AL
*Server's address*

Additional information regarding attempted service, etc: