# EXHIBIT 4

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//LES

Official Record

# FEDERAL BUREAU OF INVESTIGATION

**Electronic Communication**

**Title:** (U) Research on Heidi Beirich **Date:** 11/20/2025

**CC:** J. Deanne Lindsey
STILL PARKER H
EVANS TYLER
Justin M. Lowrance
KINSEY STEVEN KYLE

**From:** MOBILE
MO-I-3
**Contact:** Jacqueline Sydney Mullins

**Approved By:** SIA Jennifer L. Andrus

**Drafted By:** Jacqueline Sydney Mullins

**Case ID #:** 29S-MO-4159024 (U) [redacted]-Subject; Bank Fraud; Eclectic, Alabama

44E-MO-4147499 (U) The Southern Poverty Law Center, Inc-Subject: Liberty Counsel, Moms For Liberty, Family Research Counsel-Victims; Nationwide; Civil Rights-Religious Discrimination, SENSITIVE INVESTIGATIVE MATTER (SIM)
SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** (U) Research on Heidi Beirich

**Enclosure(s):** Enclosed are the following items:
1. (U) Accurint report and rapsheet for Heidi Beirich
2. (U) Accurint report and rapsheet for Heidi Beirich

**Details:**

(U) On 12 November 2025, FBI Mobile met with the IRS and the US Attorney's Office for the middle district to discuss the investigation into Southern Poverty Law Center (SPLC) and [redacted]

UNCLASSIFIED//LES

[redacted] During the meeting it was decided by the group Beirich would be a subject of investigation. Beirich was previously investigated by FBI, USPS, and IRS for soliciting charitable funds under false pretenses, wire fraud, and mail fraud in 2020. The following information was collected by IA Jacqueline Mullins between 12 November 2025 and 19 November 2025.

**PII:**

[redacted]

(U) Image from ALACOP

- Name: Heidi L Beirich
- Address: [redacted]
- Prior address: [redacted]
- DOB: [redacted]
- SSN: [redacted]
- Expired AL DL: [redacted]
- Email addresses:
    - [redacted]
    - hbeirich@splcenter.org
    - heidi.beirich@splcenter.org
- Phone numbers:
    - [redacted]
- Other residents at [redacted]