# EXHIBIT 7

**Zatopkova, Katerina (MO) (FBI)**

| | |
|---|---|
| **From:** | Still, Parker H. (MO) (FBI) |
| **Sent:** | Wednesday, October 15, 2025 10:38 AM |
| **To:** | Zatopkova, Katerina (MO) (FBI) |
| **Subject:** | FW: SPLC Investigation |
| **Attachments:** | SPLC EO Coalition Letter Final.pdf |

---

**From:** Horatio Mihet <hmihet@lc.org>
**Sent:** Friday, September 26, 2025 2:16 PM
**To:** Still, Parker H. (MO) (FBI) <phstill@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - SPLC investigation

Agent Still:

It was good to make your acquaintance on the call today. I will have my team look for materials that might support your investigation on the issues we discussed.

In the meantime, I am attaching a recent coalition letter that Liberty Counsel and other adversely affected organizations, including Turning Point USA, sent to the White House regarding SPLC's false and fraudulent "hate group" designations.

Liberty Counsel also maintains a webpage dedicated to sharing the truth about SPLC's designations: https://lc.org/truth. There are many resources on this webpage that may be of interest to you, including a video where terrorist Floyd Corkins admits that he used the SPLC's target list to commit the violence against FRC.

The quote I mentioned on our call comes from SPLC's Senior Fellow Mark Potok, former editor-in-chief of SPLC's "Intelligence Report," and he said: "Sometimes the press will describe us as monitoring hate crimes and so on.... *I want to say plainly that our aim in life is to destroy these groups, to completely destroy them.*" There is widespread reporting on this quote online.

I will be in touch with any additional materials that we find relevant to your investigation. In the meantime, please feel free to reach out to me anytime with any questions or follow-up.

My cell/direct number is [redacted].

Kind Regards,

Harry Mihet

**Horatio G. Mihet, Esq.***
*Vice President of Legal Affairs and*

*Chief Litigation Counsel*
**Liberty Counsel**
PO Box 540774
Orlando, FL 32854
(407) 875-1776 phone
(407) 875-0770 fax
LC.org
Offices in DC, FL, and VA
*Licensed in Florida and Ohio

This message and any attachment are intended for the person to whom it is addressed. If you are not the intended recipient, notify us immediately by replying to this message and deleting it from your computer, because any distribution of this message by you is strictly prohibited. Email cannot be guaranteed secure or error-free. We do not accept responsibility for errors that result from email transmissions. Opinions expressed in this email are solely those of the author and do not necessarily represent those of the organization.

FEDERAL BUREAU OF INVESTIGATION

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

Date of entry 10/17/2025

On September 26, 2025, Mihet G. Horatio (HORATIO), email hmihet@lc.org, phone number 407-875-1776, Liberty Counsel Vice President of Legal Affairs and Chief Litigation Counsel was interviewed by Federal Bureau of Investigation (FBI) Supervisory Special Agent (SSA) Parker Still and FBI Special Agent (SA) Steven Kinsey. HORATIO made the following statements:

HORATIO was employed as an attorney for Liberty Counsel. The Southern Poverty Law Center (SPLC) has labeled Liberty Counsel as a "Hate Group." Liberty Counsel was labeled as a Hate Group due to their opinions on marriage, abortion, and other views thereby inflicting damage through defamation. HORATIO was currently involved in a civil lawsuit involving SPLC. The civil suit was attempting to prove that SPLC places the Hate Group label as fact and not opinion. HORATIO noted that the SPLC was involved in a previous civil lawsuit which showed that the SPLC wrongfully labeled an entity a Hate Group. That matter was settled.

SPLC labeled the Family Research Council a Hate Group and placed them on their SPLC Hate Map. After this designation, the Family Research Center was attacked. SPLC also labeled Turning Point USA and Charlie Kirk a Hate Group, placing them on the Hate Map. This designation occurred a couple months before the shooting incident involving Charlie Kirk.

Previously, the SPLC stated that it was absolutely their goal to destroy businesses on the Hate Map. HORATIO believed SPLC provided their Hate List to organizations in exchange for monetary gain.

Liberty Counsel and other organizations were banned from the AmazonSmile program due to their SPLC Hate Group designation. SPLC may be applying pressure to other corporate entities to use SPLC's Hate Map to negatively impact those designated as a Hate Group.

HORATIO has not seen any solid evidence of SPLC having proxy groups.

Richard Cohen, SPLC's "Leader," was fired.

Investigation on 09/26/2025 at Mobile, Alabama, United States (Phone)

File # 196D-MO-4147499-LibertyCounsel Date drafted 10/15/2025

by KINSEY STEVEN KYLE, STILL PARKER H

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

196D-MO-4147499-LibertyCounsel

Continuation of FD-302 of (U) M. Horatio, Liberty Counsel - Interview 26SEPT2025, On 09/26/2025, Page 2 of 2

[Agent Note: SA Kinsey's interview notes will be attached as a digital 1A.]