# EXHIBIT 9

SIM(s):
Domestic Political Organization/Individual

SIM Status: SIM Approved

Generated: 10/24/2025 10:41 AM EDT

## Incident Summary

1285926_MQ(U) Southern Poverty Law Center Hate Group Designation

[redacted]

HQ-CID-541-II-26
(U//FOUO) Fraud and Illicit Finance

1285926_MO
Status: Closed (on 10/24/2025)
Create or convert to a new PI/FI

**Criminal**

Type 1/Type 2

| | |
|---|---|
| Threat to Life: | No |
| Time Sensitive: | No |
| Report Type: | Financial Crimes/Fraud |
| Activity Type: | Other Financial Crimes |
| Observed: | 09/26/2025 |
| Origin Agency: | FBI |
| Receipt Method: | Telephone |
| Field Office: | MOBILE |
| Assigned Squad: | MO-WC-1 |
| Approver(s): | MO-WC-1 Supervisors |
| Report Creator: | STEVEN KINSEY |
| Report Owner: | STEVEN KINSEY |
| Authorized Purpose: | To determine if a federal crime has been or is being committed. |
| Case Access: | Restricted |
| Sentinel Case: | 44E-MO-4147499 |

**Baseline Collection**
Database/Resource Queries

| Date Last Checked | Database |
|---|---|

Baseline Compliant ☐

**Baseline Collection Plan**
Authorized Methods Utilized

| Date Last Checked | Technique Utilized |
|---|---|

Baseline Compliant ☐

(U) The Southern Poverty Law Center ("SPLC") was founded in 1971 in Montgomery, Alabama, as a 501(c)(3)nonprofit to focus on civil rights and public interest litigation. The organization received national attention in the 1980s when they began a litigation strategy of filing lawsuits on behalf of victims of violence. However, in the year 2000, the SPLC started publishing a "Hate Map" that tracks approximately 1400 entities they classify as hate groups or hate organizations which would ultimately lead to massive revenues for the organization. The SPLC seeks donors for their organization and based on their Form 990 for fiscal year 2024, disclosed $786.7 million in net assets. The net assets of SPLC have more than doubled since 2016. The total revenues for 2024 were $129 million and total revenues for 2023 were $169.8 million. For context, in 2023, the SPLC brought in more money than the Special Olympics, United Service Organizations, YMCA of the USA and the Make-a-Wish Foundation of America.

Hate Map:

Since the year 2000, the SPLC has published a "Hate Map" which currently tracks approximately 1400 entities the SPLC classifies as hateful and extremist. Many of the entities on the hate map are placed there as a smear tactic solely because they disagree with the ideology of the SPLC. Recent publications such as Politico have noted that the SPLC is "becoming more of a partisan progressive hit operation than a civil rights watchdog." A former SPLC senior fellow Mark Potok said, "sometimes the press will describe us as monitoring hate

groups. I want to say plainly that our aim in life is to destroy these groups, completely destroy them."

The SPLC labels conservative values and faith-based organizations like Liberty Counsel, Moms for Liberty, Family Research Counsel, Alliance Defending Freedom, Focus on the Family, and Turning Point USA as hate groups on the hate map. Other entities include those such as KKK organizations that serve as a cover for the list thereby leading to extreme connotations. Current Affairs' editor, Nathan J. Robinson, cited the hate map as "an outright fraud" and "a willful deception designed to scare older liberals into writing checks to the SPLC."

The SPLC has asserted in the public forum that the hate-group designation is "highly debatable and ambiguous," belongs to the "realm of political debate," and "not capable of being empirically proven true or false." As stated by a former SPLC employee "it was hard, for many of us, not to feel like we'd become pawns in what was, in many respects, a highly profitable scam."

Despite the discredited and fraudulent representations made by the SPLC, government agencies have used the data and analysis in their work product to include the FBI and FinCEN. The use by the federal government and the interwoven definitions used by the SPLC on their website give the reader of the hate map the perception that the information is indeed factually accurate. Statements such as "the hate and antigovernment extremist map, which depicts the groups' approximate locations, is the result of a year of monitoring by analysts and researchers and is published annually." "The SPLC uses a variety of methodologies to determine the activities of groups and individuals. These include reviewing extremist group publications and materials, and reports by the public, law enforcement, field sources and the news media."
It should be of note there is no disclaimer by the SPLC as related to the hate map and/or subsequent designation. To the contrary, the map, information provided on the entities and definitions give the appearance of an official publication.

Violent Consequences of the Designation:

In 2012, a would be mass murderer armed with a gun planned to shoot into Family Research Counsel's ("FRC") office, in Washington, D.C. The gunman claimed he was motivated by the SPLC's listing of the FRC as a hate group. The SPLC hate designation was also cited as the reason for the riot and assault of a female professor at Middlebury College in 2017. In 2023, an SPLC attorney was arrested and charged with with domestic terrorism for his role in a violent riot against Atlanta police officers (the indictment was for RICO conspiracy under the Georgia Statute). As to the recent assassination of Turning Point USA founder Charlie Kirk, his name was appeared on the SPLC website in numerous posts. Kirk's image was on stories and in a report entitled "The Year in Hate and Extremism 2024," Kirk's name appeared 18 times. In fact, one day before he was shot and killed, Kirk was specifically named in the SPLC's "Hatewatch" newsletter under the title of militia and antigovernment movement activity. Specifically, the September 9th article, provided the following: "Turning Point USA (TPUSA) continued the hard right's attack on diversity, equity and inclusion (DEI)at an event over the summer where one speaker implied violence was necessary. Vince E. Ellison, who unsuccessfully ran for Congress in South Carolina, told a TPUSA audience that DEI supporters are "inferior" and when, he encounters them, "I'm gonna slit your throat." Ellison is a favorite black voice on the hard right media. In the past, he team up with TPUSA leader Charlie Kirk to call Martin Luther King "despicable" and "immoral."

Financial Consequences of the Designation:

Despite the accusation of being a fraudulent label in many cases, the SPLC designation on the hate map or like entities carries significant financial consequences to victims Liberty Counsel, Moms For Liberty, Family Research Counsel and others that may include the following:

-Corporate partners or platforms cutting ties or refusing to do business with entities on the list.
-Donors not willing to give due to reputational harm.
-Governmental agencies or foundations may avoid collaborating, contracting or awarding grants.
-Costs for mitigation and increased security.
-De-banking by financial institutions.
-Cyber attacks.
-Higher insurance rates on premiums due to increased risk from the designation.
-Protestors at events.

For example, captioned victim, Liberty Counsel, was removed from the AmazonSmile program thereby prohibiting donors from giving to their entity based on the designation. The AmazonSmile program was a charity initiative by Amazon that donated %0.5 of eligible purchases to a charity of the users choice. Additionally, Liberty Counsel was designated as a hate group on the GuideStar website which donors access to evaluate nonprofit organizations (designation now removed). It is noted that Charlotte headquartered, Truist Bank, may have taken action against Liberty Counsel and FRC based on the designation.

Captioned victim, Moms for Liberty, was designated by SPLC in June of 2023 as an anti-government extremist group within the SPLC's annual Year In Hate and Extremism report. After the designation, Moms for Liberty was attacked by Anonymous resulting in their website going down, loss of donations and they were forced in hire a cyber security team as well as purchase new phones and computers. During June/July of 2023, the group was targeted by protestors at their convention in Philadelphia which resulted in seven arrests associated with individuals blocking traffic and failing to disperse.

Victim, FRC, has suffered years of issues with their long term designation by the SPLC which has resulted in higher insurance premiums and like issues with Truist Bank.

Scheme to Defraud:

The SPLC uses the hate map as a key component for it's overall fundraising strategy. The hate map capitalizes on fears, and the SPLC creates a sense of urgency to give based in part of fraudulent representations as outlined herein. The SPLC uses the hate map as a scheme to defraud by making false representations which are transmitted in interstate commerce through their website. The fraudulent representations entice donors all the while making the SPLC wealthy to the violent and financial detriment of those wrongfully designated. Simply stated, the SPLC makes fraudulent statements specifically targeting a victim entity for the purpose of causing financial harm and ultimately destroying that entity (per previously referenced admission). Other entities, be it through conspiratorial actions with the SPLC or in reliance on the SPLC representations then took direct action against the victims in various actions to include removal from charitable programs, impact to insurance premiums and de-banking. The actions of SPLC caused interstate communications in form of letters and via the Internet.

Venue:

Venue is appropriate in the Middle District of Alabama as SPLC is headquartered in Montgomery, Alabama. On October 10, 2025, SSA Parker H. Still obtained concurrence from Acting United States Attorney for Middle District, Kevin Davidson, to open this matter. SSA Parker H. Still will be the assigned case agent.

## Referrals

| | |
|---|---|
| Has this matter been referred to OGA/State/Local? | No |

## Disposition

### (U) Disposition

| | |
|---|---|
| Note: | Converting to a full investigation. |
| Investigation Type: | Full |
| Disposition: | Create or convert to a new PI/FI |

## Workflow

| | | | |
|---|---|---|---|
| 10/14/2025 02:43:37 PM | Created Incident | Assigned By:<br>Assigned To: | STEVEN KINSEY ( MOBILE /MO-WC-1 )<br>STEVEN KINSEY ( MOBILE /MO-WC-1 ) |
| 10/14/2025 02:44:49 PM | Incident submitted for opening | Assigned By:<br>Assigned To: | STEVEN KINSEY ( MOBILE /MO-WC-1 )<br>( MOBILE /MO-WC-1 ) |
| 10/14/2025 02:47:48 PM | Created SIM: Sent to CDC for review | Assigned By:<br>Assigned To: | PARKER STILL ( MOBILE /MO-WC-1 )<br>( MOBILE ) |

| | | |
|---|---|---|
| 10/14/2025 02:47:48 PM | Incident opened | Assigned By: PARKER STILL ( MOBILE /MO-WC-1 )<br>Assigned To: PARKER STILL ( MOBILE /MO-WC-1 ) |
| 10/14/2025 04:51:48 PM | CDC recommends SIM approval - Sent to ASAC for Review | Assigned By: CHRISTOPHER WORSHEK ( MOBILE /MO-CDC )<br>Assigned To: ( MOBILE ) |
| 10/15/2025 09:37:24 AM | ASAC approves SIM - Sent to SAC for Review | Assigned By: RICHARD GASKINS ( MOBILE /MO-EM-TNG )<br>Assigned To: ( MOBILE ) |
| 10/15/2025 10:25:02 AM | SAC approves SIM - SIM Workflow Complete | Assigned By: SARA JONES ( MOBILE /MO-EM-1 )<br>Assigned To: ( MOBILE ) |
| 10/16/2025 03:20:37 PM | Reassign user | Assigned By: PARKER STILL ( MOBILE /MO-WC-1 )<br>Assigned To: STEVEN KINSEY ( MOBILE /MO-WC-1 ) |
| 10/24/2025 10:41:25 AM | Close Incident Without Submission | Assigned By: PARKER STILL ( MOBILE /MO-WC-1 )<br>Assigned To: ( MOBILE /MO-WC-1 ) |