# EXHIBIT 10

X

Post

**FBI Director Kash Patel**
@FBIDirectorKash

The Southern Poverty Law Center long ago abandoned civil rights work and turned into a partisan smear machine. Their so-called "hate map" has been used to defame mainstream Americans and even inspired violence. That disgraceful record makes them unfit for any FBI partnership.

In April, during our Anti-Christian Bias Panel, I made it clear that the FBI will never rely on politicized or agenda-driven intelligence from outside groups — and certainly not from the SPLC.

Under this FBI, all ties with the SPLC have officially been terminated.

NEWS

## BREAKING: Kash Patel's FBI Cuts All Ties to Southern Poverty Law Center

Tyler O'Neil | October 03, 2025

Share




9:56 AM · Oct 3, 2025 · 4.7M Views

4.3K 13K 62K 1.4K

**Log in or sign up for X**

See what's happening and join the conversation

Continue with phone

Continue with Apple

Continue with Google

or

Log in with username or email

**Relevant people**

FBI Director Kash Pa... Follow
@FBIDirectorKash
Director of the Federal Bureau of Investigation, #9

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.