# EXHIBIT 11

FD-302 (Rev. 5-8-10)



OFFICIAL RECORD

UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 04/02/2020

Witness A was interviewed in the vicinity of [redacted] Present during the interview were Internal Revenue Service (IRS) SA David McDaniel and Assistant United States Attorney (AUSA) Jonathan Ross. After being advised of the identities of the interviewing agents, Witness A provided the following information:

Witness A began working for the Southern Poverty Law Center (SPLC) in August of 1985. [redacted]

[redacted] asked Witness A to infiltrate white supremacy groups and report to the SPLC. Witness A was asked to infiltrate the Klan and see what they were doing, report on any meetings held, report whom the members were, report on any crimes the Klan was involved in, and gather overall intelligence on Klan activities.

[redacted]

[redacted]

UNCLASSIFIED//FOUO

Investigation on 02/25/2020 at [redacted] United States (In Person)

File # 196D-MO-2954361 Date drafted 02/28/2020

by J. Deanne Lindsey

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

[redacted]

[redacted]

Witness A received payments from the CIA, which was under the SPLC. Witness A typically received $350 a week along with expenses. Witness A was told by his handler at the SPLC that the SPLC was paying taxes on the money that Witness A received and that Witness A did not have to worry about paying taxes on any of the money that Witness A was paid. Witness A did not know if the SPLC paid taxes or not. Anytime that Witness A brought the subject up to Ind. 1 ( investigator for SPLC) about taxes, Ind. 1 said the SPLC took care of the taxes and he changed the subject. All of Witness A "mother hens" (handlers) told Witness A that his taxes were taken care of by the SPLC.

Before Witness A was fired by the SPLC, he was making approximately $3800 a month. The checks were deposited into Witness A Wells Fargo bank account. [redacted] who retired from the SPLC in September of 2019, deposited the money into Witness A Wells Fargo bank account.

[redacted]

The SPLC occasionally paid Witness A for travel to include food and gas. Witness A had to provide receipts to be reimbursed for expenses. Witness A started making a list of his expenses and provided some receipts in order to be reimbursed for expenses.

[redacted]

Witness A handlers at the SPLC included [redacted] Ind. 1 Director of CIA; [redacted] Chief Investigator; and [redacted].

[redacted]

The purpose of the CIA was to act as a buffer between Witness A and the SPLC. Witness A could collect intelligence for the SPLC without disclosing that he worked for the SPLC.

Witness A did not know anything about Fox Photography.

At this point in the interview, Witness A was shown several checks made out to him. The checks were drawn on a Fox Photography account Witness A stated he did not receive these checks. He does not know [redacted] [redacted] and the signature on the endorsement side of the checks is not his.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Witness A provided intelligence to the SPLC and law enforcement at the same time. The FBI thought that Witness A was a white supremacist.

[redacted]

[redacted]

[redacted]

Heidi Bierich was [redacted]'s boss. Witness A met Bierich on one occasion. [redacted] was present during the meeting. [redacted] offered to buy [redacted] dinner but Witness A dismissed him. Witness A never talked to Beirich because he did not trust her.

Witness A was not sure how much the SPLC paid him overall.

The SPLC used a bank near Court Street and Interstate 85 in Alabama. This bank could have been Sterling Bank.

[redacted]

Witness A was told by law enforcement that any money he received from them was taxable. Witness A never paid taxes on money received from the agents. Witness A knew his obligation to file taxes on that money. Ind. 1 with the SPLC told Witness A that the SPLC would take care of his taxes on the money he was paid by the SPLC. Witness A never filed any taxes on money received by the SPLC.

[redacted]

Witness A speculated that the SPLC is not interested in eradicating the Klan, white supremacists, or nationalists. Donations for the SPLC go down when these groups go down or become less active. [redacted] "runs up" white supremacist groups and nationalist groups so that the donations for SPLC will go up.

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

196D-MO-2954361

Continuation of FD-302 of (U Witness A , On 02/25/2020 , Page 8 of 8

[redacted]

[redacted]

[redacted]

The SPLC used shell companies to protect themselves and remain unknown.

Checks to Witness A were previously sent by Fed Ex and later they were directly deposited into his bank account. Witness A received a check for [redacted] on one occasion. The secretary at SPLC was fired due to the mistake.

[redacted]

[redacted]

UNCLASSIFIED//FOUO