# EXHIBIT 12

UNITED STATES POSTAL INSPECTION SERVICE

# MEMORANDUM OF INTERVIEW

| | |
|---|---|
| Case Number: | 2812259-MF |
| Person Interviewed: | Witness B |
| Date of Interview: | December 8, 2020<br>December 9, 2020<br>December 10, 2020 |
| Time of Interview: | About 2:52 p.m. – 3:30 p.m.<br>About 9:47 a.m. – 10:33 a.m.<br>About 4:41 p.m. – 4:48 p.m. |
| Place of Interview: | [redacted]<br>Telephone |
| Interviewed by: | J. D. Tynan, Postal Inspector<br>David McDaniel, IRS-CID |

This Memorandum of Interview is a summary of audio recorded conversations below and not a verbatim transcription. Warning: The audio recordings contain language which some may find offensive.

On December 8, 2020, IRS-CID Agent David McDaniel and I attempted to locate Witness B at his residence which is located at [redacted] At about 2:52 p.m., we knocked on Witness B door and a female named [redacted] LNU answered the door; this interaction was audio recorded by agents, Exhibits 01a and 01b.

[redacted]

[redacted]

[redacted]

[redacted]

On December 9, 2020, at 9:47 a.m., Agent McDaniel and I met with Witness B in the lobby of the Hilton Garden Inn in [redacted]; this interview was audio recorded, Exhibit 04. [redacted]

I explained to Witness B that we had reviewed records where he has received over $250,000 between 2014 and present[1]. Witness B initially stated he did not want to explain the source of the funds but claimed it was nothing illegal. Witness B stated the money was for "services rendered" because he provides information to an entity and not an agency. Witness B said he did not want to name the entity but said they had an acronym; later in the interview Witness B confirmed the entity was the SPLC when discussing [redacted] Witness B would not provide the name of the person to whom he reported at the SPLC. Witness B believed his information is provided to local, state and federal law enforcement. Witness B stated could not remember whether his initial agreement with the SPLC was verbal or written and commented it had been a long time since he had been down there and claimed they don't even meet there, meaning at the SPLC.

[redacted]

Witness B confirmed the money, in which we were discussing, gets deposited onto a card for his use and the amount is normally between $2,000 and $4,000 per month. [redacted]

[redacted]

---

[1] Records showed between December 15, 2014 and March 26, 2020, records showed Witness B received about $253,286 through the Rare Book Warehouse.

[2] Prior to this interview, FBI Agent Deanne Lindsey confirmed Witness B used to be a FBI Informant in 2011-2012 but did not provide any details related to his activity.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Witness B claimed he approached the SPLC about 20 years ago seeking to provide information because he was trying to atone for his past. Originally, Witness B did not want to get paid, he did not feel like he deserved to get paid; but the SPLC paid for his meals and gas. Witness B claimed he had retired three people out of the SPLC. Witness B claimed he was the one they had to institute a payment program for with the pay cards; they switched from card to card but it was at least since 2009. [redacted]

[redacted]

Witness B explained the SPLC provided him a payment card which he left at home. Witness B admitted he gets paid monthly. Witness B thought at one point he provided basic identifying information and claimed the card was already in his name and ready to go when he received the card. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

J. D. Tynan
U.S. Postal Inspector

[redacted]