# EXHIBIT 13

UNITED STATES POSTAL INSPECTION SERVICE

# MEMORANDUM OF INTERVIEW

Case Number: 2812259-MF

Person Interviewed: Witness C

Date of Interview: April 20, 2021

Time of Interview: 10:31 a.m. – 11:28 a.m.

Place of Interview: [redacted]

Interviewed by: J. D. Tynan, Postal Inspector

---

On April 20, 2021, IRS-CID Agent David McDaniel and I interviewed Witness C at his residence. The interview was audio recorded and this report is a summary of the interview not a transcription.

[redacted]

[redacted]

Witness C stated he assists in investigations which involve white nationalist groups, eventually Witness C admitted he was working at the direction of the Southern Poverty Law Center (SPLC) since the mid to late 1990's. Witness C stated he used to conduct a lot of in person activities by going to events, etc. and mostly now he collects mail and sends it to his boss. Witness C said his prior boss left and she handed him off to someone who handed him off to someone else; he did not know his boss' name. Witness C communicates with his boss mainly through normal text messages.

[redacted]

[redacted]

When asked what Witness C receives in exchange for providing this information, Witness C stated he is paid from the SPLC. Witness C stated he is paid monthly. The SPLC used to send checks to the [redacted] then they started doing transfers to his bank account. I asked Witness C if the SPLC also paid him with a debit card and he stated no but they had talked about doing so. Witness C stated the payment is from an entity which is a used book place. I asked Witness C if it could be the Rare Book Warehouse and Witness C agreed it could be. Witness C stated it was started by the now retired lead investigator, Ind. 1 Ind. 1 was not Witness C first contact at the SPLC. Witness C admitted he knew the payments from the Rare Book Warehouse originated from the SPLC. Witness C did not find it strange his payments were not directly from the SPLC. I asked Witness C who was Northwest Technologies and he stated it was a name made up by the SPLC. The SPLC opened a checking account and his paychecks used to come from checks in the name of Northwest Technologies.

Witness C stated he did not fill out a W-4 for the SPLC nor was he provided a Form 1099 which said he was a contractor for the SPLC. Witness C admitted the money he received from the SPLC was income. I told Witness C that since about 2013 – 2020 he was paid $158,000 from the SPLC.

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Agent McDaniel asked Witness C when he last filed a tax return and Witness C replied he did not know and did not claim any of the money from the SPLC on his taxes. Witness C was showed photocopies of checks made payable to him from Northwest Technologies. Witness C described the timeframe of the checks as when he got reimbursed for expenses and otherwise was getting paid $2,200 per month. Witness C did not know [redacted] or anyone else who endorsed the face of the checks. Witness C clarified these checks were mailed to his PO Box [redacted] and not his mail drop.

[redacted]

Witness C stated the SPLC asked him what the biggest threat was to the SPLC and Witness C claimed he advised the SPLC not to expand the definition of hate groups to include those who oppose gay and lesbian groups. Witness C thought that was a strategic error. The groups got lumped in with the Ku Klux Klan and in his opinion are not the same. Witness C thought Beirich has a hand in making the change against groups who oppose gays and lesbians.

[redacted]

[redacted]

J. D. Tynan
U.S. Postal Inspector