# EXHIBIT 14

TREASURY

INTERNAL REVENUE SERVICE

2025R00327-0093787

2025R00327-0093788

United States
Attorney's Office
Middle District of Alabama

Monday, 15 December 2025

# Intelligence Briefing

Allegations of Criminal Activity at the Southern Poverty Law Center

Mail and Wire Fraud
Tax Evasion
Money Laundering
Obstruction of Justice
Extortion
Blackmail
Violation of the Hobbs Act

## Mail and Wire Fraud

1.) Knowingly and willfully misled donors with false, frightening reports of racist extremist group activity and individuals when, in fact, the leaders of several of these hate groups were informing to the SPLC or secretly on the SPLC's payroll.
2.) While purporting to be the official arbitrators of what constitutes "hate" in America, the SPLC and its Board of Directors knowingly and willfully, for more than 25 years, concealed from its donors and the press the fact that founder Morris Dees' had a deep, life-long, racial animus towards African Americans
3.) Knowingly and willfully falsely accused elected officials and political candidates of being racists, fascists or extremists in order to intentionally mislead, pander to, and collect funds from, the SPLC's liberal donor base and influence legislative policy and elections, in violation of its IRS 501(c)(3) status.
4.) Knowingly and willfully concealed from its donors and the SPLC's Board of Directors the origins of fundraising appeals with "inside information" which was, in fact, secretly provided, and frequently stolen, by paid undercover "operatives" and extremist informers.

## Tax Evasion

1.) Knowingly and willfully concealed millions of dollars in cash payments to field "operatives" and extremist informants without reporting their identities or income to the Internal Revenue Service, deducting payroll taxes or providing these individuals with 1099's Any secret operative or paid informant who asked for a 1099, or any other proof of employment, was fired immediately.

## Money Laundering

1.) Knowingly and willfully concealed payments to the SPLC's domestic spying apparatus, through its secretive "Department 500" unit with the intention of misleading tax authorities, board members and litigants about the disposition of hundreds of thousands of dollars in annual cash expenditures to anonymous field "operatives," informants and racist extremists.
2.) Knowingly and willfully used deniable paid "cutouts" to transfer large cash payments to known racists for the theft of extremist membership lists and credit card transaction records.
3.) Knowingly and willfully created false, under-the-table, "proprietary" company checking accounts and fake company pay cards to conceal the origins of wire transfers of large amounts of cash to individual "operatives," informants and racist extremists secretly on the SPLC payroll.
4.) Knowingly and willfully concealed this money laundering activity from the Internal Revenue Service, the SPLC Board of Directors and SPLC donors.

## Extortion, Blackmail, Violation of the Hobbs Act

1.) Knowingly and willfully used hacked, or outright stolen, proprietary business records, including transaction records with credit card data to confront, intimidate and coerce individuals into cooperating and providing information.

**Obstruction of Justice** Knowingly and willfully attempted to conceal their criminal activities by compelling all Department 500 staff, field operatives and paid informants to sign a Non-disclosure Agreement (NDA) that forbids them from talking to law enforcement without first advising the SPLC, in writing, and immediately firing anyone who violated that policy.