# EXHIBIT 15

and say, "Well, you've gotten about $120,000 or so, we estimate, from the Southern Poverty Law Center." And don't expose him as being a snitch to the Law Center. Tell his wife. Because she... [laughs] He drives a truck for Amazon delivery now, as far as I know. And she will... I think she's garnishing his wages for their son.

F-9 [01:34:03] So, tell her. Threaten to tell her. "I'll tell you everything I know." He's also the guy that went at [redacted] in the middle of that lawsuit and gave enough inside information that [redacted]'s case just crumbled. And [redacted]'s lucky, 'cause we actually had a lot of stuff that would have just proved conclusively that [redacted] was a neo-Nazi. Did he deserve to lose his job as a lawyer for the city of Baltimore? I don't think so. You know, I don't care who my mechanic voted for. I don't care about the politics of my podiatrist. I just don't care. But, you know, at the same time as the Law Center's—the ARA there in Nebraska are all over [redacted] and his wife. He bought this little brick house, you know, got a reasonably hot wife, very, very ideologically aligned. I would say she had the purity. You know, in the right wing, they say, you know, the killing of [redacted] was just a murder by an FBI Special Forces soldier, a sniper named [redacted] Nope. Their psychology—their psychologists said, "That's the leader. Get her. If you can get her, they will come out of that house." And she wasn't gonna have it. So, she did have a pistol on her when [redacted] shoot her—[redacted] shot her. I talked to the guy that went in there afterwards and she was still, she still had her .380 pistol in her holster.

F-9 [01:35:19] But anyway, the women run a lot of this stuff. You get a dedicated woman that's in your—whatever it is you do, right? It's like Marjorie Taylor Greene. Her father was a construction guy. Her father and her husband bought the company. I don't think she knows dick about construction, but she was, you know, good for the company. But anyway, back to the Volksfront for just a second. Because the women were so built-in tough, and particularly [redacted] and [redacted] and something [inaudible]—never could figure out her last name. At least I didn't have it at this time when I built this chart out. And [redacted] and [redacted] and this other female, they actually were the ones that could decide where are you gonna hold your events, are we going to attend this event or that event, where the concert's gonna be, all this stuff. They coordinated all that. And their husbands gave them the money they made. Most husbands end up doing that if they're smart. Give your wife everything you make, she'll

**Interview Date:** 1/7/2026 **Witness:** F-9

probably save some of it. So, but that was an interesting finding. And Ind. 1 said, "That's the most important thing you've got in this long, dreary assessment of the life story of [redacted] and [redacted] [redacted] is how the women actually are—" And if the women are mad at other girls, like if you look on the upper right corner, it says "enemies."

F-9 [01:36:41] [redacted], [redacted], and [redacted]. [redacted] was the girlfriend of [redacted], the shooter up there at the Sikh temple, Sikh temple, whatever you call it. Anyway—although he was a Hammerskin, she was associated for some time with Volksfront. Volksfront and Hammerskin are the, are the white-trash equivalent of Crips and Bloods. [laughs] They hate each other. So this was the flips at that particular moment that I pulled up off of a...they pulled it up off a thumb and um... But then I remembered [redacted] [redacted] was such an interesting dude. He was dangerous. He was highly respected and a U.K. citizen—I guess he went back to U.K. And we just got a cold contact. "We got traffic for this [redacted]. Do you know him?" They sent me, they sent me a copy of the query. I thought, "Oh, yeah, we know him." Because, I mean, there's just so many people down there that are just tracking so many different groups. The name didn't ring a bell. Plus, he's an old guy, right? All the, most of the spies that were working for the Center are in their 20s and 30s that are doing the running of spies and developing intelligence and analytical [inaudible], that sort of thing. Got a little bit of burnout there. Just 'cause you see the reality of it. And that's why you gotta go at Ind. 1

F-9 [01:37:58] Something happened to Ind. 1 that made him walk out the door. And I'm sure it was disgust. And I suspect it was because of their anti-Christian and, specifically, anti-Catholic bias. And I think he, he just... Ind. 1 is a salt-of-the-earth guy. His mom and dad were right-wing crazies by comparison. They read *The Spotlight* and all that. And it was fairly normative in the South at that time, in the 1960s, to have a sort of a segregationist point of view. At any rate, Ind. 1 went after Nazis with a fervor. I mean, he was so loyal to Morris and so loyal to the work. He got me promoted repeatedly. He handed me off to [redacted], to be my handler, just because he started doing more law enforcement training. If you look at—I'll bring you some of their brochures that they gave to donors. And there's a great picture of him with a bunch of cops in a room looking at a whiteboard and briefing them on how to, you know, convert these, these skinheads into, into your gang intelligence unit so you have the funding and the appetite

to run them down. And that was a huge development. You get Ind. 1 will know. Ind. 1 the person that told the girl she's—he's not required to give her a 1099. And he's the one that fired her.

**David McDaniel:** [01:39:23] Yes, sir.

F-9 [01:39:25] So... But I think he will cooperate. And I think [redacted] would cooperate. I suspect Heidi may or may not. You have to also understand the fundamental obstacle you're gonna get in resistance is gonna be people who have built their careers at being former spies at the Southern Poverty Law Center, part of the Intelligence Project. If somebody's gonna destroy that or give them an indictment or do something—I don't know what you guys are doing. Don't care. I think you're doing right. And I don't think you're scared. I just hope you don't get scared 'cause, buddy, Trump's not gonna be in office long. [laughs] You gotta button this up fast. How's the new U.S. Attorney? Have you met him?

**David McDaniel:** [01:40:04] He has not been confirmed yet. I know him personally.

F-9 [01:40:07] Oh, fuck me! I thought... Why not?

**David McDaniel:** [01:40:10] You got me. Call, call the Senate and tell them to have a vote. I don't know what they're waiting on, but I've known him for several years, and he's a fantastic guy.

F-9 [01:40:22] Have you briefed him on this hit?

**David McDaniel:** [01:40:24] I have not. I have not even seen him since I heard he was nominated.

F-9 [01:40:29] Dude, well, I believe Tynan got run off. I don't believe he retired. I think they convinced him to retire 'cause he wouldn't let this go. That guy was dogged. That dude was dogged. He went over to the Attorney General's Office and he called me again! And I was gonna—I kept wanting to come down and have my dog and pony like I gave you guys one, 'cause he sounded sincere. He sounded motivated. These are evildoers. These are lawbreakers. These people are defrauding little old