# EXHIBIT 16

United States vs. SPLC

Audio Transcription

Dave McDaniel and Ind. 1

[redacted]

DAVID MCDANIEL: Today is Friday, January 23rd. This is Special Agent David McDaniel, Special Agent Parker Still, Special Agent Deanne Lindsey, US Attorney's Office, John Geer, US Attorney Kevin Davidson, US Attorney Christine Levy, having a telephone conversation with Ind. 1 It is 1:26. I can text and tell him go ahead and click in. We're ready. Fire it up? Sure. That's kind of how we've been communicating for the most part. Yeah.

SPEAKER 2: Deanne, did y'all get somebody else new in addition to Eric?

DEANNE LINDSEY: We did.

SPEAKER 2: I, I know Tony. Tony and Eric, I know. Yeah. Is there a third?

DEANNE LINDSEY: We have a female, Reagan Burns.

SPEAKER 2: Okay. All right. Also Monica?

DEANNE LINDSEY: Yes.

SPEAKER 2: Somebody new?

[redacted]

He's the US Attorney for the Middle District. And this is John Geer. He's criminal chief here in Montgomery.

Ind. 1 Great.

DAVID MCDANIEL: And we wanted to talk with you for a little bit. I told you already it's it's about the the center and the intelligence project and all the stuff that went into that. So, what we, what I'd kind of like to start with is if you would just sort of go through the genesis of how you came to to be employed by the center and sort of what your job was there and kind of of what all that entailed.

And we'll fill in with questions along the way. How's that sound?

Ind. 1 That works great for me.

DAVID MCDANIEL: All right. Perfect.

Ind. 1 I was, a you asked we were talking the other day about the [redacted] Police Department. I, I left after

[redacted]

about eight years. I think it was about eight years. For medical reasons, I was starving to death and I went into business with another police officer. We started a PI company that catered just to law firms there in Montgomery. And one of our clients was the Law Center. And we did some of their investigative work in, in, I think it was in early '82, '83, their offices were firebombed there on Hall Street by the turned out to be the Klan that done it. And they hired us to provide security for their trials and and we ran their VIP protection for for a while. I don't really remember for how long. And I had known most of the people there at the Center, not most of most some of the attorneys from from my PI agency because we worked for law firms and and I knew a lot of them.

And one of the their chief investigator at the time was a friend of mine and he was actually in business with us at our PI agency there in Montgomery. And

anyway, we sold the the agency after about six years and the the center hired me to come to work for them as a the investigator for the legal department. They had the Klanwatch Project, which that's where the intelligence report was out of. And then the legal department handled all their other cases. And and that's where I worked initially.

At some point, I was promoted to the director of the of the Klanwatch Project. And later we changed the name of it to the Intelligence Project. And we published a magazine for law enforcement and I collected information on these various groups around the country, but that's how I ended up working there. I started in legal and then moved down to that department.

DAVID MCDANIEL: Okay. And as part of the Intelligence Project, what kind of work were you doing there? And what kind of work was that department doing?

Ind. 1 Well, my shop, I

had about 17 employees and and we collected information on extremist groups around the country, the majority of which were classified as white supremacists and Christian identity and black separatists and that kind of stuff. Later, it it expanded after Oklahoma City blew up, they we expanded it to the anti-government groups. We started tracking them as well. And our whole effort was based largely before the web was so popular back in the early '80s, it wasn't these people didn't have access or didn't take advantage of the internet very much initially. And so we collected we hired a clipping service that you probably don't even remember a newspaper, you're so young, but they we collected a lot of intelligence out of newspapers. We would solicit, give them keywords that we were looking for, like Klan or Neo-Nazi or or Skinhead or whatever. And they would cut clippings out for us.

And they did it, not only the major newspapers, but the little bitty, you

[redacted] [redacted] [redacted]

know, weeklies and and small town papers all over the country. You know, we had we'd get thousands of them. We also collected the literature from these organizations that they published and put out. Eventually we moved to capturing their websites off of the, you know, off of the internet where we'd have a version of it. And there was a lot of software developed over the years that facilitated that. And, you know, basically we had my staff would key those clips into the, scan them and key them into the database. And we had we we collected that kind of stuff. We collected court documents when we when they were involved in litigation. We'd go to the courthouses and and, you know, buy copies of of depositions or, you know, criminal complaints and that kind of stuff. I mean, there was just anything we could get in relationship to these groups, we would try to obtain.

DAVID MCDANIEL: Okay. When you were, you know, you started heading up

that shop, who did you report to?

Ind. 1 Well, I was I was a department head. Initially, I reported to the director of the department. And then after that, after I was made director, I, I was part I was a department head and then, you know, we we had I, I don't know that I, I would've reported to the board of directors or the or the board. You know, that mostly most of my interaction was with legal, with the director of the center, either [redacted] or [redacted].

DAVID MCDANIEL: Okay. And you said you had 17 employees when you were the director of the--

Ind. 1 Right.

DAVID MCDANIEL: Is it, are we calling it the Intelligence Project at this point, at this time?

Ind. 1 When I left, that was it was called the Intelligence Project. In the early days, it was called Klan Watch.

DAVID MCDANIEL: Okay. Just

because I know it as The Intelligence Project, that's just what I'm going to call it.

Ind. 1 Sure.

DAVID MCDANIEL: Do you remember who any of those employees were, those 17 folks you had working for you?

Ind. 1 Yeah, most of them are gone now. Some are deceased. I had I'm trying to we we had a eventually after I was editor of the magazine for a while and then I hired an editor. I say I did. We hired an editor, the Law Center hired one to take over the magazine. And then we had an assistant editor that was [redacted] and Heidi Beirich. And they had a number of writers that came and went. I don't I just don't remember their names anymore. Some employees changed departments and went to other departments. I had a lot of data entry staff. [redacted] was one. And [redacted] I can't remember [redacted]'s last name. And [redacted] was -- she was

the attorneys that contacted me from the Center that they had started winding the intelligence operation. They had started winding it down in 2021 or 2023, somewhere in there.

DAVID MCDANIEL: Okay. Now let's, let's talk about the Fs. You said they submitted written reports and that was for threats against the Center and employees of the Center and lawyers for the Center and that sort of thing. How many Fs were there?

Ind. 1 You know, that's a great question. The numbers went up to like 17 or 18 over the years. But when I got the program, there there were a number of those that were just not engaged anymore or passed away or, you know, I don't I, I never knew who they were. The ones. There were probably at any one time, maybe six or seven that were active. They just came and went. You couldn't, these weren't, they were good at what they did for what they did, but I mean, it was a, you know, we, we weren't looking for

angels to to lead the choir. We were looking for people that were involved with these groups that were, you know, knew how they thought and what they did and what they were up to, so to speak.

DAVID MCDANIEL: It's interesting you put it that way. Tell me a little bit more about, you know, these aren't, you know, these aren't good guys. You know, they're not angels. Tell me what you you know, who are they? Why what makes them a bad guy, you know?

Ind. 1 One of my best ones was a I don't mind telling you about him because he's not alive anymore. And one of the let me mention this here. When I when I retired, I'd signed a non-disclosure agreement with the law center. So, you know, and I don't have a copy of it, so I don't know what kind of ground that puts me on, but I assume there would be some wiggle room there because y'all are law enforcement, you're you're conducting some type of

investigation. So, you know, I may call on y'all to pick up the tab if they if they get me for a talk about it. But anyway, one of the ones one of my best recruits was a guy that worked for the I think he worked for the FBI. I had a I had a a good friend out there that I that contacted me who was an agent in Texas.

I can't remember now where he was at. I think Austin maybe, or maybe Dallas. But he had a he said, "I got a guy if you want him. He's very familiar with the Aryan Nations and the Klan and people like that." He said, "We've used him for years and can't use him anymore because we had to burn him at a a trial. He had to testify." But he had made two or 300 cases against the Pagans and the Hells Angels and wrote a book about it and this kind of stuff. So I took him in and and he was he was a a really knowledgeable guy about the movement. Went to a lot of their functions. And when he'd go to like if they were having a meeting up

[redacted]

at the Aryan Nations, he'd go camp out in the woods with his dog.

I mean, he didn't you know, he didn't want to be reimbursed for staying in a hotel. He would he and we that was another thing, too. We reimbursed them for their -- like if they had to travel or stay in hotels or go to rallies, that kind of stuff, we would reimburse them for that. They would bill us for that and the the expenses that they incurred. But anyway, he was really thorough. He worked a long time for us. He came up with some really good information. One was a threat on that they were out of the Aryan Nations that was developing that he gave to us. I can't remember the particulars of it because it was so long ago, but he he was he was a ex I think he was an ex-Marine and he got arrested for bank robbery. He robbed the bank of his house payment. When he got back from Vietnam, he had I think he had post -- post-traumatic distress syndrome. But

anyway, he he robbed a bank of exactly what his house payment was because he couldn't find a job. And anyway, they put him in prison. And while he was in prison, he got close to the motorcycle gang the Pagans, I believe it was. And when he got out, he was recruited by the bureau to work for them and worked a lot of cases for him. But, you know, he was he was kind of an exception to the rule. You didn't usually get gems like that that were plugged in and knew through a lot.

DAVID MCDANIEL: And what was his name?

Ind. 1 I called him [redacted] but his real name I think was [redacted], [redacted]. He was originally from [redacted] I believe. And I think he wrote a book about it, too. I'm not sure. Not about us, but about the the motorcycle stuff. And he, when he, we had to burn him too on a case. Some kind of litigation came up. I can't remember now if it was out of [redacted]

but that may be something you could go back
and look in the records. And that boy lived
in he lived in [redacted] County somewhere, but
I don't remember his name.

SEAN: Okay.

Ind. 1 But there should be
some record of it, you know, during that time
and when [redacted] and [redacted] were there.

DAVID MCDANIEL: And you said
you reimbursed these folks for their expenses?

Ind. 1 Yeah, they would
send in--

DAVID MCDANIEL: How, how did
that work?

Ind. 1 They'd send in like
along with their report, they'd send in their
receipts and mileage records and, you know,
what they claim the mileage was and that kind
of stuff.

DAVID MCDANIEL: Okay.

Ind. 1 So they'd send in
receipts. I used to have a filing cabinet
full of them. I don't know that it still

exists anymore, but it would've been in we had a there was a room on my floor. It was a utility room that I used to keep all the the files in on these people. Now, not many people it wasn't general knowledge in the department or at the center really that we were using these consultants because of the danger involved in it. We you know, we kept it as low key and as few people involved in it as possible. And before, right before I left in the last five years or so, 10 years or so, more people got involved in it. I think [redacted] and Heidi and [redacted] and maybe one or two others had access to the, you know, who these people were and what their real identities were and that kind of stuff.

DAVID MCDANIEL: Now, after they submitted their receipts, how, how was payment remitted to them?

Ind. 1 That was, we, as I recall, we had some checking accounts that were set up that was used that they could use

[redacted]

for cover, various businesses, you know, like the lefthanded-widget company, you know, Pascagoula, Mississippi or something like that. And they would be paid with checks written on that that account.
DAVID MCDANIEL: Okay. Who set those accounts up?
Ind. 1 I set some of them up back in the '80s, late mid-to-late '80s. I just don't remember anymore, but I set them up through our, the bank that we were using.
DAVID MCDANIEL: And which bank was that?
Ind. 1 I don't remember. It was up, it was River at one time, and I think we changed one time. It might have been, it could have been Regions and then changed to River and that kind of stuff.
DAVID MCDANIEL: Okay. Where did you get the authorization to set up this bank account?
Ind. 1 Lord, I have no idea. It was done actually, I think probably

[redacted]

the accounting department probably set them up.
DAVID MCDANIEL: And who--
Ind. 1 Whoever--
DAVID MCDANIEL: I'm sorry.
Ind. 1 Whoever the--
Whoever the head of accounting was.
DAVID MCDANIEL: Alright. Who was the the accounting department head that ran that part of it?
Ind. 1 There were a couple of them in the 30 years that I were there, but I, I just don't remember. It might have been, it might have been [redacted].
DAVID MCDANIEL: Okay. Now, when you wrote those checks to those individuals, were you able to sign those?
Ind. 1 Yeah, I was on the signature card for them.
DAVID MCDANIEL: Who else was on the signature cards?
Ind. 1 I don't remember.

[redacted]

DAVID MCDANIEL: Okay.

Ind. 1 I don't.

DAVID MCDANIEL: And those checks, would you just put them in the mail?

Ind. 1 Yeah.

DAVID MCDANIEL: Okay.

Ind. 1 They had, most of them had PO boxes or Mailboxes-R-Us or something like that that they would use. Some of them I think some of them might have even gone to their homes. I just, I just don't remember anymore.

DAVID MCDANIEL: Okay. Were those individuals paid a wage along with the reimbursement of the expense?

Ind. 1 I think they had a like a consulting fee that they would get once a month, but I don't, I don't remember. It, it varied on how talented they were and how good their information was, I'm sure, as to what that amount would be. But when, when they were recruited, it was, it would depend on, you know, who they were, what they knew,

[redacted]

The view of the Center by law enforcement. What do [redacted] think about the Center now?

Ind. 1 Some of them some of them like it, some of them don't. I mean, I, I don't really talk about it with them anymore. When it comes up, I do, you know. And and the conversation is usually, "Yeah, you worked for that left wing crazy tank down in (unintelligible)," or something like that. You know, they they don't hold it in high regard as far as their memory of it. That's the older ones. The younger ones, they don't even know who they are.

DAVID MCDANIEL: So how, how did it devolve from basically you guys were providing what was, I would think, considered a valuable service to law enforcement for free, which law enforcement is always concerned with, we don't got no money, to [redacted] chiefs now calling it a whatever they called it a minute ago?

Ind. 1 Well, I don't even

know what the circulation is anymore. I know that I know they puff up the or I don't know. I, I feel I feel like they puff up the hate group count and all that kind of stuff. I just I just don't know what -- I haven't really talked to anybody about it. I mean, I just, you know, it's, it's in my rear view mirror. Except for the -- for the the officers I work with now, you know, they're all chief and and command staff and that kind of stuff. And and we talk about how to get a better pay and better law and that kind of stuff. They're not really too interested, you know, about the the law center as I'm not, you know, really talking about.

DAVID MCDANIEL: Sure.

Ind. 1 Which you could, you couldn't tell that this afternoon, but --

DAVID MCDANIEL: Yeah, go ahead. Thank you for that answer.

PARKER STILL: One question. I got two now, Mr. Ind. 1 I'm sorry. The meeting with the donors, when they would have

you meet with the donors, what info or what information would you provide them? Would they -- would it be about the program or would it be just -- what what was -- how did that go down?

Ind. 1 Yes, all of the above. I mean, usually if a, if a donor was visiting and wanted to know more, you know, which didn't happen a whole lot, but it did happen sometimes. Or they may I know I used to -- I talked to a foundation person one time, you know, and I think Heidi might have been with me. Somebody was with me and I was doing the presentation on the skin heads and they were doing the presentation on the immigrants. The I forget what do you remember what they called that department? Immigrant Justice?

[redacted] Yeah.

Ind. 1 They had started a new department called Immigrant Justice or something like that. They were trying to get some funding for it, but the -- my job, you

know, my job was to show them a presentation, you know, like a five minute presentation on what groups we were working on and how bad they were. You know, we needed the money that you could keep up the fight. Just basic fundraising type stuff.

PARKER STILL: I gotcha.
Yes, sir. Would y'all but you wouldn't talk specifically about F program or source?

Ind. 1 Oh, no.

PARKER STILL: Nothing?
Okay.

Ind. 1 I never talked about that program ever, to anybody, unless it was -- when I did this training, more often than not, I would hook up with the guys and girls that really worked this kind of stuff, no matter whether it was federal, state or county or city. And we'd have our own little network where we would talk and and share ideas and and that kind of stuff. And we might allude, you know, to somebody, we got this information or that information.

[redacted]

So it wasn't a big leap for them to figure out we were running some kind of field operation, but --

PARKER STILL: I gotcha.

And how much -- how many times would -- it's like a 12-month period would would they have you do that, meet with a potential donor?

Ind. 1 Yeah, I only did I only worked the donors -- man, I can't even -- probably five times in the 30 years.

PARKER STILL: I got to go with this next question for the end, just in case, George Clooney. But any celebrities that you ever had to meet with and give that pitch to?

Ind. 1 I didn't have to give the pitch to. What's the one that was Steve Buscemi and Leon Urus? I got Leon to buy a book for me. And who was that other guy that Mellencamp? John Cougar Mellencamp.

PARKER STILL: Yeah.

Ind. 1 People like that.

DAVID MCDANIEL: Did did you

[redacted]

ever meet with any of the the big corporations? Because you know Apple, Microsoft.

Ind. 1 Yeah. I flew out to Seattle and did a presentation for what's his face and his wife? It was --

DAVID MCDANIEL: Bill Gates?

Ind. 1 Gates.

[redacted] Gates Foundation.

Ind. 1 The Gates Foundation. And I forget now, it wasn't my regular pitch. I think it was more for the teaching tolerance stuff. Sometimes I would like [redacted] would one time, he booked a presentation to some group in Washington, DC, and he had double booked and he couldn't do it. And it was like 1,500 people were going to be there. And so he asked me to do it. So I, you know, I said, "Sure, I'll be glad to." And I, I dragged my back then we had the carousel. Do you remember you're not old enough to remember carousels, but Parker, you might have heard about them in your research,

but the carousel slide projectors.

[redacted] I got it. Yes.

Ind. 1 Right before we had laptops, I was lugging one of those around. I drug all that stuff to DC and I, I got there and I was sitting at the speakers table and the guy leaned over to me, he said, "We appreciate you coming." He said, "Just keep it to about two or three minutes." And so I got up talk for two or three minutes and sat back down, you know. So occasionally I would get cross pollinated into some other department. Like I did a presentation for the Nevada Education Association one time, you know, about teacher tolerance and I didn't even work in that department. It was just a thing I just did a 15 minute talk on civil rights and that kind of stuff. But there were a lot of our donors there. It's why they invited us.

DAVID MCDANIEL: I just got to ask, did you ever -- I'm sorry.

Ind. 1 I was pinch hitting.

[redacted]

DAVID MCDANIEL: Did you ever come home with a check after some of those those big appearances?

Ind. 1 You know, the -- I want to say that -- who was it? Did somebody give us an honorarium?

[redacted] One time one time [redacted] would get a speaking fee, but you did it for him.

Ind. 1 Yeah. I think there was a speaker's fee for that that civil rights conclave that had the 1500 people. I think there was a I think [redacted] got a check for that one even though I did it.

DAVID MCDANIEL: That's low. No, did did you come home with a a pledge, you know, to a donation?

Ind. 1 Yeah, I got the -- one foundation gave us $600,000 a year to help fund our department, the intelligence department.

DAVID MCDANIEL: Oh, well, good lick. Which -- who was that?

[redacted]