# EXHIBIT 17

United States vs. SPLC

Audio Transcription

Dave McDaniel and Ind. 1

[redacted]

[redacted]

DAVID MCDANIEL: It's 12:33. We are at [redacted] FBI office. It's Monday, March 23rd. Special Agent David McDaniel and Special Agent Parker Still here with Mr. Ind. 1 This interview's going to be recorded. Let him take it over.

Ind. 1 All right.

PARKER STILL: I'm going to silence all these phones, Mr. Ind. 1

Ind. 1 Oh, that's a good idea.

PARKER STILL: So it just doesn't -- maybe some issue. So I want to first of all, thank you for coming in. We greatly appreciate it. But I also want to tell you kind of what's going on, if that's all right, just to kind of --

Ind. 1 I would love to hear it.

PARKER STILL: And, and I mean, we have been so -- we've been extremely straightforward, I think, with the Center, with, specifically, with some of their former

employees and everything. And I'll tell you, the only thing that's been consistent through this, our investigation is one thing, and that's been you.

Ind. 1 Oh, really?

PARKER STILL: That no matter what is, we meet, or talk to anybody, they say Ind. 1 standup guy that assisted law enforcement. That was -- and that's checked out 100 percent. But what -- where it came to us was basically a couple things. One was, and this is really conduct after you left, was they did some unusual stuff with the banks. They had accounts that were opened under shell companies, moving unusual amounts of money, and they got to dealing with some pretty unsavorably people throughout the country. Some kind of some really some bad folks. And it kind of got to our attention where, you know, they moved substantial amount of money. Were -- back when you -- you know, when you -- when y'all were kind of running some sources and stuff,

you it's small payments, guys were providing information, y'all were giving it to law enforcement. They came more paying people large amounts of money. We even saw, like, they had some people at Unite the Right. They had some people at some big type events, and it just appears like it kind of got a little out of control with what it looks like. And then they ultimately started targeting also some specific organizations, more what probably most people would say conservative type organizations throughout the country. And the program just kind of got off the rails with well, kind of with Dr. Beirich was at the helm, really. And that kind of continued on into the 2020s. I mean, to the yeah, till 2021, '22. And then it continued and they kept doing different stuff, particularly where it got our concern was in the banking system where they started even using the automated clearinghouse, the ACH process. And they did a, they did a number where they started masking it to, so you

couldn't see who was being paid and and kind of an elaborate scheme going forward. So I guess our thing today, is just, with you is trying to continue to understand, like the origins of the program. But like I said, the only thing that's been consistent through this whole thing is you.

Ind. 1 Right.

PARKER STILL: That everybody has said "outstanding fellow". I mean, even some old sources we talked to, "outstanding. We worked with law enforcement. We got information to law enforcement." So we're not so much worried. We're not here to talk to you any about the bank and all that. You had obviously nothing to do with all that. We're just more focused on, like, kind of, origins of it and what, if anything, you had knowledge of, of Dr. Beirich kind of going, I hate to say off the rails, but to an extent kind of off the rails with the program a little bit.

Ind. 1 Well, when we first

[redacted]

started this program, I kind of inherited -- I think it may have been you that I was talking with.

PARKER STILL: Yes sir.

Ind. 1 Why why did we do it that way?

PARKER STILL: Right.

Ind. 1 Because it was the way it's always been done. It was when I inherited it.

PARKER STILL: Yeah.

Ind. 1 And basically I set up through accounting various bank accounts in different names. I think one was probably Center Investigations and there were some other ones I don't really remember, but they were fictitious names centered around the person that would, would be getting the check. For example, if you were -- if your wife -- if you were a person out there giving us information and and your wife did florist work, we might make it a flower company on the check.

PARKER STILL: Sure.

Ind. 1 And that way that when you had got seen by the bad guys with a check from a florist company, they wouldn't -- it wouldn't raise any eyes.

PARKER STILL: Yes, sir.

Ind. 1 There was no large amounts of money. I mean, it was probably a couple thousand dollars was probably the biggest expenditures that we ever saw. I think one time we bought a car, there was a threat on a judge's life or something up in Birmingham and then we were trying to get somebody there for a Christmas party and the we contacted the local Bureau there in Montgomery.

They couldn't get things moving fast enough to cover that particular bill. So we said, well, we'll buy a car and wire it and --

PARKER STILL: Yeah.

Ind. 1 And send them on their way. But anyway, the expenditures

[redacted]

would've been small.

PARKER STILL: Yeah.

Ind. 1 The other thing to take note of is it was a very, very, very tight loop initially. When I took the program over, there were probably only two or three people in the upper echelon that knew about the program for security reasons. And the other thing was we just kept it all in-house because we didn't want anybody to, to be put at risk. Eventually, when the magazine -- when Heidi Beirich and [redacted] [redacted] and I can't remember who else, maybe [redacted] [redacted] When they got more deeply immersed into it, they wanted to know who these people were and what they would do with that. It was kind of a -- they presented it to me as accountability. You know, what, who are these people and and what are they doing for us? You know? And I think you had a report that you showed me last interview, and I think that's probably -- there were probably a

number more of those. I just don't remember if there were or not. But I do remember that particular one or one like it that was just kind of a boom, boom, boom of what, what the Fs, we called them Fs, referred to them as Fs, Fs or FRs for field reps. But it was kind of a -- we we'd have our regular intelligence project meeting.

PARKER STILL: Yes, sir.

Ind. 1 And then after that meeting, we would have a field meeting. And that's when we talked about those things. And somebody would keep notes, I guess probably Heidi and would do the memos about what what they were up to.

PARKER STILL: Yeah. And you're exactly right, Mr. Ind. 1 And that's why, like I said, the, those payments, well, what it morphs, metamorphosis to really in 2014 was in the hundreds of thousands.

Ind. 1 Oh yeah. And I -- that doesn't surprise me for this reason. After I left in 2013, shortly thereafter, a

couple of people who were key people in my department were let go. I mean, they were escorted out of the building, which was kind of unusual. I mean, they threw me a party and gave me a laptop and a iPad and, and a big check, you know, I guess to get rid of me. But the other people that were -- that left the department were escorted out of the building by security, which I thought was kind of odd.

PARKER STILL: Yeah.

Ind. 1 And another thing that happened to the Center, and this is just an outsider looking back into it, the Board of Directors shifted and gradually, you know, I think a lot of people got appointed to the board as figureheads. But after a while there were so many figureheads, they had the voting power and they just took over the -- took over the Center. And they actually ran off [redacted] and [redacted] for -- I don't know why, but I mean, they eventually had to leave, too. You know, so it was there was

[redacted]

some kind of coup, long-term coup going on there between some, what I would -- what I heard were some pretty liberal people, extreme people that had other ideas about what we were doing, you know?

PARKER STILL: Yes, sir.

Ind. 1 They didn't care. We worked really, really hard to liaison with law enforcement. We offered them free training. We put out a magazine that was just chock-full of intelligence that we could gather on these most law enforcement, if y'all know, in Alabama, I'm with the [redacted] Police. I'm the [redacted] for it. We've got a lot of departments that don't have but three or four people, you know? Sometimes it's just the chief, right?

PARKER STILL: Oh yeah.

Ind. 1 And they don't -- they can't gather intelligence if they've got somebody in their area.

PARKER STILL: Yeah.

Ind. 1 So it was a free resource for them. We were very nonpartisan, or at least when I was running things, when I was director, we stayed right in the middle of the road.

PARKER STILL: Yeah.

Ind. 1 After I went back to being the chief investigator, it kind of started drifting away from law enforcement then. And eventually they did away with that. You said 92, I think?

PARKER STILL: Yes, sir.

Ind. 1 I wasn't even I left in '13, 2013.

PARKER STILL: Yes, sir. Now, Mr. Ind. 1 with that, do you have any idea why those other -- why they were walked out of the building, the other folks?

Ind. 1 I have no idea. One of them was a -- the the director of the [redacted] is my -- a good friend of mine. I've known him for years. His wife worked for me for 20, 30 years. She was my

research analyst. She was in charge of -- we had a multi-layered platform for collecting information. We, through various and sundry ways, subscribed to all these groups, printed material. We subscribed to their websites, captured their -- actually captured their websites and stored them. For use, you know, if we ever sued them down the road, we'd have --

PARKER STILL: Sure.

Ind. 1 Have that for evidence. We had newspaper clippings from all over the country. We could probably a thousand a month that got entered into the database. And they were local clippings, you know, like the "Pull My Finger Weekly" out of Mississippi might go out and actually interview the Klan guy, whereas the Times is not going to even leave the desk. They're just going to pick up the phone or or see what's on the internet.

PARKER STILL: Sure.

Ind. 1 So, you know, we

[redacted]

were collecting all this stuff. Her job was to make sure that it was coming in and to make sure it was getting entered into the database and those kind of things and, you know, handling employee problems and those kind of thing. Why they -- I mean, she was no security threat at all.

PARKER STILL: Yeah.

Ind. 1 Longtime employee, been there for years and years and years, came up through the mail room, came up through the ranks. And why they did that, I don't know. But they did it to everybody, well, that I've heard of. Everybody sits there forward. And that's kind of when the regime was changing.

DAVID MCDANIEL: Yes.

Ind. 1 Now, [redacted] and Heidi got they got more involved in the F program because of the magazine.

They were trying to guide what they were doing, you know, for stories to write about, you know, things that were

going on. They wanted to flesh them out and get more information on them. And, you know, they did a decent job on it. Oh, from what I know they did, but what they were doing behind the scenes and things like that, I don't know. The last five or 10 years when I became dissolutioned with the, disillusioned with the Center, I just kind of kept my head low. I went out, I traveled a lot, teaching and that's about basically what I did. I was aware of what was going on in the program. [redacted] was managing most of it. She was handling the more, I call them problem children that just, that had a lot of issues and you had to kind of hold their hand and make sure they didn't do stupid stuff.

DAVID MCDANIEL: Is that the Fs?

Ind. 1 Yeah.

DAVID MCDANIEL: You talking about? Okay. The lady you were mentioning, do you think she'd be willing to talk to us and shed a light on this?

[redacted]

Ind. 1 I don't know. We had a [redacted] and I were very, very close friends, but when they -- when she didn't let [redacted] know -- that it was [redacted] [redacted] is the girl that was escorted out of the --

PARKER STILL: Yeah, that's the one I was talking about, [redacted]

Ind. 1 She's deceased.

PARKER STILL: Oh, she passed away.

Ind. 1 Yeah.

PARKER STILL: Oh, I'm sorry. Yeah. Yeah. Any others that you think might could shed light on why they were walked out in that 2013 time frame?

Ind. 1 I don't know. I'm trying to think if [redacted] was there. He was chief of security. I know he left and he's still around. I talked to [redacted] a couple of years ago just on something else. I was looking for something. He used to be in the -- he owned [redacted] and some other

place and did motorcycle racing with his kids did. But I don't know what he's doing now, but he might would talk to you. He's ex-military.

PARKER STILL: Oh, yeah.

Ind. 1 Master sergeant. He's sharp, sharp guy. I mean, he --

PARKER STILL: Yeah.

Ind. 1 He brought our security from granddaddy with a flashlight to what they have now.

PARKER STILL: Is he in Alabama somewhere?

Ind. 1 Yeah. Oh, he was.

PARKER STILL: Okay. [redacted]

Ind. 1 Yeah, I might have a contact information for him. And I don't know. I don't know what terms he left or when he left.

PARKER STILL: Yeah.

Ind. 1 I just know that when I talked to him, he was not there

anymore and I forget what he's doing now.

PARKER STILL: Okay.

Ind. 1 I really don't remember what he's doing. Let's see.

DAVID MCDANIEL: You said [redacted] was married to --

Ind. 1 [redacted].

DAVID MCDANIEL: Guy you work for?

Ind. 1 Right. [redacted] He's the [redacted] Chiefs Association.

DAVID MCDANIEL: How do you spell that last name?

Ind. 1 [redacted].

DAVID MCDANIEL: You think he would have any insight on why she was walked out?

Ind. 1 I well, I don't think she did. She was incensed. I mean, she came -- she called me the day it happened and said or actually he called me and said, "You're not going to believe this." They

escorted [redacted] out of the building. And I was -- it just blew me away.

PARKER STILL: Was it 2013 when that happened?

Ind. 1 It was after that.

PARKER STILL: A little after?

Ind. 1 Yeah. I mean, everything was intact when I left.

PARKER STILL: Yeah.

Ind. 1 And then after that, it started crumbling.

PARKER STILL: When did you do you remember the month?

Ind. 1 Not because I left.

PARKER STILL: No. Do you remember the month, Mr. Ind. 1 when you left, approximately?

Ind. 1 Probably I'm guessing around March. January, January, February, March, somewhere around there.

PARKER STILL: Okay.

Ind. 1 Let's see. Wait a

[redacted]

minute, that may not be true. It might have been, it might have been in June.

PARKER STILL: Okay.

Ind. 1 Because I was ordained in June of that year.

PARKER STILL: Okay.

Ind. 1 And I left soon thereafter.

Q Yes, sir.

Ind. 1 So it was probably later. It might have been March of the next year.

PARKER STILL: Okay.

Ind. 1 '14 or something. [redacted]. Well, that's definitely the law Center number. I had a home number of [redacted] and a mobile of [redacted]. And I've got a second mobile I'll give you that because some of these are law Center numbers.

PARKER STILL: Yes, sir.

Ind. 1 [redacted].

PARKER STILL: And I may

was talking with him in '13, and then he was the one that had the shootings out in Kansas.
Ind. 1 Right.
PARKER STILL: He was involved in that.
Ind. 1 Right.
PARKER STILL: And we were trying to figure out if he was an F.
Ind. 1 No, he never was.
PARKER STILL: Yeah.
Ind. 1 But not that I know of.
PARKER STILL: Okay.
Ind. 1 That was back before we had good security. We just had to put scotch tape on our hoods of our cars when we stayed in the hotels over there just to make sure nobody was trying to blow us up or burn us up.
PARKER STILL: Geez.
Ind. 1 It was scary times. It was good times, though. I mean, we were doing some good stuff back then, but none of

this crap they're doing now.

PARKER STILL: And any -- but you do know Heidi was at least discussing at one time about using [redacted]

Ind. 1 I think her and [redacted] both talked about it. Not using him, but interviewed -- calling him.

PARKER STILL: Oh yeah, calling him.

Ind. 1 Yeah. He may have even called us.

PARKER STILL: Okay.

Ind. 1 He may have even picked up -- he was crazy enough that he would've called us.

PARKER STILL: Yeah.

Ind. 1 Try -- you know, trying to make -- get some money or something.

PARKER STILL: Yeah. Any other -- so those were kind of just some lists of some more recent names that we found on there, Mr. Ind. 1 Anybody else that you thought of rang a bell as Fs back in the day?

Ind. 1 Well, the let's see. Four was a guy named [redacted]. I told you about him.

PARKER STILL: Yeah.

Ind. 1 He's deceased, I believe. I'm not certain, but I'm pretty sure that I heard that he had passed away. And there was so many of them, it's hard to remember them all. This far gone. [redacted] would remember them all.

PARKER STILL: Yes, sir.

Ind. 1 She'd be a good person to talk to. And I'm I don't even know what she's doing now. I guess she's still in Montgomery.

DAVID MCDANIEL: You mentioned just a minute ago, you know, what y'all were doing then was different than the crap they're doing now. What what exactly do you mean by that?

Ind. 1 Well, I mean, we went after radical Klan I mean, violent Klan groups and skinheads and neo-Nazis. And we

were running these SIN conferences every couple of years for law enforcement where we'd bring in the top cops that knew about skinheads. And we'd have a two or three day conference for them. We'd fly them in. They'd use our facilities. They would interact with each other. The the ticket for admission was you had to do a one-hour presentation on what you knew about skinheads to them. Of course, we got to sit in on the classes, so it helped us verify our information --

PARKER STILL: Sure.

Ind. 1 And get new information, that kind of stuff, and swap information with them. But they -- we really catered to law enforcement back then. I mean, we would if they called them with a question and we didn't know the answer to it, we'd try to find it. You know, we'd point our folks at them and say, you know, find out what you can about this. And but they don't -- as I understand it, after I left, that

[redacted]

kind of deteriorated pretty rapidly. And the magazine had gotten so bad, the stories in the magazine had gone from intel and and cases and lawsuits that we had won and stuff like that. It had gone from that to stories about, you know, maybe some kind of police misconduct or abuse or something like that or some lawsuit or whatever. And or they were just really political and not of -- to me, they had no intelligence value to them at all.

And to me, that wasn't the whole purpose of the magazine. It was supposed to be like an intelligence bulletin for law enforcement. And it just gradually just really left that.

PARKER STILL: Sure.

Ind. 1 Especially after [redacted] became editor and Heidi came. He hired Heidi as the assistant and they, you know, they had their their agenda and what they were trying to accomplish.

PARKER STILL: Yes, sir.

Ind. 1 Oh, I didn't even

[redacted]

hand in -- I would only hand out the year end
because it had all the maps and the list of
the groups in it.
PARKER STILL: Right.
Ind. 1 That's only handout
I ever used.
PARKER STILL: Yes, sir.
Ind. 1 All year long. I
never used the rest of them.
PARKER STILL: Did did Heidi
ever talk, or anybody ever talk, at that time?
I mean, I know it really started after you
were -- left, but the targeting of the
conservative type organizations, the shift
over to that?
Ind. 1 No. I mean, I -- a
number of times actually, I was the one that
got them to list Black separatist groups.
PARKER STILL: Yes sir.
Ind. 1 There was a lot of
resistance to that. I said, you know,
there's no difference if you take the race
out, they're exactly the same.

Philosophically and religiously and everything else, they they believe the same same thing. And so finally they started listing them and the -- I tried to get them to do the animal rights people and the tree huggers and all that because they were getting really violent. They were --

PARKER STILL: Yeah.

Ind. 1 Especially out of the country, you know, they were kidnapping insurance people.

PARKER STILL: Yeah.

Ind. 1 Just doing all kinds of crazy stuff. But they never would do that. But the -- I don't remember Heidi or [redacted] either one, you know, discussing that with me.

PARKER STILL: Right. Yes, sir.

Ind. 1 And I think they pretty much knew where I stood, you know?

PARKER STILL: Sure.

Ind. 1 That I was, you

[redacted]

know, I was an ex-cop that was --

PARKER STILL: Right.

Ind. 1 That's what my skillset was, not --

PARKER STILL: Yeah. I just find it fascinating this walking them out, you know, in '13 and then everything kind of shifts. Yeah, that's really interesting.

Ind. 1 And it may have started before then, but it just seems like they got rid of all the -- all my crew. You know, I had like 15 or 20 people there, 17 people, I think it was. And this -- they were -- they only kept like one or two of them that were data entry people.

PARKER STILL: Yeah.

Ind. 1 Everybody else got -- were gone.

DAVID MCDANIEL: Any more of those people you can think of by name?

Ind. 1 Well, one of them was [redacted]. Now [redacted] used to be an F and an employee because he was an [redacted]

[redacted] But at the last -- I mean, he was on steroids and got addicted to meth and just went downhill quick. I mean, he was living in, somewhere down around Troy. I don't even know if he's still alive, but he was a smart guy and we -- I can't -- he was a [redacted] He was a -- he's one of the [redacted] when they hired him. And I got to talking with him one day and he was real fascinating and was interested in the movement and everything. And I -- so I got him to put in an application with us and made him a data entry person and he did well at that. And then we started using him on some stuff like skinhead rallies and stuff because he looked big and bald and mean and tattooed. So he was --

PARKER STILL: Yeah.

Ind. 1 He was just what the doctor ordered. But they weren't racial tattoos, but they were tattoos nonetheless.

PARKER STILL: Yeah. Yeah.

Ind. 1 But anyway, he did

[redacted]

was like in the mid '80s, late '80s. And everything changed then. You know, we developed the database and had to where we could scan all their material. Everything we had written down was in that database, you know?

PARKER STILL: Yeah. This is more curiosity.

Ind. 1 And retrievable.

PARKER STILL: Anything Mr. Ind. 1 did y'all ever have any of them who, kind of, went off the rails, the Fs who were -- did y'all -- would y'all just cut them loose at that point if they did something?

Ind. 1 Oh, probably.

PARKER STILL: Yeah.

Ind. 1 I'm trying to think if we did.

PARKER STILL: Because we're just trying to understand, like, Heidi, why, you know, some of the stuff she did later on, again, after you were gone.

Ind. 1 To me, just if --

[redacted]

just my off -- off the gut impression, it would have to have been political. Just, you know?

PARKER STILL: Yeah.

Ind. 1 She, you know, like a lot, and not all liberals hate conservatives, but I think there's a a good degree of hatred for kind of conservatism. I think that's who they ran off first were the Christians and the conservatives.

PARKER STILL: Yeah.

Ind. 1 You know, then they -- then the rest, they just replaced with people they liked, you know, that agreed with them politically.

PARKER STILL: Yeah.

Ind. 1 That's my impression. And I want to be clear about that. That my impression.

PARKER STILL: Oh yeah. No, no. Absolutely. I don't, I don't know that, but I would say -- I mean, if they were moving hundreds of thousands of dollars

[redacted]

around, it was just like -- kind of like fast forward to now when they were DOGE-ing and everything and they saw all that money going out the door for stupid stuff that wasn't real, you know, but it was ended up in, you know, political --

PARKER STILL: Yeah.

Ind. 1 Or nonprofits, you know?

PARKER STILL: Yeah.

Ind. 1 I think it was probably something along those lines.

PARKER STILL: Okay.

Ind. 1 If they were -- if they had a lot of I mean, when I left, I think it was around $300 million, $350 million they had in the kitty.

PARKER STILL: Yes, sir.

Ind. 1 So they had plenty of it, so.

PARKER STILL: Yeah. Yeah. Makes sense. Makes sense. See if there was any other names. I think that was it. And I

[redacted] [redacted] [redacted]