# EXHIBIT 18

INTERVIEW OF

Witness D

2-3-26

AGENT JUSTIN LOWRANCE: All right. It's February 3rd, 2026. We are at [redacted].

Supervisory Special Agent Parker Still is here. Myself, Justin Lowrance is here. Witness D [redacted] here. His attorney [redacted]: [redacted] yes.

AGENT JUSTIN LOWRANCE: [redacted] is here.

And it is 12:47 p.m.

AGENT PARKER STILL: All right. Great.

All right. Well, Mr. Witness D -- Witness D as we talked about earlier, a couple of things we just want to get started with.

Can you give me a little bit about just yourself? Kind of like I did, just a little bit of where you're from, educational background, that type of thing.

Witness D [redacted], [redacted]

I went to [redacted] high school. After that, I enlisted in the [redacted] for a

AGENT PARKER STILL: Okay. Was that -- did you feel like that information you provided them was accurate in their online publications or their --

Witness D [redacted] Yearly I would have to do what you're describing, like, all right, this state has this organization and I know for sure these are the members, that kind of thing.

AGENT PARKER STILL: Uh-huh.

Witness D [redacted] I've only -- the last time I looked was probably years ago, but there were some inaccuracies I'd say, yeah.

AGENT PARKER STILL: Okay.

Witness D [redacted] Mostly that would relate more to like militia-related things, I would say.

AGENT PARKER STILL: That's fine.

Witness D [redacted] But that's my opinion. I'm not --

AGENT PARKER STILL: No, no. That's what we're getting at.

I'm just curious more than anything, if, like, you're providing them with information, if they're then putting out something different, that, if that makes sense.

Witness D [redacted] They may not put out things.

AGENT PARKER STILL: Or not. Fair enough. Fair enough. Fair enough.

Witness D [redacted] That was more my experience.

AGENT PARKER STILL: Did they ever direct you to any, like -- did they direct you to any websites, like, hey, look at this website or that website, anything out there?

Witness D [redacted] I'm sure over the time they had mentioned them, yes.

I'm trying to think specifically. Fascist Forge maybe. I remember that. But specifically other than that, I don't.

AGENT PARKER STILL: Okay. Ever any associations, did they ever tell you, say, hey, look at -- because some of the issue with the Center over the years while not, you know, necessarily what we're talking about today, is some of the, like, Alliance Defending Freedom, some of those type websites out there that have more, I'll term, conservative type organizations, did they ever direct to you any of those, to look at those?

Witness D [redacted] At the end it was that American Contingency. More militia.

AGENT PARKER STILL: Militia? Okay.

Witness D [redacted] That was at the very end. And I even told them with the militia and incel stuff, this isn't my forte. I'm not particularly effective in those areas.

AGENT PARKER STILL: Yes, sir.

Witness D [redacted] But, yes, they wanted after the J6 stuff, they wanted eyes on the militia movements.

Any mentions of J6, that kind of stuff. Evidence of people that were there. If they had -- like NSC-131 brought back a few of the Capitol Police helmets from there and put NSC-131 stickers and took pictures with them, so things like that.

AGENT PARKER STILL: Okay. And I keep jumping -- like I said, I ask bad questions. Jumping ahead.

But I want to still go back to the 2019 time frame --

Witness D [redacted] Yep.

AGENT PARKER STILL: -- because we see a shakeup at Southern Poverty Law Center at that time.

Were you aware of that or --

Witness D [redacted] Yeah.