# EXHIBIT 19

**Interview Date:** 02/23/2026 **Witness:** Witness E

**Justin Lowrance:** [00:32:23] Okay.

Witness E [00:32:24] So that way, in case we did meet, you know, there wasn't that weird...

**Justin Lowrance:** [00:32:29] Yep.

Witness E [00:32:29] And people would get called out on it.

**Justin Lowrance:** [00:32:31] Sure. Yep. So, about this Hate Map.

Witness E [00:32:36] Yes.

**Justin Lowrance:** [00:32:36] The last time, last contact, or your contract ended in 2023, do you recall ever a time where they started putting different types of groups on the Hate Map?

Witness E [00:32:53] [sighs] There was some weird things that I—

**Justin Lowrance:** [00:32:58] Got it.

Witness E [00:32:58] Okay.

**Justin Lowrance:** [00:32:59] Thank you.

Witness E [00:32:59] There were some weird things that I did notice. There was like, they were going like after right-wing groups also. And I don't know who was in those or anything like that.

**Justin Lowrance:** [00:33:10] When did that start, you think?

Witness E [00:33:13] I wanna say probably the last year I was with them. I started noticing that pop up on there.

**Justin Lowrance:** [00:33:18] And when you say you noticed it, were you on their website or...?

**Interview Date:** 02/23/2026 **Witness:** Witness E

[redacted] [00:33:21] I'd look at it.

**Justin Lowrance:** [00:33:22] Okay.

Witness E [00:33:23] I'd see, I'd give them the information. I never had access to it directly. I just had public view.

**Justin Lowrance:** [00:33:27] Mm-hm.

Witness E [00:33:28] And like I'd read some of the articles on like, things that I knew firsthand.

**Justin Lowrance:** [00:33:34] Okay.

Witness E [00:33:34] And, uh...

**Justin Lowrance:** [00:33:36] From information you provided?

Witness E [00:33:38] No. There was a few things, odds and ends, yes, that were in there.

**Justin Lowrance:** [00:33:43] Uh-huh.

Witness E [00:33:43] But a lot of it, no.

**Justin Lowrance:** [00:33:44] Okay.

Witness E [00:33:45] And I don't know where they got the rest of that information from. It could have been somebody else. I don't know.

**Justin Lowrance:** [00:33:48] Yeah.

Witness E [00:33:49] But...

**Justin Lowrance:** [00:33:50] When you say the things that you knew, like direct knowledge of, do you recall what those were?

**Interview Date:** 02/23/2026 **Witness:** Witness E

[redacted] [00:33:55] Just like somebody being a truck driver and they were, they would go out and do flagging, what they call flagging, going out there to the monuments and going out there with the Confederate flags...

**Justin Lowrance:** [00:34:14] Ah.

Witness E [00:34:14] ...in like Danville, Virginia and stuff like that.

**Justin Lowrance:** [00:34:16] Mm-hm. Okay. Okay.

Witness E [00:34:17] Yeah.

**Ben Matney:** [00:34:18] So, that's the only stuff that you provided regarding these type of groups?

Witness E [00:34:21] Yes.

**Ben Matney:** [00:34:22] You became aware of someone that was driving trucks that was doing this for them?

Witness E [00:34:27] Right. Right.

**Justin Lowrance:** [00:34:28] Do you think the information that they put in those articles was mostly accurate or was...?

Witness E [00:34:32] To be honest with you, no.

**Justin Lowrance:** [00:34:34] Tell me why.

Witness E [00:34:36] Like I've met, I've had, I sat down at tables like this, we'll say, with like David Duke sitting right there and his dog running across my lap, that annoying white dog. [laughs]

**Justin Lowrance:** [00:34:48] Yeah.

[redacted] [00:34:49] And Dr. Hill, Michael Hill. Michael Tubbs. And I've sat there with those guys...

**Justin Lowrance:** [00:34:58] Mm-hm.

Witness E [00:34:58] ...and had conversations with them. And the stuff that they put in the articles were more extreme than—

**Justin Lowrance:** [00:35:06] Like, to make them sound more extreme?

Witness E [00:35:08] Yes, yes.

**Justin Lowrance:** [00:35:09] Okay.

Witness E [00:35:09] Yes.

**Justin Lowrance:** [00:35:10] Okay. Did you ever tell anyone at SPLC that?

Witness E [00:35:15] No.

**Justin Lowrance:** [00:35:16] Okay.

Witness E [00:35:16] No. I tried to stay out of it as much as I could talking to them up there.

**Justin Lowrance:** [00:35:19] Mm-hm.

Witness E [00:35:20] Just did my stuff that I was supposed to do, and that was it.

**Justin Lowrance:** [00:35:24] So besides David Duke, Dr. Hill, I think you said.

Witness E [00:35:28] Yes.

**Justin Lowrance:** [00:35:28] Did you ever meet anyone that, I guess, would be a big name in these circles?

**Interview Date:** 02/23/2026 **Witness:** Witness E

[redacted] [00:35:35] I met most of those guys from, uh... Oh, what was the guy from Red River Radio? They call him the Bomb—something Bombardier. He did Red River Radio. I can't remember his name.

**Justin Lowrance:** [00:35:50] Okay.

Witness E [00:35:50] There was one guy from... If I seen a picture of him, I'd know who he was, but he was a, had something to do in Tennessee. He was wanting to run for government.

**Justin Lowrance:** [00:36:06] Okay.

Witness E [00:36:07] And he did a lot of podcasts. Red pill, blue pill.

**Justin Lowrance:** [00:36:10] Okay.

Witness E [00:36:11] He did that podcast and then another guy that did podcasts in Florida. But other than that, David Duke. A bunch of times I've met him.

**Justin Lowrance:** [00:36:25] And what did you guys discuss? Like you said, sitting around a table.

Witness E [00:36:28] They were just sitting around there eating and I just happened to be at the table.

**Justin Lowrance:** [00:36:30] Okay.

Witness E [00:36:31] And just kinda kept my ears open.

**Justin Lowrance:** [00:36:34] Do you recall where this was?

Witness E [00:36:36] Yes. Once was at... Well, actually, probably all the times I met David Duke was... Once was in Florida.

**Justin Lowrance:** [00:36:45] Mm-hm.

[redacted] [00:36:46] At, uh... Sorry. I get brain fade.

**Justin Lowrance:** [00:36:54] No, it's fine. It's a long time ago.

Witness E [00:36:56] Yeah. Oh, I can't think of the name of that town. They held their events there, in Florida. Lake something.

**Justin Lowrance:** [00:37:13] Okay. It's fine.

Witness E [00:37:15] Um...

**Justin Lowrance:** [00:37:16] And this was at someone's house or [inaudible]?

Witness E [00:37:17] No, it was actually at [redacted].

**Justin Lowrance:** [00:37:19] Okay.

Witness E [00:37:20] And then once in [redacted] I can't remember the name of the [redacted] That was years ago.

**Justin Lowrance:** [00:37:27] Mm-hm.

Witness E [00:37:28] And then at another [redacted] in... Near, near [redacted]

**Justin Lowrance:** [00:37:39] Mm-hm.

Witness E [00:37:40] So...

**Justin Lowrance:** [00:37:40] Okay. Okay. And you provided all those names and times to them to...?

Witness E [00:37:47] Oh, yeah. Yeah.

**Justin Lowrance:** [00:37:48] Okay. Okay. So, I think I kinda interrupted you earlier when you said that you started to notice them starting to put on like conservative or right-wing...

**Interview Date:** 02/23/2026 **Witness:** Witness E

[redacted] [00:37:59] Yes.

**Justin Lowrance:** [00:37:59] ...groups on there. And you said that was '20. It was after, it was after [redacted] left, I think is what you had mentioned.

Witness E [00:38:04] Yes. Yes, it was right after she left, 'cause she went—she told me she was going to a government job or something, I can't remember.

**Justin Lowrance:** [00:38:10] Okay. Yeah.

Witness E [00:38:11] And she went to... I'm sorry. I started noticing that, like, these "Mother" groups were getting on there.

**Justin Lowrance:** [00:38:22] Like Mothers Against Drunk Driving?

Witness E [00:38:23] No. Like something of Liberty. Mothers of Liberty, or something like that.

**Justin Lowrance:** [00:38:30] Mm-hm. Okay.

Witness E [00:38:31] They were basically going against, they were a group that was against putting all these, like LGDP [sic]—

**Justin Lowrance:** [00:38:42] Oh, yeah.

Witness E [00:38:42] LGQ things in the schools, and they wanted to stop all that stuff, so the parents had more rights...

**Justin Lowrance:** [00:38:50] Yep.

Witness E [00:38:50] ...than the schools.

**Justin Lowrance:** [00:38:51] Yep.

Witness E [00:38:51] So...