# EXHIBIT 20

[00:15:18] AGENT STILL: Yeah. Wow, that's, well, that's a huge help. A huge help, F-9 this morning. Uh, we may have to reach out back out to you in the coming days or or the next few weeks about some additional stuff, but that's uh, that's kind of a, that's a huge help to us this morning.

[00:15:33] F-9 Okay. Have you flipped Beirich?

[00:15:35] AGENT STILL: Well, I, you know, I can't get into all that right now, but I tell you what, we will be able to give you a call with an update by the end of the week. How about that?

[00:15:44] F-9 I believe she will cooperate with you. She has no reason not to. She was treated very poorly by [redacted] and [redacted] and by [redacted] and by everybody there. And she did nothing wrong. She wasn't laundering money. She was getting cash to pay informants. I mean, you understand this is a very sneaky, backstabbing business, this spying business. And a lot of times, these are people that want cash. And we get them cash. She took cash out of her bank and checked it to [redacted] You flip [redacted] you got it. You flip Beirich, you got it. I'm guessing you talked to somebody, either talked to um, [redacted] [redacted] [redacted] not returning my contact, so you probably talked to [redacted]. But all of these people in my view will cooperate. They have no reason not to. This was a very, very successful espionage operation. Some of the best work they've done in their careers that will be remembered all of their lives was done there. Much at the uh, much without the consent or support of the Law Center. They basically just wanted to raise money. But they all, in my view, would cooperate. So I know you want me to shut up and let you go.

[00:16:58] AGENT STILL: No, no, no. No. We're really, we're in a time crunch and I think when I call you at the end of the week, you'll uh, you'll see kind of why. So uh, we look forward to talking to you again really soon, F-9

[00:17:10] F-9 I hope that I've helped you. I've done my best to assist you in a very dangerous fucking job you guys got. This is, this is just pure balls. I I mean ...

[00:17:21] AGENT STILL: But we'll, we'll uh, we will definitely be in touch this week with you, sir, and we do appreciate it.

[00:17:27] F-9 Shut them down. Take all their money. Make them not go after conservative Christians or decent people again.

[00:17:36] AGENT STILL: Yes, sir. We'll definitely be in touch and I think you'll uh, we'll, we'll, like I said, we'll be in touch, F-9 and have some stuff to share with you this week and we sincerely appreciate everything.

[00:17:46] F-9 I will testify before a grand jury. I hope to God I don't. I'm not a very good witness, particularly easily impeachable. I'm mentally ill and cranky.

[00:17:55] AGENT STILL: No, sir. We'll, we'll talk to you by Friday. We look forward to it.

[00:17:59] F-9 Hopefully not with a squad cars at my doors.

[00:18:02] AGENT STILL: No, no, no, sir. No, sir. Definitely not.

[00:18:07] F-9 Keep up the good work. You agents are saving America.

[00:18:10] AGENT STILL: All right. We appreciate it. Thank you, F-9 You'll have a great day, sir.

[00:18:16] AGENT MCDANIEL: All right, we'll be back in touch, F-9 Thank you.

[00:18:17] F-9 Okay. Take care.

[00:18:19] AGENT MCDANIEL: Yes, sir. Bye-bye.

[00:18:19] F-9 Thanks. Bye.

[00:18:23] AGENT MCDANIEL: It is 8:19 and the recording is being stopped.