# EXHIBIT 22

FD-1036 (Rev. 10-16-2009)

UNCLASSIFIED//FOUO

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

## Import Form

**Form Type:** FD-71A - Guardian Complaint Form **Date:** 10/24/2025

**Title:**U Southern Poverty Law Center Hate Group Designation

**Approved By:** STILL PARKER H

**Drafted By:** KINSEY STEVEN KYLE

**Case ID #:** 44E-MO-4147499 (U) The Southern Poverty Law Center, Inc-Subject: Liberty Counsel, Moms For Liberty, Family Research Counsel-Victims; Nationwide; Civil Rights-Religious Discrimination, SENSITIVE INVESTIGATIVE MATTER (SIM)
SENSITIVE INVESTIGATIVE MATTER

**Synopsis:** U DOCUMENT SYNOPSIS CREATED ON 10-24-2025 10:41 AM--SEE GUARDIAN 1285926_MO FOR CURRENT ASSESSMENT DATA.
The Southern Poverty Law Center ("SPLC") was founded in 1971 in Montgomery, Alabama, as a 501(c)(3)nonprofit to focus on civil rights and public interest litigation. The organization received national attention in the 1980s when they began a litigation strategy of filing lawsuits on behalf of victims of violence. However, in the year 2000, the SPLC started publishing a "Hate Map" that tracks approximately 1400 entities they classify as hate groups or hate organizations which would ultimately lead to massive revenues for the organization. The SPLC seeks donors for their organization and based on their Form 990 for fiscal year 2024, disclosed $786.7 million in net assets. The net assets of SPLC have more than doubled since 2016. The total revenues for 2024 were $129 million and total revenues for 2023 were $169.8 million. For context, in 2023, the SPLC brought in more money than the Special Olympics, United Service Organizations, YMCA of the USA and the Make-a-Wish Foundation of America.

Hate Map:

Since the year 2000, the SPLC has published a "Hate Map" which currently tracks approximately 1400 entities the SPLC classifies as hateful and extremist. Many of the entities on the hate map are placed there as a smear tactic solely because they disagree with the ideology of the SPLC. Recent publications such as Politico have noted that the SPLC is

Title: U Southern Poverty Law Center Hate Group Designation
Re: 44E-MO-4147499, 10/24/2025

"becoming more of a partisan progressive hit operation than a civil rights watchdog." A former SPLC senior fellow Mark Potok said, "sometimes the press will describe us as monitoring hate groups. I want to say plainly that our aim in life is to destroy these groups, completely destroy them."

The SPLC labels conservative values and faith-based organizations like Liberty Counsel, Moms for Liberty, Family Research Counsel, Alliance Defending Freedom, Focus on the Family, and Turning Point USA as hate groups on the hate map. Other entities include those such as KKK organizations that serve as a cover for the list thereby leading to extreme connotations. Current Affairs' editor, Nathan J. Robinson, cited the hate map as "an outright fraud" and "a willful deception designed to scare older liberals into writing checks to the SPLC."

The SPLC has asserted in the public forum that the hate-group designation is "highly debatable and ambiguous," belongs to the "realm of political debate," and "not capable of being empirically proven true or false." As stated by a former SPLC employee "it was hard, for many of us, not to feel like we'd become pawns in what was, in many respects, a highly profitable scam."

Despite the discredited and fraudulent representations made by the SPLC, government agencies have used the data and analysis in their work product to include the FBI and FinCEN. The use by the federal government and the interwoven definitions used by the SPLC on their website give the reader of the hate map the perception that the information is indeed factually accurate. Statements such as "the hate and antigovernment extremist map, which depicts the groups' approximate locations, is the result of a year of monitoring by analysts and researchers and is published annually." "The SPLC uses a variety of methodologies to determine the activities of groups and individuals. These include reviewing extremist group publications and materials, and reports by the public, law enforcement, field sources and the news media." It should be of note there is no disclaimer by the SPLC as related to the hate map and/or subsequent designation. To the contrary, the map, information provided on the entities and definitions give the appearance of an official publication.

Violent Consequences of the Designation:

In...CONTENT TRUNCATED--SEE GUARDIAN 1285926_MO FOR COMPLETE TEXT

Title: U Southern Poverty Law Center Hate Group Designation
Re: 44E-MO-4147499, 10/24/2025

♦♦