# EXHIBIT 24

| DATE | DIRECTION | ADDRESS | TYPE | MESSAGE | ATTACHMENT |
|---|---|---|---|---|---|
| Jul 26, 2026, 5:17 PM | Received | [redacted] | SMS | About an hour ago, the Braves beat the Orioles 3-2 in the 11th, winning the series. | |
| Jul 26, 2026, 6:29 PM | Sent | [redacted] | SMS | Thank you. We will call you back | |
| Jul 26, 2026, 6:30 PM | Sent | [redacted] | SMS | Tomorrow | |
| Jul 26, 2026, 6:39 PM | Received | [redacted] | SMS | Copy | |
| Jul 30, 2026, 10:16 AM | Received | [redacted] | SMS | https://www.thegatewaypundit.com/2026/07/finally-dishonest-mi-sec-state-jocelyn-benson-gets/ | |
| Jul 30, 2026, 10:23 AM | Received | [redacted] | MMS | | IMG_2794_MMS_1719_1918.png |
| Jul 30, 2026, 3:20 PM | Sent | [redacted] | SMS | Thank you for the update | |
| Jul 30, 2026, 3:21 PM | Received | [redacted] | SMS | LOL | |
| Jul 30, 2026, 3:22 PM | Received | [redacted] | SMS | You need a witness that can explain how the Center lost its way. | |
| Jul 30, 2026, 3:23 PM | Sent | [redacted] | SMS | Yes | |
| Jul 30, 2026, 3:24 PM | Received | [redacted] | SMS | How it started pandering to donors over politics. | |
| Jul 30, 2026, 3:24 PM | Received | [redacted] | SMS | Ind. 1 saw it happening. | |
| Jul 30, 2026, 3:24 PM | Sent | [redacted] | SMS | Do you have a recommendation on who would be best? | |
| Jul 30, 2026, 3:25 PM | Received | [redacted] | SMS | Get him and you've got your case. | |
| Jul 30, 2026, 3:26 PM | Received | [redacted] | SMS | He heard the outrage from cops when they started going after Lou Dobbs. | |
| Jul 30, 2026, 3:26 PM | Received | [redacted] | SMS | Got him fired. | |
| Jul 30, 2026, 3:26 PM | Received | [redacted] | SMS | Dobbs. | |
| Jul 30, 2026, 3:26 PM | Sent | [redacted] | SMS | Copy | |
| Jul 30, 2026, 3:27 PM | Received | [redacted] | SMS | He was there when the Center targeted violent extremists and sued the worst of them. | |
| Jul 30, 2026, 3:32 PM | Received | [redacted] | MMS | 88% of donors wanted thought it was "very important" that they targeted conservative media personalities. | IMG_0093_MMS_1721_1920.jpg |
| Jul 30, 2026, 3:34 PM | Received | [redacted] | SMS | More important than tolerance education, immigration rights etc. LGBT was of no interest at all. | |
| Jul 30, 2026, 3:35 PM | Received | [redacted] | SMS | Tying conservatives to "hate" was big money. | |