**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

THE SOUTHERN POVERTY LAW CENTER, INC.,

Defendant.

Case No. 2:26-cr-00139-ECM-KFP

**DECLARATION OF MICHAEL J. PROCTOR IN SUPPORT OF DR. BEIRICH'S BRIEF AND MOTION FOR DISCOVERY REGARDING VINDICTIVE AND SELECTIVE PROSECUTION, OR, IN THE ALTERNATIVE, TO DISMISS THE INDICTMENT**

**DECLARATION OF MICHAEL J. PROCTOR**

I, Michael J. Proctor, declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California. I am an attorney with the law firm of Iversen Proctor LLP, counsel for Dr. Heidi Beirich in this action. I have been admitted to practice in this Court *pro hac vice* on behalf of Dr. Beirich.

2. Based on a review of the documents and information that the government has provided to Dr. Beirich in discovery, as well as publicly available information about the FBI's case number and case-management system, "Sentinel," I understand the following facts related to the investigation of this matter by the local Alabama team of prosecutors and agents (the "Prosecution Team"):

a. The FBI, IRS-CI, and U.S. Postal Inspection Service participated in an investigation in the Middle District of Alabama of the SPLC and its employees beginning in 2019. FBI SA J. Deanne Lindsey, IRS-CI SA David McDaniel, and USPIS Inspector J.D. Tynan participated in the investigation. For the 2019 investigation, the FBI used case number 196D-MO-2954361. The leading digits "196D" reflect a wire and/or mail fraud investigation. It does not appear that any new files, electronic communications, or interview reports have been added to that case since around 2021. The Postal Inspector who participated in that investigation left the Postal Service and joined the Alabama Attorney General's Office in or around 2022.

b. In or around October 2025, the FBI opened a new investigation using case number 44E-MO-4147499. The leading digits "44" represent a civil rights investigation, as also reflected in the exhibits submitted with this Motion. *See* Exhibit 22 (case ID and description). That investigation was first opened as an initial "Guardian assessment"

based on allegations like those in the White House Letter and the FBI designated it a "sensitive investigative matter." *See id*; *see also* Exhibit 9 (summary of Guardian assessment 1285926_MO). FBI Supervisory SA Parker Still and SA Steven Kinsey, among others, have participated in this investigation. The FBI "closed" the Guardian assessment on or about October 24, 2025, after opening the new case using the 44E case number and converting it to a full investigation. *See* Exhibit 9. Although Dr. Beirich has not received all of the documents from this case file, the documents that she does have show that the FBI continued to use that investigative file well after the Guardian assessment was closed and through, at least, March 4, 2026.

c. Those same allegations from the Guardian assessment and White House Letter were apparently used to open an entirely new wire and/or mail fraud investigation in or around October 2025. *See* Exhibit 8. That separate investigation was assigned new case number 196D-MO-4147499, which the FBI also designated a "sensitive investigative matter." *Id.* (linking the new case number to Guardian 1285926_MO). FBI Supervisory SA Parker Still and SA Steven Kinsey, among others, have participated in this investigation. Dr. Beirich has not necessarily received all of the documents from this case file.

d. Around November 2025, the FBI opened yet another investigation and assigned it case number 29S-MO-4159024. The leading digits "29S" reflect a bank fraud investigation. This 29S investigation is the FBI's file associated with the charges in this case as it has been used to document recent interviews, meetings with F-9, Dr. Beirich's indictment and self-surrender, evidence received, and other relevant events. Associated with the investigation are, among others, FBI Supervisory SA Parker Still, IRS-CI SA

David McDaniel, FBI SA J. Deanne Lindsey, FBI SA Steven Kinsey, and FBI SA Justin Lowrance. Dr. Beirich has not necessarily received every document from this case file, including documents associated with the case opening in or around November 2025. The 29S bank-fraud investigation is linked to the 44E civil-rights investigation in FBI documents. *See* Exhibit 4 (documenting in the 29S *and* 44E cases a November 2025 meeting during which agents and prosecutors selected Dr. Beirich as a target).

3. The discovery in this case reveals that FBI agents, including FBI Supervisory SA Parker Still and FBI SA Steven Kinsey, interviewed or communicated with, at least, representatives from the following groups on the following dates, as documented in FBI case files 44E-MO-4147499, 196D-MO-4147499, and the associated Guardian assessment:

a. Liberty Counsel on September 26, 2025. *See also* Exhibit 7.

b. Moms for Liberty on September 29, 2025.

c. Family Research Council on October 3, 2025.

d. Family Research Council on October 15, 2025.

e. Liberty Counsel on October 15, 2025.

f. Liberty Counsel on October 17, 2025.

g. Alliance Defending Freedom on October 28, 2025.

h. National Religious Broadcasters/Alliance Defending Freedom on October 27, 2025.

i. Heritage Foundation/Daily Caller on November 5, 2025.

j. Heritage Foundation/Daily Caller on January 30, 2026.

4. Based on my review and understanding of the discovery, the SPLC field source referred to by alias "F-9" has met with agents and/or prosecutors in more than twenty meetings

and calls, and sent the lead FBI and IRS-CI case agents at least 1,800 text messages. *See also* ECF No. 184. In particular, at least four of these meetings were in-depth, lengthy "Intelligence Briefings," during which F-9 gave the Prosecution Team evidence, presented his charging theories, recommended witnesses for the government, and, among other things, used detailed PowerPoint slides to guide the Prosecution Team.

I declare under penalty of perjury that the foregoing is true and correct, except that which was stated on information and belief, and as to that I believe the information to be true and correct.

Executed this 2nd day of November, 2026, at Roseville, California.

MICHAEL J. PROCTOR

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd of November, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant counsel of record.

*/s/ Augusta S. Dowd*
OF COUNSEL