IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CR-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, | ) | |
| INC. and HEIDI BEIRICH | ) | |

**ORDER**

Before the Court is Defendant Southern Poverty Law Center's motion under seal (Doc. 183). Upon consideration of the motion, it is ORDERED the Government shall respond by **November 10, 2026**, showing cause why the motion should not be granted. The Government's response shall include a description of the filter team's protocol and identify the date of its implementation.

Done this 3rd day of November, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE