IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CR-139-ECM-KFP |
| | ) | |
| SOUTHERN POVERTY LAW CENTER, | ) | |
| INC. and HEIDI BEIRICH | ) | |

**ORDER**

Before the Court is Defendant Southern Poverty Law Center's Motion for a Preservation Order and for Issuance of a Rule 17(c) Subpoena. Doc. 184. Upon consideration of the motion, it is ORDERED that the Government shall respond by **November 10, 2026,** showing cause why the motion should not be granted. In its response, the Government shall set forth its position as to whether F-9 is part of the prosecution team, as asserted by the SPLC, and address whether the Government has any objection to issuance of the requested subpoena.

DONE this 3rd day of November, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE