**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THE SOUTHERN POVERTY LAW CENTER, INC. and HEIDI BEIRICH | **CASE NO. 2:26-cr-00139-ECM-KFP** |

**DR. BEIRICH'S JOINDER IN THE SOUTHERN POVERTY LAW CENTER'S MOTION FOR A PRESERVATION ORDER AND FOR ISSUANCE OF A RULE 17(c) SUBPOENA**

Defendant Heidi L. Beirich hereby joins in the Southern Poverty Law Center's Motion for a Preservation Order and for Issuance of a Rule 17(c) Subpoena (Docket No. 184).

Dr. Beirich appreciates the Court's attention.

Dated November 10, 2026

Respectfully submitted,

*/s/ Michael J. Proctor*
Michael J. Proctor (CA State Bar No. 148235)
Marc S. Harris (CA State Bar No. 136647)
IVERSEN PROCTOR LLP
1325 Palmetto Street
Los Angeles, CA 90014
Telephone: 213-787-7699
michael@iversenproctor.com
marc@iversenproctor.com

*/s/ Augusta S. Dowd*
Augusta S. Dowd (ASB-5274-D58A)
WHITE ARNOLD & DOWD P.C.
2001 Park Place North, Suite 1400
Birmingham, AL 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
adowd@whitearnolddowd.com

*Counsel for Defendant Heidi L. Beirich*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th of November, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant counsel of record.

*/s/ Michael J. Proctor*
Counsel for Defendant Heidi Beirich