**Bill Athanas**
Partner
bathanas@bradley.com
205.521.8996 direct

Bradley

November 20, 2026

*Contents subject to*
*Fed. R. Crim. P. 11(f),*
*FRE 410 and FRE 502(e)*

**VIA EMAIL**
Kevin P. Davidson
First Assistant United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, Alabama 36104

Re: *United States v. Southern Poverty Law Center, Inc., Case No. 2:26-cr-00139-ECM-KFP*

Dear Mr. Davidson:

In accordance with the parties' discussions and Judge Pate's directive issued on November 18, 2026, we are writing to identify certain follow up questions and requests regarding the FBI's searches of its records, including the Sentinel and Delta databases. We wanted to provide you these questions ahead of our meet and confer, and look forward to discussing further with you at that time. Please let us know if you have questions in the interim.

**Search 1: We understand that the FBI ran a key word search in Sentinel for the time period 1/1/2007 to 12/31/2023 for "Southern Poverty Law Center" or "SPLC" and that this search returned 19,746 hits.**

*Requested information:*

1. Confirm that these are the search parameters used by the FBI.
2. Confirm whether the government included the case file(s) for the current investigation and its predecessor investigations in this search, including but not limited to case numbers [redacted]
3. Provide the number of unique serials (or documents) that this search returned.
4. Provide the document type and number of serials/documents within each file type from the search. For example, how many FD-302s, FD-1023s, electronic communications (EC), FC-1057s, FC-999s, FD-209s, FD-204s, FD-1036, and any other document type are returned by this search.

**Search 2: We understand that the FBI ran a key word search in Sentinel for the time period 1/1/2007 to 12/31/2023 for each of the names of our informants and returned 18,851 hits.**

*Requested information:*

1. Confirm that these are the search parameters used by the FBI.
2. Confirm whether the government included the case file(s) for the current investigation and its predecessor investigations in this search, including but not limited to case numbers [redacted]
3. Run the names in the list of "fuzzy" search terms (attached hereto as Exhibit A) using the same time frame parameter.
4. For all search results, provide the number of unique serials (or documents) that this search returned by informant name.
5. For all search results, provide the document type and number of serials/documents within each file type from the search by informant name. For example, how many FD-302s, FD-1023s, electronic communications (EC), FC-1057s, FC-999s, FD-209s, FD-204s, FD-1036s, and any other document type are returned by this search.
6. Run the same names with the limitation of "Southern Poverty Law Center" or "SPLC" and provide the number of hits and the number of serials/documents returned, as well as the file type of the serials/documents returned by name.

**Search 3: We understand that the FBI ran a key word search in Sentinel for the time period 1/1/2007 to 12/31/2023 for the source symbol numbers of each person who worked as an SPLC informant and returned 6,035 hits.**

*Requested information:*

1. Confirm that these are the search parameters used by the FBI.
2. Confirm whether the government included the case file(s) for the current investigation and its predecessor investigations in this search, including but not limited to case numbers [redacted]
3. Determine the "source file number" for each SPLC informant and run the same search.
4. For the search for each informant's ***source symbol number***, provide the number of unique serials (or documents) that this search returned by informant. These results should be provided by the informant's name (i.e., we are not requesting the source symbol number).
5. For the search for each informant's ***source file number***, provide the number of unique serials (or documents) that this search returned by informant. These results should be provided by the informant's name (i.e., we are not requesting the source file number).
6. For the search for each informant's ***source symbol number***, provide the document type and number of serials/documents within each file type from the search by informant. For example, how many FD-302s, FD-1023s, electronic communications (EC), FC-1057s, FC-999s, FD-209s, FD-204s, FD-1036s, and any other document type are returned by this search.
7. For the search for each informant's ***source file number***, provide the document type and number of serials/documents within each file type from the search by informant. For example, how many FD-302s, FD-1023s, electronic communications (EC), FC-1057s, FC-

999s, FD-209s, FD-204s, FD-1036s, and any other document type are returned by this search.

8. Run the same source symbol numbers and source file numbers with the limitation of "Southern Poverty Law Center" or "SPLC" and provide the number of hits and the number of serials/documents returned, as well as the file type of the serials/documents returned by name.

**Search 4: We understand that the FBI was able to obtain the source files from Delta for two of the SPLC informants, [redacted] and [redacted] and that the government is reviewing them to determine what to produce to the defense as *Giglio* material.**

*Requested information:*

1. Confirm that this is the government's current status with respect to Delta files.
2. Confirm that the prosecution team has no other Delta serials/documents for any SPLC informants (not just these two informants) in its possession.
3. Provide from Delta, the following information about each SPLC informant:
   a. When the FBI identified the person as a CHS
   b. Which field office(s) was affiliated with the informant
   c. Which agent(s) was affiliated with the informant
   d. About which group(s) or individuals the informant provided information
   e. Whether the source was validated in any way.
   f. The extremist groups with which the informant is affiliated or about which the informant provided information to the FBI.
4. Provide a list of the types of documents contained in the two source files already obtained, including but not limited to: Quarterly Supervisory Source Reviews, statistical accomplishments, requests for payment/responses to requests for payment, FD-1023s. To the extent the government plans to exclude any of these documents from its production to the defense, please identify what documents are being excluded and why.

**Search 5: We understand that the FBI searched in Sentinel for the names of four SPLC employees [redacted] and that you also included the alternative spelling of [redacted], and that the FBI limited this search to serials/documents that also included "Southern Poverty Law Center" or "SPLC" for the time frame 1/1/2007 to 12/31/2023. This resulted in zero hits for [redacted] 33 hits for [redacted] 8 hits for [redacted] 43 hits for [redacted]; and 19 hits for "[redacted]**

*Requested information:*

1. Confirm that these are the search parameters used by the FBI.
2. Confirm whether the government included the case file(s) for the current investigation and its predecessor investigations in this search, including but not limited to case numbers [redacted]
3. Run the same names without the limitation of "Southern Poverty Law Center" or "SPLC" and provide the number of hits, the number of serials/documents returned, as well as the file type of the serials/documents returned by name.

4. Run the same search as #2 using "fuzzy" search terms listed in Exhibit A.
5. Run the same search as #2 for [redacted] and "fuzzy" terms for his names listed in Exhibit A.
6. Search Delta to determine whether any of these five names, "Southern Poverty Law Center," or "SPLC" are included as CHSs in Delta.
7. If any of these individuals are CHSs in Delta, search Sentinel using the ***source symbol number*** and ***source file number*** for each person. Provide:
   A. The number of unique serials (or documents) that this search returned by name. These results should be provided by the name (i.e., we are not requesting the source symbol number or source file number).
   B. Provide the document type and number of serials/documents within each file type from the search by name. For example, how many FD-302s, FD-1023s, electronic communications (EC), FC-1057s, FC-999s, FD-209s, FD-204s, FD-1036s, and any other document type are returned by this search.

**The SPLC believes that these search results should be included in the searches above but includes them out of an abundance of caution:**
**The SPLC believes that it provided information about the Charlottesville Unite the Right event in August 2017. The SPLC requests that the government search in Sentinel for communications between the SPLC and the FBI about the event and action taken by any law enforcement agency after receiving any information from the SPLC.**
*Requested information:*

1. Written confirmation of the exact search parameters used by the government, including the names searched, the date range, and that the search included the case file(s) for the current investigation and its predecessor investigations in this search, including but not limited to case numbers [redacted]
2. For all search results, provide the number of unique serials (or documents) that each search returned.
3. For all search results, provide the document type and number of serials/documents within each file type from each search. For example, how many FD-302s, FD-1023s, electronic communications (EC), FC-1057s, FC-999s, FD-209s, FD-204s, FD-1036s, and any other document type are returned by this search.

**The SPLC believes that it provided information that led to the [redacted] and [redacted] investigations. We request that the government search for documents in Sentinel about these specific matters.**
*Requested information:*

1. Written confirmation of the exact search parameters used by the government, including the names searched, the date range, and that the search included the case file(s) for the current investigation and its predecessor investigations in this search, including but not limited to case numbers [redacted]

2. For all search results, provide the number of unique serials (or documents) that each search returned.
3. For all search results, provide the document type and number of serials/documents within each file type from each search. For example, how many FD-302s, FD-1023s, electronic communications (EC), FC-1057s, FC-999s, FD-209s, FD-204s, FD-1036s, and any other document type are returned by this search.

**The SPLC has provided a detailed list of specific instances in which SPLC informants cooperated with the FBI (either as FBI informants or SPLC informants). For those examples, we request that the government search Sentinel for information related to them.**

*Requested information:*

1. Written confirmation of the exact search parameters used by the government, including the names searched, the date range, and that the search included the case file(s) for the current investigation and its predecessor investigations in each search, including but not limited to case numbers [redacted]
2. For all search results, provide the number of unique serials (or documents) that this search returned.
3. For all search results, provide the document type and number of serials/documents within each file type from each search. For example, how many FD-302s, FD-1023s, electronic communications (EC), FC-1057s, FC-999s, FD-209s, FD-204s, FD-1036s, and any other document type are returned by this search.

*In SPLC's July 13, 2026 letter.*

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

*In SPLC's September 30, 2026 letter*

- [redacted]
- [redacted]
- [redacted]

**Once we receive this information, the SPLC will request follow up information as to the use of information provided by the SPLC to the FBI, including whether:**

a. The FBI opened a case number (and the case type, such as civil rights, domestic terrorism, etc.)
b. The information resulted in the creation of a serial/document within an FBI case number.
c. There was a criminal information obtained using that information (and the docket number)
d. There was an indictment obtained using that information (and the docket number)
e. The information was used in a search warrant affidavit (and the docket number if not sealed)
f. There was an asset seizure made using that information
g. The information was shared with another federal or state law enforcement agency
h. The information was used to disrupt/stop/prevent any illegal activity
i. The information was used in an intelligence bulletin, alert, or warning disseminated within the FBI, to other law enforcement, or to the public.
j. The information was included in an Intelligence Information Report (IIR).

Sincerely,

Bill Athanas

WCA

cc: Addy Schmitt, Esq. (via email)
Andrea Moseley, Esq. (via email)
Sara Kropf, Esq. (via email)
Brianna Stone, Esq. (via email)
Abbe Lowell, Esq. (via email)
Bella Oishi, Esq. (via email)
David Kolansky, Esq. (via email)
Marc Harris, Esq. (via email)
Michael Proctor Esq. (via email)
Augusta Dowd Esq. (via email)
Russell Duraski, Assistant U.S. Attorney (via email)
Joel Feil, Assistant U.S. Attorney (via email)
Chris Bodnar, Assistant U.S. Attorney (via email)