---

**From:** Davidson, Kevin P. (USAALM) [redacted]
**Sent:** Tuesday, 24 November 2026 09:18:49
**To:** Addy Schmitt [redacted]
**Subject:** RE: Follow Up from Nov. 23 Meet and Confer

See comments below.

**Kevin P. Davidson**
**First Assistant United States Attorney**
**Middle District of Alabama**
131 Clayton Street
Montgomery, Alabama 36104
[redacted]

---

**From:** Addy Schmitt <Addy@kmlawfirm.com>
**Sent:** Tuesday, November 24, 2026 6:54 AM
**To:** Davidson, Kevin P. (USAALM) [redacted]
**Cc:** Bill Athanas [redacted]; Abbe David Lowell <[redacted] Sara Kropf [redacted]; David Kolansky [redacted] Brianna Stone [redacted]
**Subject:** [EXTERNAL] Follow Up from Nov. 23 Meet and Confer

Kevin,

Thank you for meeting with us yesterday afternoon. Here is a recap of the meet and confer; if we have misunderstood anything, please clarify it for us. We appreciate a response today as we are preparing the submissions due tomorrow.

[redacted]

## II. *Brady* Search Terms

We sent you a letter on Friday, November 20, two days after the court hearing. In this letter, we requested certain information to permit the parties to engage in a meaningful meet and confer and to allow the SPLC to consider reasonable narrowing of its requests. During our call on Monday, November 23 and in two follow-up emails the same day, you provided the following responses in RED:

**Search 1: We understand that the FBI ran a key word search in Sentinel for the time period 1/1/2007 to 12/31/2023 for "Southern Poverty Law Center" or "SPLC" and that this search returned 19,746 hits.**

*Requested information:*

1. Confirm that these are the search parameters used by the FBI. **Confirmed**.
2. Confirm whether the government included the case file(s) for the current investigation and its predecessor investigations in this search, including but not limited to case numbers [redacted]. **Confirmed**.
3. Provide the number of unique serials (or documents) that this search returned. **The government will provide this information the morning of Tuesday, November 24** **(I DID NOT COMMIT TO HAVE A RESPONSE TUESDAY MORNING. WE ARE WORKING THROUGH THE REQUESTS AND WIL PROVIDE AN UPDATE EARLY AFTERNOON TODAY.)**
4. Provide the document type and number of serials/documents within each file type from the search. For example, how many FD-302s, FD-1023s, electronic communications (EC), FC-1057s, FC-999s, FD-209s, FD-204s, FD-1036, and any other document type are returned by this search. **The government would provide only the number of FD-302s and will not provide the other types of documents returned by the search or the number of serials within each category.** **(I EMAILED YESTERDAY THAT WE WILL ALSO RUN 1 or 2 MORE CATEGORIES BUT NOT THE 1023s).**

**Search 2: We understand that the FBI ran a key word search in Sentinel for the time period 1/1/2007 to 12/31/2023 for each of the names of our informants and returned 18,851 hits.**

*Requested information:*

1. Confirm that these are the search parameters used by the FBI. **Confirmed**.

2. Confirm whether the government included the case file(s) for the current investigation and its predecessor investigations in this search, including but not limited to case numbers [redacted]. **Confirmed**

3. Run the names in the list of "fuzzy" search terms (attached hereto as Exhibit A) using the same time frame parameter. **The government requested that the SPLC cut the number of fuzzy search terms in half.**

4. For all search results, provide the number of unique serials (or documents) that this search returned by informant name. **The government will provide this information the morning of Tuesday, November 24. (I DID NOT COMMIT TO HAVE A RESPONSE TUESDAY MORNING. WE ARE WORKING THROUGH THE REQUESTS AND WIL PROVIDE AN UPDATE EARLY AFTERNOON TODAY.)**

5. For all search results, provide the document type and number of serials/documents within each file type from the search by informant name. For example, how many FD-302s, FD-1023s, electronic communications (EC), FC-1057s, FC-999s, FD-209s, FD-204s, FD-1036s, and any other document type are returned by this search. **The government would provide only the number of FD-302s and will not provide the other types of documents returned by the search or the number of serials within each category. (I EMAILED YESTERDAY THAT WE WILL ALSO RUN 1 or 2 MORE CATEGORIES BUT NOT THE 1023s).**

6. Run the same names with the limitation of "Southern Poverty Law Center" or "SPLC" and provide the number of hits and the number of serials/documents returned, as well as the file type of the serials/documents returned by name. **The government agreed to run the suggested search and provide the number of hits and number of serials/documents returned by informant name. The government would provide only the number of FD-302s and will not provide the other types of documents returned by the search or the number of serials within each category. (I EMAILED YESTERDAY THAT WE WILL ALSO RUN 1 or 2 MORE CATEGORIES BUT NOT THE 1023s).**

**Search 3: We understand that the FBI ran a key word search in**

**Sentinel for the time period 1/1/2007 to 12/31/2023 for the source symbol numbers of each person who worked as an SPLC informant and returned 6,035 hits.**

*Requested information:*

1. Confirm that these are the search parameters used by the FBI. **Confirmed**.
2. Confirm whether the government included the case file(s) for the current investigation and its predecessor investigations in this search, including but not limited to case numbers [redacted] **Confirmed**.
3. Determine the "source file number" for each SPLC informant and run the same search. **The SPLC clarified that this request should be for the "source file number" or "source symbol number" for each informant, using the same definitions as used in Michael Seidel's June 24, 2021 affidavit. The government declined to run this search. NOT CORRECT. THE GOVERNMENT ASKED WHAT WAS MEANT BY THE TERMS AND THE SPLC WAS UNABLE TO STATE IF THE TERMS REFERRED TO DIFFERENT THINGS. THE GOVERNMENT. STATED THAT AS FAR AS IT KNOWS THE TERMS MEAN THE SAME THING.**
4. For the search for each informant's source symbol number, provide the number of unique serials (or documents) that this search returned by informant. These results should be provided by the informant's name (i.e., we are not requesting the source symbol number). **The government declined to run this search.**
5. For the search for each informant's source file number, provide the number of unique serials (or documents) that this search returned by informant. These results should be provided by the informant's name (i.e., we are not requesting the source file number). **The government declined to run this search.**
6. For the search for each informant's source symbol number, provide the document type and number of serials/documents within each file type from the search by informant. For example, how many FD-302s, FD-1023s, electronic communications (EC), FC-1057s, FC-999s, FD-209s, FD-204s,

FD-1036s, and any other document type are returned by this search. **The government declined to run this search.**
7. For the search for each informant's source file number, provide the document type and number of serials/documents within each file type from the search by informant. For example, how many FD-302s, FD-1023s, electronic communications (EC), FC-1057s, FC-999s, FD-209s, FD-204s, FD-1036s, and any other document type are returned by this search. **The government declined to run this search.**
8. Run the same source symbol numbers and source file numbers with the limitation of "Southern Poverty Law Center" or "SPLC" and provide the number of hits and the number of serials/documents returned, as well as the file type of the serials/documents returned by name. **The government said it would run this search, provide the number of hits and serial/document numbers returned. The government would provide only the number of FD-302s and will not provide the other types of documents returned by the search or the number of serials within each category.**

**Search 4: We understand that the FBI was able to obtain the source files from Delta for two of the SPLC informants, [redacted] and [redacted] and that the government is reviewing them to determine what to produce to the defense as Giglio material.**

*Requested information:*

1. Confirm that this is the government's current status with respect to Delta files. **Confirmed**.
2. Confirm that the prosecution team has no other Delta serials/documents for any SPLC informants (not just these two informants) in its possession. **The government will confirm this by Tuesday, November 24. (NOW CONFIRMED)**
3. Provide from Delta, several categories of information about each SPLC informant: **The government declined to search for any of this information.**
4. Provide a list of the types of documents contained in the two source files already obtained, including but not limited to: Quarterly Supervisory

Source Reviews, statistical accomplishments, requests for payment/responses to requests for payment, FD-1023s. To the extent the government plans to exclude any of these documents from its production to the defense, please identify what documents are being excluded and why. **The government declined to search for this information.**

**Search 5: We understand that the FBI searched in Sentinel for the names of four SPLC employees ([redacted]) and that you also included the alternative spelling of [redacted], and that the FBI limited this search to serials/documents that also included "Southern Poverty Law Center" or "SPLC" for the time frame 1/1/2007 to 12/31/2023. This resulted in zero hits for [redacted] 33 hits for [redacted] 8 hits for [redacted] 43 hits for [redacted]; and 19 hits for [redacted]**

*Requested information:*

1. Confirm that these are the search parameters used by the FBI. **Confirmed**.
2. Confirm whether the government included the case file(s) for the current investigation and its predecessor investigations in this search, including but not limited to case numbers [redacted]. **Confirmed**.
3. Run the same names without the limitation of "Southern Poverty Law Center" or "SPLC" and provide the number of hits, the number of serials/documents returned, as well as the file type of the serials/documents returned by name. **The government said it would run this search, provide the number of hits and serial/document numbers returned. The government would provide only the number of FD-302s and will not provide the other types of documents returned by the search or the number of serials within each category.**
4. Run the same search as #2 using "fuzzy" search terms listed in Exhibit A. **The government requested that the SPLC narrow the search terms.**
5. Run the same search as #2 for [redacted] and "fuzzy" terms for his names listed in Exhibit A. **Confirmed**.

6. Search Delta to determine whether any of these five names, "Southern Poverty Law Center," or "SPLC" are included as CHSs in Delta. **Confirmed.**
7. If any of these individuals are CHSs in Delta, search Sentinel using the source symbol number and source file number for each person and provide information in several categories. **The government declined to provide this information. It said it may reconsider this position if there are positive results to #6 above.**

**Additional Search #6. The SPLC believes that it provided information about the Charlottesville Unite the Right event in August 2017. The SPLC requests that the government search in Sentinel for communications between the SPLC and the FBI about the event and action taken by any law enforcement agency after receiving any information from the SPLC. The government declined to search for this category and stated that it would consider specific searches requested by the SPLC. THE GOVERNMENT STATED THAT IN THE ABSENCE OF SPECIFIC SEARCH TERMS PROVIDED BY THE SPLC IT WOULD SEARCH USING TERMS IT BELIEVED WOULD BE MOT LIKELY TO PRODUCE THE RELEVANT RESULTS.**

**Additional Search #7. The SPLC believes that it provided information that led to the [redacted] and [redacted] investigations. We request that the government search for documents in Sentinel about these specific matters. The government declined to search for this category saying that it was too broad and stated that it would consider specific searches requested by the SPLC.**

**Additional Search #8. The SPLC has provided a detailed list of specific instances in which SPLC informants cooperated with the FBI (either as FBI informants or SPLC informants) in its July 13, 2026, and September 30, 2026 letters. For those examples, we request that the government search Sentinel for information related to them. The government said it would look for this information but did not provide a time frame for a response. THE GOVERNMENT STATED THAT IN THE ABSENCE OF SPECIFIC SEARCH TERMS PROVIDED BY THE SPLC IT WOULD SEARCH USING TERMS IT BELIEVED WOULD BE**

**MOT LIKELY TO PRODUCE THE RELEVANT RESULTS.**

**Follow-Up Information. The SPLC also informed the government that once it receives this information, it will make a follow-up request to learn how law enforcement used the information provided by the SPLC to the FBI. The government said it would decline to provide this information.**

[redacted] [redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

We look forward to hearing from you.

Best,
Addy

**Addy R. Schmitt**
[redacted]

**Kropf Moseley Schmitt PLLC**
1100 H Street NW, Suite 1220
Washington, DC 20005
+1 202-627-6900 | main
www.kmlawfirm.com | LinkedIn

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.