[redacted] b7E -1



FD-302 (Rev. 5-8-10)

UNCLASSIFIED//~~FOUO~~//~~LAW ENFORCEMENT SENSITIVE~~

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 03/03/2021

On 01 March 2021, writer received information from TFO [redacted] b6 -1,4 b7C -1,4 b7E -4

(U//~~LES~~) On 02 March 2021, writer consulted with TFO [redacted] b6 -6 b7C -6 b7E -4

(U//~~LES~~) [redacted] the White Racially Motivated Violent Extremist (WRMVE) group Patriot Front [redacted] which is known to conduct civil disturbance, rioting, vandalism at public venues, communicating b7E -4,5

UNCLASSIFIED//~~FOUO~~//~~LAW ENFORCEMENT SENSITIVE~~

Investigation on [redacted] at [redacted] Salt Lake CIty, Utah, United States [redacted]

File # [redacted] Date drafted 03/02/2021

by [redacted]

b6 -1 b7A -1 b7C -1 b7E -1,4

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

[redacted]



b7A -1
b7E -1,4

[redacted]

Continuation of FD-302 of (U//~~FOUO~~) Patriot Front Activity in Salt Lake City, Utah [redacted], On [redacted], Page 2 of 2

threats, and other weapons charges and acts of violence in furtherance of their desire to create a European ethno-state in the United States of America. Although the activity appears to be 1st Amendment protected in nature, FBI Salt Lake City is collecting the information due to the group's extremist ideology and history of violence in furtherance of their ideology.

(U//~~FOUO~~) [redacted] are attached to this communication. Writer has requested [redacted] and will upload under separate cover when received. b7E -4