FD-209 (Rev. 11-21-72)
OPTIONAL FORM NO. 10
MAY 1962 EDITION
GSA GEN. REG. NO. 27
5010-106

UNITED STATES GOVERNMENT

# Memorandum

TO : SAC MINNEAPOLIS [redacted] DATE: 6/20/73 b6 b7C b7D

FROM : SA [redacted]

SUBJECT: [redacted]

Dates of Contact
6/19/73

File #s on which contacted (Use Titles if File #s not available or when CI provides positive information)
70-6879
70-6864

Purpose and results of contact

☐ NEGATIVE
☒ POSITIVE
☐ STATISTIC

(12) - Minneapolis
(1 - 44-698) (RUSSELL MEANS)
(1 - 70-6832) (WOUNDED KNEE)
(1 - 70-6864) (DENNIS BANKS)
(1 - 70-6879) (WARFIELD MILO GOINGS)
(1 - 70-6882) (RUSSELL MEANS)
(1 - 70-6932) (TED MEANS)
(1 - 157-2234) (TED MEANS)
(1 - 157-2476) (RON PETITE)
(1 - 157-2856) [redacted] b6 b7C
(1 - 176-160) (RON PETITE)
(1 - 176-207) (RON PETITE) (RUSSELL MEANS)

☐ POSITIVE ASSIGNMENT GIVEN (Ghetto only)

Has informant shown any indication of emotional instability, unreliability or furnishing false information? NO

☒ Informant certified that he has furnished all information obtained by him since last contact, including information concerning narcotics.

Coverage
GOOD

PERSONAL DATA

70-6882-298
SEARCHED ____ INDEXED ____
SERIALIZED ____ FILED ____
JUN 2[illegible] 1973
FBI — MINNEAPOLIS

[redacted]/nc
(12)

[redacted] b7D

On 6/19/73, source was contacted and shown a photograph of WARFIELD MILO GOINGS - FUGITIVE, CIR; AFO, MP file 70-6879. He advised he has not seen this person and has no information regarding him, but will keep an eye open for any information of value concerning him.

The source was shown a photograph of DENNIS JAMES BANKS - FUGITIVE, CIR; ARL; AFO; CONSPIRACY, MP file 70-6864. The source advised that he has seen BANKS on previous occasions and could positively identify him on site. However, he has not seen BANKS since the disorders at Wounded Knee took place.

The source furnished three registration cards from the records of the past owner of the Candlelight Inn, Martin, South Dakota, for the month of October 1972.

Among those cards were the following:

1. TED MEANS, address General Delivery, Porcupine, South Dakota, representing American Indian Movement (AIM), Room 53, Sunday night, long distance call to South Dakota telephone number 747-2213 for one minute.

2. Mr. and Mrs. RUSSELL MEANS, address General Delivery, Porcupine, South Dakota, representing AIM, Room 51.

3. [redacted] Iowa. [redacted] b6 b7C

The source advised that he knows [redacted] very well, as he was [redacted] with the Northwestern Engineering Corporation in Rapid City, South Dakota. [redacted] Source said [redacted] Lakota Enterprises, a corporation in which the Indians are the majority stockholders and which tries to train Indians to work in highway construction. The source related that [redacted] to the best of his knowledge, is a prominent

[redacted]

Republican in South Dakota, who has been rumored to eventually be a [redacted] South Dakota. Source said [redacted] Colorado. He said [redacted] BERTHA ADELSTEIN, of Commerce City, Colorado. The source advised that at the present time, [redacted] Hills Material Company, Rapid City, South Dakota. Source described [redacted] as follows:

b6
b7C
b7D

| | |
|---|---|
| Sex | Male |
| Race | White |
| Age | 41 to 42 years old |
| Height | 5'8" to 5'9" |
| Weight | 170 pounds |
| Hair | Dark |
| Characteristics | Has grown a full beard within the last year |

The source stated that WALT SWAN of Rapid City, South Dakota, an Oglala Sioux, is the Director of Lakota Enterprises. Source stated from his knowledge, [redacted]