b7E -1

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//~~FOUO//LAW ENFORCEMENT SENSITIVE~~

# FEDERAL BUREAU OF INVESTIGATION

**Electronic Communication**

**Title:** (U//~~FOUO~~) Motor Vehicle Accident in Utah Involving Patriot Front Members

**Date:** 03/09/2021

**From:** SALT LAKE CITY
[redacted]
**Contact:** [redacted]

**Approved By:** SIA [redacted]
SSA

b6 -1
b7C -1
b7E -1,2,3,5,15

**Drafted By:** [redacted]

**Case ID #:** [redacted]

**Synopsis:** (U//~~FOUO~~) To document Utah Highway Patrol (UHP) reports regarding a vehicle accident involving Patriot Front members.

**Reference:** [redacted]

b7E -1

**Enclosure(s):** Enclosed are the following items:
1. (U//~~FOUO~~) UHP accident reports
2. (U//~~FOUO~~) UHP accident reports

**Details:**

On 08 March 2021, SA [redacted] contacted writer and advised of reporting indicating multiple Patriot Front (PF) members were involved in a vehicle accident on 28 February 2021 while returning to Texas [redacted], resulting in one PF member being killed and six others injured. SA [redacted] provided writer with [redacted]

b6 -1
b7C -1
b7E -4

UNCLASSIFIED//~~FOUO//LAW ENFORCEMENT SENSITIVE~~

b7E -1

Title: (U//~~FOUO~~) Motor Vehicle Accident in Utah Involving Patriot Front Members
Re: [redacted] 03/09/2021

(U//~~FOUO~~) Writer spoke with Utah Department of Public Safety [redacted] who accessed Utah Highway Patrol (UHP) systems and downloaded reports from the UHP troopers who responded to the accident. The reports indicate that Kevin J. Bersuch, DOB 03/10/2000, 22 King Cole Road, Apt A, Hamburg, NJ 07419 died in the crash. The other PF members involved in the crash are identified as follows:

b6 -4,6
b7C -4,6

[redacted]

(U//~~FOUO~~) The involved vehicle was a 2018 Toyota Sienna, tag# BFVH301 (CA), VIN 5TDKZ3DC6JS958773, registered to Airport Van Rental, PO Box 783, South Bend, IN.

b6 -4
b7C -4

(U//~~FOUO~~) [redacted] the accident occurred due to the driver falling asleep at the wheel. At approximately 0600 hrs MST, The vehicle left the roadway, went airborne twice, impacted a vertical embankment, flipped, and came to rest. [redacted] one passenger (BERSUCH) was fully ejected from the vehicle.

b7E -1

Title: (U//~~FOUO~~) Motor Vehicle Accident in Utah Involving Patriot Front Members
Re: [redacted] 03/09/2021

b6 -4
b7C -4

[redacted] he walked to a gas station and called 911. [redacted] also told UHP the group had been camping in the Wasatch Mountains, and were driving home to Texas. (Note: at the time of the crash, the outside temperature was 22 degrees.) [redacted] also stated he did not know the name of the deceased passenger, but that the group referred to that person as "Ulysses". [redacted] good friends with "Ulysses." [redacted] later stated to UHP he had rented the van in Denver, CO. [redacted]

(U//~~FOUO~~) All of the passengers were moderately to severely injured, with multiple persons being airlifted to hospitals in Grand Junction, CO and Salt Lake City, UT due to the severity of their injuries.

(U//~~FOUO~~) According to photographs taken at the scene (not attached), several megaphones, backpacks/laptop bags, and a Pelican-type case were inside the vehicle at the time of the accident.

(U//~~FOUO~~) Digital copies of the reports are attached to this communication.

♦♦

O

# UTAH HIGHWAY PATROL

## OFFICER REPORT

Incident: [redacted]
Report: [redacted]

Page: 1 of 5
Case: [redacted]

b6 -4
b7C -4

## DETAILS

Activity Codes: **701-At Scene of Crash (Crash Not Cleared)**
Location: **SR 6 mile post 249**
Case Disposition: **Other Service**
Occurred on: **02/28/2021** From: **05:58** To: **15:59**
Officer Activity on: **02/28/2021** At: **06:08**
Officer Activity to: **03/03/2021** At: **13:46**

## PEOPLE INVOLVED

[redacted]

b6 -4
b7C -4

**IO**
Name: Bersuch, Kevin J
Age at Incident: 20 | DOB: 03/10/2000 | Race: White
Ethnicity: non Hispanic | Hair: Blond or Strawberry | Ht: 6' 0"
Sex: Male | Eyes: Hazel | Wt: 135 lbs.
Residence Addr: 22 King Cole Rd Apt A Hamburg, NJ 07419
Involvement: Involved Other

[redacted]

b6 -4
b7C -4

## ORGANIZATIONS INVOLVED

**IO**
Name: Airport Van Rental Inc.
Addr: PO Box 783 South Bend, IN 46624
Involvement: Involved Other

## VEHICLE DETAILS

| Owner | Plate/Decal | Expires | VIN | Make | Model | Style | Year | Color | Status |
|---|---|---|---|---|---|---|---|---|---|
| Airport Van Rental Inc. | (CA) 8FVH301 | 2021-09-24 | 5TDKZ3DC6JS958773 | Toyota | SIENNA | Pickup/Suv. | 2018 | GRAY | Destroyed or Damaged |

O

# UTAH HIGHWAY PATROL

## OFFICER REPORT

Incident: [redacted]
Report:

 b6 -4
Case: [redacted] b7C -4

## NARRATIVE

SYNOPSIS:

I responded to single vehicle injury crash on SR-6 near mile post 249. It was reported that an occupant of the vehicle was possibly deceased at the scene, and that several passengers were seriously injured. Upon investigating the accident notification was made. Fausett's Mortuary arrived and took custody of the deceased. For more information about the accident investigation see attached DI-9 report. The case will be reviewed by the county attorney for charges.

INITIAL CALL / MY OBSERVATIONS:

On February 28, 2021 at approximately 06:08 hours, I was dispatched to a fatal vehicle crash on SR-6 near mile post 249. Price Dispatch informed me that the crash was a single vehicle roll over with one possible fatal and several passengers seriously injured. I responded to the crash location from my home in [redacted] Utah. I arrived at the crash site at approximately 06:34 hours, and I first observed a SUV with front end damage resting on its roof. Two ambulances and Wellington Fire Department had already arrived on scene and the EMT's and fire personal were working on the occupants of the SUV. The SUV had seven occupants, one male was behind the vehicle laying on the ground covered by a white blanket. Several other passengers were already inside the ambulances being worked on by EMT's while they waited on Life Flight to arrive on scene. Several Carbon County deputies were on scene, Deputy [redacted] and Deputy [redacted] were assisting with the removal of injured personal. The Wellington Fire and Rescue Department were also on scene upon my arrival. b6 -6 b7C -6

I made contact with the Deputy [redacted] and Officer [redacted] from the Price City Police Department. They advised th b6 -3,4,6,11 individuals had stopped to render aid and the driver had walked to Millers Gas Station to call 911. They informed me tha b7C -3,4,6,11 was called and they would need a landing zone at some point. They informed me that one male was deceased and that they had moved him from his original location so EMTs could work on the rest of the occupants. Deputy [redacted] stated he had taken several pictures of the original location and he would send me the pictures. He also informed me that several occupants were still in the vehicle and they were waiting on fire to extricate them. The scene was mostly secured and I began to obtain pictures of the crash site. I also helped with the removal of the last two occupants from the vehicle. Once the occupants were all removed from the vehicle, I talked with the driver who was now back on scene from the gas station. The driver was identified off his [redacted] Driver's License as [redacted] I was able to make contact with the driver while he was sitting inside one of the ambulances. While interacting with the driver I did not detect any illegal odors or any impairment on the driver. The driver stated he must have fallen asleep for just a second before he hit the brakes trying to keep the vehicle on the roadway. This was the only occupant that I could identify while at the crash site. The other occupants were identified at Castleview Hospital. While on scene, I was able to observe the deceased, and I took several pictures to document his location and mechanism of injury. I also checked the deceased for any identification and was unable to locate any on his person. Sgt [redacted] of the Utah Highway Patrol also responded to the scene and once he arrived he set up traffic cones to move eastbound traffic into the center lane around the scene. He also had the tow company C&T respond to the scene and wait for the go ahead to remove the vehicle. He also informed me that the Medical Examiner was [redacted] and he was responding to the scene. A wallet was later found on the deceased's body, identifying him as Kevin J. Bersuch. His picture matched the face of the deceased. Lt [redacted] of the Utah Highway Patrol also responded to the scene as did Trooper [redacted] Lt [redacted] informed me that [redacted] of Fausett's Mortuary had responded to the scene and took possession of the deceased and his wallet. Trooper [redacted] conducted a Total Station scale diagram of the crash site, as well as flying a drone for aerial photos. Due to the situation, I responded to the hospital and Sgt [redacted] took over the crash scene.

FOLLOW UP:

Once at Castleview Hospital I again talked with Officer [redacted] and he began to give me information that he was collecting on e b6 -4,6 occupant. Officer [redacted] was working with Price Dispatch on identifying each occupant by name and date of birth due to most b7C -4,6 having any forms of identification on their person. Several of the occupants were severely injured and were being stabilized in preparation for flight by aircraft. The occupants of the vehicle are listed as followed. Driver - [redacted] Kevin Bersuch DOB: 03/10/2000 out of New Jersey. [redacted] Sgt [redacted] and I were able to pull driver licenses and information on each occupant and vehicle. The single vehicle was identified as a gray 2018 Toyota Sienna van with plate number 8FVH301, out of California. It is owned by Airport Van Rental Inc, at 12911 Cerise Ave Hawthorne, California.

Upon contacting [redacted] at Castleview Hospital he stated that they had been traveling from the Wasatch mountains, where they had been camping, back towards Texas. He stated that he had been sleeping for a while and then he started to drive. b6 -4 b7C -4

O

# UTAH HIGHWAY PATROL

## OFFICER REPORT

Incident: [redacted]
Report:

Page: 3 of 5 b6 -4
Case: [redacted] b7C -4

## NARRATIVE

He informed me that he was getting tired but thought he could drive 10 more minutes before pulling over and waking someone up to have them drive. [redacted] then explained in more detail on what happened in the crash. He stated that he must have fallen asleep for a second because he said he remembered leaving the roadway and trying to hit his brakes to turn back toward the road. He stated he did not remember the crash itself but woke up upside down and knew he had to get help for his friends. He informed me he crawled out of the vehicle [redacted] He climbed up the embankment and with his one good arm climbed the fence. Once at the shoulder of the roadway he tried to wave down two passing vehicles but neither of them stopped. He stated he seen the gas station and knew someone there would call 911. As he made it into the gas station parking lot he stopped one semi-truck driver and informed him he had been in a wreck and to call 911. [redacted] stated he was not sure if the truck driver was going to call 911 so he made it into the gas station, and made contact with the clerk. He informed them of the situation and stated his friends needed help and to please send ambulances. While he was telling me this information [redacted] I tried to ask him about the deceased and he was not sure of his actual name but they called him Ulysses. He informed me that he was good friends with [redacted] and he would know his real name. b6 -4 b7C -4

I made contact with [redacted] While trying to interact, I asked questions about the crash and he stated he did not know what happened at all he was asleep and woke up in the hospital. Upon questioning about the identity of the deceased, [redacted] was unable to communicate the information to me. After talking with [redacted] several different times, I was able to catch him while he was lucid. He informed me that he was asleep and not sure what happened in the crash. He stated he was the one that rented the vehicle from Denver and that he had insurance on it. I asked to look through his clothes that were in a plastic bag near the foot of his bed. He stated that would be fine [redacted] I was unable to locate an insurance card, and [redacted] stated he would call his parents and let them know about the crash. He also stated they might have an insurance card that they could send me. I allowed [redacted] to use my cell phone and make contact with his parents. They did not have any insurance information but stated they would look for it and try to send it. It was initially reported that [redacted] He was going to be transported to Utah Valley Hospital by ambulance for further treatment. b6 -4 b7C -4

I made contact with [redacted] Later I was able to get [redacted] to tell me where he was sitting and that he was wearing his seat belt at the time of the crash. b6 -4 b7C -4

I made contact with [redacted] and he explained that he was sitting in the very back row on the driver side and that he was wearing his seat belt at the time of the crash. He also informed me that he was asleep at the time of the crash so he was unaware of how it happened. He was going to be transported to Utah Valley Hospital [redacted] The initial report was that [redacted] b6 -4 b7C -4

I was unable to make contact with [redacted] b6 -4 b7C -4

I was unable to make contact with [redacted] he had already been airlifted by Classic Helicopter to Saint Mary's Hospital in Grand Junction, Colorado [redacted] b6 -4 b7C -4

Sgt [redacted] began to take pictures of the crash scene to document any evidence, and he began to mark the scene with paint. He also notified donor services about the fatality at 06:38 hours. b6 -6 b7C -6

UHP ACCIDENT INVESTIGATION:

Lt. [redacted] Sergeant [redacted] Trooper [redacted] Trooper [redacted] arrived on scene to assist with the accident investigation. b6 -4,6 b7C -4,6

After observing the accident marks and talking with the witnesses, the accident revealed as follows: The gray 2018 Toyota Sienna with plate number 8FVH301 out of California, was traveling eastbound on SR-6 near mile post 249 in Wellington, apparently at a high rate of speed when it left the roadway to the right, went airborne twice and impacted the vertical embankment on the opposite side of a wash. The vehicle flipped coming to final rest [redacted] one fully ejected from the vehicle. The fully ejected occupant was deceased on scene. Some seatbelts were used, and no drugs or alcohol are suspected in the cause.

O

# UTAH HIGHWAY PATROL

## OFFICER REPORT

**Incident:** [redacted] **Page: 4 of 5** b6 -4
**Report:** [redacted] **Case:** [redacted] b7C -4

## NARRATIVE

Trooper [redacted] did an inspection on the vehicle and his report will be attached to the final report. b6 -6 b7C -6

TOTAL STATION INVESTIGATION:

Trooper [redacted] arrived on scene and began to processes it with the Total Station mapping system. His final report will be attached.

MEDICAL EXAMINER:

[redacted] responded as the local medical examiner where he conducted his investigation, and his report will be attached to m b6 -11
final report. During his investigation he was able to locate the deceased's wallet and picture identification out of New Jersey. b7C -11
[redacted] also requested a mortuary to respond and he released the body to Fausetts when they arrived.

FAUSETTS MORTUARY:

A mortuary was requested and Price Dispatch send Fausetts Mortuary out of Price. [redacted] responded to the scene and was abl b6 -3
to take possession of Kevin Bersuch and his wallet. I was informed that they would transport Bersuch directly to Salt Lake City to b7C -3
the Medical Examiners Office.

WEATHER:

While on scene it was approximately 22 degrees with a slight breeze at 5 MPH. I pulled this information from www.weatherunderground.com for the Wellington area.

TOWED VEHICLES:

C&T Towing yard #10262 which is located at 528 South Highway 55 Price, UT 84501 responded to the scene to tow the vehicle.
[redacted] took possession of the vehicle and was informed that the Utah Highway Patrol was putting a police hold on the vehicle unti b6 -3
we could take possession of the black box. All belongings that were still in the vehicle were retrieved by Utah Highway Patrol b7C -3
personnel on behalf of the occupants from C&T Towing's yard in Price.

VICTIMS ADVOCATE:

[redacted] is the social worker assigned to the patients from the crash her number is [redacted] b6 -3 b7C -3

MCIT:

The Major Crash Investigation Team( MCIT) was also informed of the fatal crash by Lt [redacted] b6 -6 b7C -6

Video Evidence - Other, In-Car Video.
Video Evidence Explaination - Pictures of Crash.

## REPORTING OFFICER

| Officer's Name | Badge | Signature | Printed On |
|---|---|---|---|
| [redacted] | | | **03/08/2021** At: **08:47** |

## ASSISTING OFFICERS

| Agency | Officer's Name | Badge |
|---|---|---|
| Utah Highway Patrol | [redacted] | [redacted] |
| Utah Highway Patrol | | |
| Utah Highway Patrol | | |
| Utah Highway Patrol | | |
| Carbon County Sheriffs Office<br>Case: Incident: Report: | | |
| Carbon County Sheriff's Office<br>Case: Incident: Report: | | |

b6 -6 b7C -6

O

# UTAH HIGHWAY PATROL

## OFFICER REPORT

**Incident: Report:** [redacted]



**Case:** [redacted]

b6 -4
b7C -4

### SUPERVISOR

| Agency | Officer's Name | Badge |
|---|---|---|
| Utah Highway Patrol | [redacted] | |

b6 -6
b7C -6

DI-9 Rev 11/08/05

# DI 9 STATE OF UTAH INVESTIGATING OFFICER'S REPORT OF TRAFFIC CRASH DI 9

Page 1 of 3

**TIME**

| Date of Crash | Month | Day | Year | Day of Week | Military Time | DLD Number |
|---|---|---|---|---|---|---|
| | 02 | 28 | 21 | X 2 3 4 5 6 7 / S M T W T F S | 05:58 | |

1 05

**LOCATION**

PLACE WHERE CRASH OCCURRED: 07 COUNTY CODE

City or Town of Jurisdiction: WELLINGTON

N S E W

If crash was outside city limits indicate distance from city limits or nearest town: Miles ____ of ____ City or Town

Case Number: [redacted] b6 -4 b7C -4

Latitude 39.542553 Longitude -110.687163

2 06

ROAD, STREET, HWY CRASH OCCURRED: SR-6 (Street Name or Highway Number)

UDOT USE ONLY

14 03

REPORTABLE CRASH: X YES NO

UDOT USE

2

1. AT THE INTERSECTION WITH

2. IF NOT AT INTERSECTION 50 Feet X N S E W of Culvert (Nearest intersection, street, house no., landmark)

3 00

3 Tenth of a mile X N S E W of Mile Post 249

Be sure to complete if road has mile post

15 00

| VEH # | VIN | LIC NO | STATE | EXP DATE | COLOR | MAKE | MODEL | YEAR |
|---|---|---|---|---|---|---|---|---|
| 1 | 5TDKZ3DC6JS958773 | 8FVH301 | CA | 09/21 | GRY | TOYT | Sienna | 2018 |

\# 7

[redacted] b6 -4 b7C -4

4 96

16 03

OWNER: Airport Van Rental, Inc.

5235 West 140th Street, Los Angeles CA 90045

PHONE (310) 703-3794

5 00

COMMERCIAL VEHICLE INFO

17a 04

17a 01

6 12

SPEED: 50 — 80 — 40 — X

SEQUENCE OF EVENTS: 01 — 62 — 41 — 58

MOST HARMFUL EVENT For VEHICLE: 58

National Casualty Company — 11/01/2019 — 11/01/2020 — CA07774954

7 12

18 01

X RMA Insurance Services, Inc. — 444 W. Ocean Blvd., Ste 1250 Long Beach CA 90802 — PHONE (562) 472-2846

VEH #

\# 1

8 03

19 00

20 00

9 00

COMMERCIAL VEHICLE INFO

10 00

21 01

SEQUENCE OF EVENTS

MOST HARMFUL EVENT For VEHICLE

11 96

22 96

| Work Zone? | Total # of Lanes on Roadway | Damage to Property Other than Vehicles |
|---|---|---|
| Yes X No Unknown | 2 | (Name object and state nature) |
| Workers Present? Yes X No Unknown | # Vehicles Involved 1 | Name and Address of Owner of Object Struck — Phone ( ) |

12 96

PROPERTY DAMAGE ESTIMATE: $1,000 OR MORE / LESS THAN $1,000

23 00

WITNESSES

Name ____ Address ____ Phone ____

13 96

Name ____ Address ____ Phone ____

Law Enforcement Activity

| Time Notified of Crash | Arrived at Scene | Date Notified of Crash | Investigation Completed |
|---|---|---|---|
| 06:08 | 06:34 | 02 28 21 | 02 28 21 |

Use Military Time

Field Diagram: Yes X No — Video: Yes X No — Photo (s): X Yes No — X Digital Film

☒ ORIGINAL REPORT ☐ ADDITIONAL PERSONS REPORT ☐ SUPPLEMENTAL REPORT ☐ AMENDED REPORT

State Law Requires a Reportable Crash Report to be Forwarded to Dept. of Public Safety Within 10 Days Following Completion of Investigation.
Mail ORIGINAL REPORT TO: Driver License Division, P.O.Box 144501, Salt Lake City, UT 84114-4501

FRONT

**SEATING POSITION**

11 - Motorcycle Driver
21 - Motorcycle Passenger
16 - Front Row Other
26 - Second Row Other
36 - Third Row Other
46 - Fourth Row Other
50 - Sleeper Section of Cab (Truck)
51 - Enclosed Cargo Area
52 - Unenclosed Cargo Area
54 - Trailing Unit
55 - Riding on Vehicle Exterior
56 - Seating Position 11 Not Driver
57 - Right Side Driver
60 - Non-Motorist
97 - Other*
99 - Unknown

EMS Time Called: 06:07 EMS Time Arrived: 06:20

Disposition of Vehicle # 1: 03 TOWED BY: C&T Towing

Disposition of Vehicle #: TOWED BY:

Column headings: Person Type | Seating Position | INJURY: Sex, Level, Area, Cause | Transported By | Safety Equipment | Used Property | Air Bag | Ejection | Ejection Path | Extrication

**PERSON(S) INVOLVED**

VEH # 1 DRIVER Transported to: Castleview [redacted] b6 -4 b7C -4

VEH # DRIVER Transported to: BAC

VEH # 1 [redacted]

VEH # 1 [redacted]

24 00 | VEH # 1 Name: Bersuch, Kevin J DOB 03/10/2000 Age 20 Transported to: Other (morgue, etc.) BAC | 30 96

24 | Address: 22 King Cole Rd Apt A, Hamburg NJ 07419 Phone: | 02 | 22 | M | 05 | 01 | 07 | 97 | 00 | 02 | 05 | 01 | 02 | 01

VEH # 1 [redacted]

25 01

DIAGRAM of CRASH NO DIAGRAM - Reason: 1 Unfavorable site; 2 Vehicles moved; 3 Other | DLD# | 31 00

Easy Street Draw ™ - Evaluation Edition

26 03




27 01 | 32 96

33 01

34 01

28 00 | 35 02

29 01 | 36 05

37 62

DESCRIBE WHAT HAPPENED (Refer to Vehicle by Number)

VEHICLE #1 WAS TRAVELING EASTBOUND ON SR 6 NEAR MILE POST 249 IN WELLINGTON, APPARENTLY AT A HIGH RATE OF SPEED WHEN IT LEFT THE ROADWAY TO THE RIGHT, WENT AIRBORNE TWICE, WENT THROUGH A FENCE AND IMPACTED THE VERTICAL EMBANKMENT OF A WASH. THE VEHICLE FLIPPED UPSIDE DOWN, COMING TO FINAL REST. [redacted] ONE FULLY EJECTED FROM THE VEHICLE. THE FULLY EJECTED OCCUPANT WAS DECEASED ON SCENE. SOME SEATBELTS WERE USED, AND NO DRUGS OR ALCOHOL ARE SUSPECTED IN THE CAUSE. b6 -4 b7C -4

| OFFICER'S NAME | I.D. # | DEPARTMENT | CASE NUMBER | SUPERVISOR'S APPROVAL | DATE OF REPORT |
|---|---|---|---|---|---|
| PRINT [redacted] | | **UHP Section 9 - District B** | [redacted] | | **02/28/2021** |

b6 -4,6 b7C -4,6

# ADDITIONAL PERSONS REPORT FORM

3 of page 3

FRONT

**SEATING POSITION**
11 - Motorcycle Driver
21 - Motorcycle Passenger
18 - Front Row Other
28 - Second Row Other
38 - Third Row Other
48 - Fourth Row Other
50 - Sleeper Section of Cab (Truck)
51 - Enclosed Cargo Area
52 - Unenclosed Cargo Area
54 - Trailing Unit
55 - Riding on Vehicle Exterior
56 - Seating Position 11, Not Driver
57 - Right Side Driver
60 - Non-Motorist
97 - Other
99 - Unknown

*ADDITIONAL PERSON(S)*

Vehicle # 1 DRIVER NAME [redacted]
Vehicle # 2 DRIVER NAME

Person Type | Seating Position | Sex | INJURY: Level, Area, Cause | Transported By | Safety Equipment | Used Property | Air Bag | Ejection | Ejection Path | Extrication

b6 -4
b7C -4

**PERSON(S) INVOLVED**

VEH # 1 [redacted]
VEH # 1

| VEH # | Name | DOB | Age | Transported to: | BAC |
|---|---|---|---|---|---|
| | Address / Phone | | | | |
| | Name / Address / Phone | DOB | Age | Transported to: | BAC |
| | Name / Address / Phone | DOB | Age | Transported to: | BAC |
| | Name / Address / Phone | DOB | Age | Transported to: | BAC |
| | Name / Address / Phone | DOB | Age | Transported to: | BAC |
| | Name / Address / Phone | DOB | Age | Transported to: | BAC |
| | Name / Address / Phone | DOB | Age | Transported to: | BAC |
| | Name / Address / Phone | DOB | Age | Transported to: | BAC |

DLD #

## WITNESSES

Name ______ Address ______ Phone ______
Name ______ Address ______ Phone ______
Name ______ Address ______ Phone ______
Name ______ Address ______ Phone ______
Name ______ Address ______ Phone ______
Name ______ Address ______ Phone ______
Name ______ Address ______ Phone ______
Name ______ Address ______ Phone ______

X ORIGINAL REPORT ☐ ADDITIONAL PERSONS REPORT ☐ SUPPLEMENTAL REPORT ☐ AMENDED REPORT

OFFICER NAME [redacted] CASE NUMBER [redacted] DATE OF REPORT 02/28/20 b6 -4,6 b7C -4,6