ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 04-29-2011 BY 65179 DMH/MJS

UNCLASSIFIED

**FD-999**
Revised
2-5-2009

FEDERAL BUREAU OF INVESTIGATION
# EXTERNAL AGENCY LIAISON/ASSISTANCE/DISSEMINATION

Type of Contact: FD999

## REPORTED BY

Date: 11/3/2010

| Title: | Last Name: | First Name: | Middle Name: | Suffix: |
|---|---|---|---|---|
| Staff Operations Speci... | [redacted] | | [redacted] | |

Check LEC or Select a Division/Field Office:

☐ Office of Law Enforcement Coordination (or)

San Francisco

Case ID #: [redacted]

b6
b7A
b7C
b7E

Squad/Unit: [redacted]

Division: [redacted]

## ASSIGNED TO

Assigned To:

Method:

Status:

Comments:

## DRAFTED BY

| Last Name: | First Name: | Middle Name: | Suffix Text: |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | |

[redacted]

Date: 11/2/2010

## APPROVED BY

| First Name: | Middle Name: | Suffix: |
|---|---|---|
| [redacted] | [redacted] | |

Si [redacted]

Date: 11/5/10

b6
b7A
b7C
b7E

## CONTACT INFORMATION

| Agency Type: | Liaison Agency: | Date of Contact: |
|---|---|---|
| [redacted] | | 11/1/2010 |

Person(s) Contacted: [redacted]

Work Telephone Number: [redacted]

Cell Telephone Number:

Email Address: [redacted]

Type of Contact:

☐ Telephonic ☑ Email ☐ Meeting ☐ Conference

In Reference to File #: [redacted]

Title: [redacted] Bulletin

✓800D-SF-138582-IT-66

[redacted]

| | |
|---|---|
| Follow Up Required: ☐ Yes ☑ No | |
| Handouts Provided: ☐ Yes ☑ No | |

**CLASSIFICATION**

Type:
◉ Unclassified ○ Confidential ○ Secret

**UNCLASSIFIED**

**Staff Operations Specialists** [redacted] b6 b7C

[redacted]

**San Francisco**