FD-204 (Rev. 3-3-59)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

Copy to:
1 - USA, Sioux Falls, South Dakota
1 - ASO [redacted]
Bureau of Indian Affairs
Wagner, South Dakota

b6
b7C

Report of: [redacted]
Date: June 16, 1977

Office: Rapid City, South Dakota

Field Office File #: 70-11609

Bureau File #: 70-68145

Title: [redacted]
RUSSELL MEANS - VICTIM;
[redacted] - VICTIM

Character: CRIME ON INDIAN RESERVATION - ASSAULT WITH INTENT TO KILL; JUVENILE DELINQUENCY ACT; UNLAWFUL POSSESSION OF PISTOL BY A FELON; USE OF FIREARM IN COMMISSION OF A FELONY; ASSAULT WITH A DANGEROUS WEAPON; ACCESSORY AFTER THE FACT

~~Synopsis:~~

Synopsis: Subject [redacted] sentenced to 2 years in custody of Attorney General on 6/2/77. On 6/6/77 subject [redacted] was placed on probation for 2 years.

-P-

DETAILS

By letter dated June 3, 1977, Assistant United States Attorney (AUSA) [redacted] stated that [redacted] [redacted] appeared in Federal Court in Sioux Falls, South Dakota, on June 2, 1977, before Judge FRED J. NICHOL. WEDDELL was sentenced to the custody of the Attorney General for two years to be consecutive and to be served, for Assault with Intent to Kill (Title 18, U. S. Code, Section 113(a)), after the state sentence he is currently serving.

[redacted] letter dated June 6, 1977, AUSA [redacted] stated that [redacted] appeared before Judge FRED J. NICHOL in Federal Court, Sioux Falls, who suspended the imposition of sentence for a period of two years and placed him on probation for two years for Accessory After the Fact (Title 18, U. S. Code, Section 3) and Unlawful Carrying of a Firearm during Commission of an Offense (Title 18, U. S. Code, Section 124(c)(2)).



This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

☆ U. S. GPO:1975-0-575-841