FD-1036 (Rev. 10-16-2009)

Official Record

UNCLASSIFIED//~~FOUO~~

# FEDERAL BUREAU OF INVESTIGATION

**Import Form**

**Form Type:** OTHER **Date:** 06/14/2017

**Title:** (U) [redacted]

**Approved By:** SIA [redacted]

**Drafted By:** [redacted]

**Case ID #:** [redacted] (U//~~FOUO~~) [redacted]

[redacted] (U//~~FOUO~~) [redacted]

b3
b6
b7A
b7C
b7D
b7E

**Synopsis:** (U//~~FOUO~~) [redacted]

(U) Disclaimer: Individuals or groups named in this report have been identified as participating in activities that are protected by the First Amendment to the U.S. Constitution. Their inclusion here is not intended to associate the protected activity with criminality or a threat to national security, or to infer that such protected activity itself violates federal law. However, based on known intelligence and /or specific, historical observations, it is possible the protected activity could invite a violent reaction towards the subject individuals or groups, or the activity could be used as a means to target law enforcement. In the event no violent reaction occurs, FBI policy and federal law dictates that no further record be made of the protected activity.

♦♦

UNCLASSIFIED//~~FOUO~~

Title: (U) [redacted] b3
2017) b7E
Re: [redacted] 07/19/2017

[redacted]

**Administrative Notes:** (U) DISCLAIMER: Individuals or groups named in this report have been identified as participating in activities that are protected by the First Amendment to the U.S. Constitution. Their inclusion here is not intended to associate the protected activity with criminality or a threat to national security, or to infer that such protected activity itself violates federal law. However, based on known intelligence and/or specific, historical observations, it is possible the protected activity could invite a violent reaction towards the subject individuals or groups, or the activity could be used as a means to target law enforcement. In the event no violent reaction occurs, FBI policy and federal law dictates that no further record be made of the protected activity.

**Enclosure(s):** Enclosed are the following items:
[redacted] b7E

**Details:**

[redacted]

♦♦