FD-885 (2-2-98)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** Date:

To:

From:

**Contact:**

**Approved By:**

**Drafted by:**

**Case ID #:**

**Title:**

**Synopsis:**

**Classified By :**
**Reason :**
**Declassified On:**

**SRI DATA**

Line ID ____________________ Technique ____________________ Source/Symbol ____________________
Intercept # ____________________ Call Direction ____________________ Call Type ____________________
Intercept/Call Date ____________________ Call Start Time ____________________ Call Stop Time ____________________
Call Duration ____________________ Raw Digits ____________________

**IDENTIFICATION**

Language/Dialect Spoken ____________________ Group ID ____________________ Subgroup ID ____________________

**SUBJECT/CONTACT DATA**

**Main Subject**

Name (Last) (Middle) (First) Race Sex DOB DDN

Name (Last) (Middle) (First) DDN

Address: House # Pre Direction Street Name Street Suffix Post Direction Unit City State Postal Code Country

Miscellaneous

Additional Subjects:

**Contact**

Name (Last) (Middle ) (First) Race Sex DOB DDN

Name (Last) (Middle ) (First) DDN

Address: House # Pre Direction Street Name Street Suffix Post Direction Unit City State Postal Code Country

Miscellaneous

Additional Subjects: